## IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
## IN AND FOR MADISON COUNTY, FLORIDA

L30 CONSULTING, LLC d/b/a
L30 TRAFFIC CONTROL
a Florida limited liability company,

      Plaintiff,

v.                                                                                    **CASE NO.:**

PHILLIPS HEAVY, INC.
f/k/a PHILLIPS & JORDAN, INC.
a North Carolina corporation,

      Defendant.

_____/

## COMPLAINT

    Plaintiff, L30 Consulting, LLC d/b/a L30 Traffic Control ("L30"), files this Complaint

against Defendant, Phillips Heavy, Inc. f/k/a Phillips & Jordan, Inc. and alleges as follows:

### JURISDICTIONAL ALLEGATIONS

    1.    This case involves a claim by L30 for breach of contract by Phillips due to its

failure to pay L30 for services performed.  L30 performed extensive traffic control services for

Phillips over a period of more than a year on a major regional project for a significant customer

of Phillips.  To date, Phillips has not paid L30 a penny for its services.

    2.    L30's claims arise from a Subcontract Agreement between Phillips and L30,

which is attached to this Complaint as Exhibit "1."

    3.    L30 performed a significant amount of its work for Phillips under the Subcontract

Agreement in Madison County, Florida.

**EXHIBIT**

**1**

## PARTIES AND JURISDICTION

4.      Plaintiff L30 Consulting, LLC d/b/a L30 Traffic Control is a Florida limited liability company with an address at 362 Gulf Breeze Parkway, Box 281, Gulf Breeze, Florida 32561.

5.      Defendant Phillips Heavy, Inc. f/k/a Phillips & Jordan, Inc. ("Phillips") is a North Carolina corporation with an address at 10142 Parkside Drive, Suite 500.  Phillips is registered to do business in the State of Florida.  Phillips can be served in Florida through its Registered Agent, CT Corporation System, 1200 S. Pine Island Road, Plantation, Florida 33324.

6.      L30 seeks damages that exceed $50,000 in this action.

7.      This Court has personal jurisdiction over Phillips because it operates, conducts, engages in, and carries on business or business ventures in this state, has an office in this state, was involved in service activities within this state, and breached a contract within this state by failing to perform acts required by the contract to be performed in this state. This Court also has personal jurisdiction over Phillips because it is engaged in substantial and not isolated activity within this state.

8.      Venue is proper in Madison County, Florida, pursuant to Section 47.011, Florida Statutes, because Phillips is a nonresident and is subject to personal jurisdiction in this State.

9.      In addition, this Court has personal jurisdiction over Phillips and venue is proper in Madison County, Florida, because Section 18.1 of the Subcontract Agreement provides that "[a]ny claim, dispute or other matter in question between the Contractor and Subcontractor relating to the contract at issue . . . shall be brought in the appropriate State or Federal court in the county of the project location."  Exh. 1 at 12.

## GENERAL ALLEGATIONS

10.    L30 is a traffic control company headquartered in Pensacola, Florida.  L30 provides a variety of traffic control services to clients and throughout northwest Florida.

11.    Among other things, L30 supplies its customers with work crews and equipment to provide traffic control operations at active traffic control sites.  L30 does so at all hours and on short notice to meet the needs of its customers.  L30 also designs and implements traffic control plans and oversees traffic control procedures for its customers.

12.    L30 is a woman-owned Disadvantaged Business Enterprise ("DBE") certified by the United States Department of Transportation.  L30 currently holds DBE certifications in Florida, Alabama, Georgia, Mississippi, and Louisiana.  L30 has won awards from the Florida Department of Transportation, including the "Bridging the Gap Program" aimed at partnering successful DBE firms with top contractors.

13.    L30 provides its services to a variety of customers.  These customers have included government (including the Florida Department of Transportation), utility and energy providers, contractors to utility and energy providers, road and highway contractors, construction companies, bridge inspectors, municipalities, defense contractors, special event organizations, and numerous other companies needing traffic control and consulting services.

14.    Phillips is a national infrastructure contractor.  It provides a variety of services to water infrastructure, mining, industrial, energy utilities, and telecommunications companies.

15.    As part of its services, Phillips provides construction services for the building and construction of electrical transmission and distribution lines to electric utility companies.  Phillips has operated throughout the State of Florida, including in Madison County, Florida.

16.    In February 2021, Pike Electric, LLC ("Pike") informed L30 of a new project on which it desired L30 to perform traffic control services.  The project involved NextEra Energy's construction of new high-power transmission lines across numerous counties in North Florida, including but not limited to, Columbia County, Gadsden County, Jefferson County, Leon County, and Madison County, and was referred to as the "North Florida Resiliency Connection project" (the "Project").  Pike would serve as a prime contractor to NextEra Energy to construct electrical transmission lines and substations.

17.    Subsequently, L30 learned that Phillips would be providing services to Pike as a subcontractor on the Project.  Pike instructed the subcontractors on the Project to utilize L30 for traffic control services, including Phillips.  L30 thus learned that it would perform traffic control services for Phillips as part of its work on the Project.

18.    Under the Project, L30 would provide crews to provide traffic control services for Phillips crews constructing transmission lines and substations.  Much of the work would take place in rural areas, which would require L30 to manage traffic on two lane roads, across intersections, and in other locations.  The work would also require L30 to schedule and pay for off-duty police officers, sheriff's deputies, Florida Highway Patrol officers, and Florida Fish and Wildlife Conservation Commission officers to perform services at Phillips job sites.  L30's traffic control services would serve to protect Phillips' crews performing construction services adjacent to roads.

19.    L30 was requested to provide traffic control services in a variety of ways for the Project, including in person, by telephone, by e-mail, and by text message.  Sometimes, a project manager would call or e-mail L30's management to request services.  Other times, the foremen

working on crews at specific locations would request L30's presence to perform services again the following day or week.

20.     Starting in March 2021 and concluding in May 2022, L30 performed traffic control services for Phillips on daily and weekly jobs that Phillips crews performed at numerous locations throughout Madison County and other neighboring counties for the Project.

21.     Initially, the L30 and Phillips did not have a written agreement that governed L30's performance of these services for the Project.  Nevertheless, L30 performed traffic control services for Phillips in good faith, with the reasonable expectation that it would receive full payment for the services it performed.

22.     Also initially, Phillips did not request rates from L30 for  traffic control services.

23.     Subsequently, however, Phillips presented L30 with the Subcontract Agreement, which the parties both executed on July 21, 2021.  *See* Exhibit "1."

24.     The Subcontract Date on the Subcontract Agreement was March 5, 2021.  *Id.* at 1. Pursuant to Section 2 of the Subcontract Agreement, the Subcontract Agreement applied retroactively to any and all work performed by L30 prior to the date on which the Subcontract Agreement was fully executed.  *See id.* at 1-2.

25.     Section 4.1 of the Subcontract Agreement required Phillips to pay L30 for all Work performed under the Subcontract, as set forth in Exhibit A to the Subcontract Agreement. *See id.* at 3.

26.     Exhibit A to the Subcontract Agreement, titled "Project Specific Conditions," set forth the scope of work and pricing for the Subcontract Agreement.  *See id.* at 16-17.

27.     Section 1 in Exhibit A titled "SCOPE OF WORK" required that "Subcontractor will furnish and pay for all materials, supervision, labor and equipment to complete the work as more particularly detailed in the Schedule of Values below." *Id.* at 16.

28.     Section 6 in Exhibit A titled "SCHEDULE OF VALUES" set forth the various tasks that L30 would perform, as well as Unit Prices for each task or service to be provided or performed. *See id.* at 16-17.  The Unit Prices in the attached Exhibit 1 to this Complaint have been redacted, but Phillips has possession of Exhibit 1, and L30 will produce the Subcontract Agreement in discovery pursuant to a confidentiality order or agreement.

29.     In addition, the Subcontract Agreement contained a document titled "L30 Traffic Control – Bid Rates for Phillips & Jordan (03/04/2021)." *See id.* at 22.  This document also set forth rates at which L30 would perform services under the Subcontract Agreement. *See id.*

30.     Pursuant to Phillips' continued and ongoing requests to perform traffic control services for the Project, starting in March 2021 and concluding in May 2022, L30 performed all traffic control services requested by Phillips for the Project in a timely, complete, and workmanlike fashion.  These traffic control services included lane closures, shoulder closures, flagging, crossings, interstate pacing operations, creating and developing traffic control plans, obtaining traffic control permits, providing off-duty police officers, sheriff's deputies, Florida Highway Patrol officers, and Florida Fish and Wildlife Conservation Commission officers, providing equipment for use in connection with traffic control services, providing message boards, and meeting with local officials to address questions and concerns about traffic control services provided on the Project.

31.     L30 performed services for Phillips for the Project at a substantial cost to L30.  It paid the wages of its employees, all invoices for off-duty police officers, sheriff's deputies,

Florida Highway Patrol officers, and Florida Fish and Wildlife Conservation Commission officers, equipment rental fees, hotel costs, meal expenses, fuel expenses, among others.

32.     L30 fully performed all work requested by Phillips and has fulfilled all its obligations owed to Phillips for the Project.

33.     L30 invoiced Phillips for its work performed for Phillips on the Project. L30 submitted invoices to Phillips at the rates set forth in the rate sheet it provided to Phillips.

34.     Despite full performance by L30, Phillips has refused to remit payment to L30 for services rendered for the Project. The total amount due to L30 under the invoices to Phillips exceeds $1,900,000.00.

35.     L30 has satisfied, complied with, and completed all conditions precedent to being granted relief or remedy against Phillips.

36.     For example, despite not having received payment from Phillips, L30 proceeded diligently with performance of the Subcontract Agreement until it concluded its work for Phillips thereunder. *See, e.g., id.* at 13 (Section 18.5).

37.     Section 18.4 of the Subcontract Agreement states that "[a]s a condition precedent to any arbitration proceeding or litigation, the parties agree to submit to a non-binding mediation proceeding with the associated costs shared equally." *Id.*

38.     On May 22, 2025, the parties mediated their dispute via Zoom before the Honorable Terry Lewis. They did not resolve their dispute. They shared the costs of mediation equally.

## COUNT I – BREACH OF SUBCONTRACT AGREEMENT

39.     L30 incorporates the allegations contained in paragraphs 1 through 37 above as if set forth fully herein.

40.     This is an action for breach of contract by L30 against Phillips for damages that exceed $50,000.

41.     The Subcontract Agreement provided that L30 would perform traffic control services for Phillips on the Project in exchange for payment by Phillips for those services.

42.     Pursuant to the parties' agreement, Phillips required L30 to perform traffic control services on a regular basis between March 2021 and May 2022.

43.     Pursuant to Phillips' continued and ongoing requirement for L30 to perform traffic control services, L30 fully performed all traffic control services for Phillips for the Project, starting in March 2021, and concluding in May 2022, and has fulfilled all its obligations owed to Phillips for the Project.

44.     L30 invoiced Phillips for its work performed for Phillips on the Project.  L30 submitted invoices to Phillips at the rates set forth in the Subcontract Agreement.

45.     Despite full performance by L30, Phillips has refused to remit payment to L30 for services rendered for the Project under the Subcontract Agreement.

46.     Phillips' failure to pay for the agreed-upon work performed constitutes a material breach of the Subcontract Agreement.

47.     As a result of Phillips' material breach of the Subcontract Agreement, L30 has suffered damages due to Phillips' refusal to pay the amounts invoiced by L30, which total more than $1,900,000.00.

48.     L30 has satisfied, complied with, and completed all conditions precedent to being granted relief or remedy against Phillips, including the Subcontract Agreement's mediation requirement.

WHEREFORE, L30 respectfully requests that this Court enter judgment against Phillips in favor of L30 for all amounts due for services performed by L30 for Phillips under the Project, pre- and post-judgment interest, L30's costs incurred in this action, and such other relief as the Court deems appropriate.

Respectfully submitted this 18th day of July 2025,

*/s/ John R. Zoesch III*
**JOHN R. ZOESCH III**
Florida Bar No. 0045257
jack.zoesch@phelps.com
**J. NIXON DANIEL, III**
Florida Bar No. 228761
nix.daniel@phelps.com
**PHELPS DUNBAR LLP**
501 Commendencia Street
Pensacola, FL  32501
(850) 432-2451
*Attorneys for Plaintiff L30 Consulting, LLC
d/b/a L30 Traffic Control*

# EXHIBIT 1



**PHILLIPS AND JORDAN, INC.**

SUBCONTRACTOR:  L30 Traffic Control

PROJECT: NextEra  NFRC

JOB NUMBER: 2920018

SUBCONTRACT NUMBER: 2920018L30

SUBCONTRACT DATE: 03/05/21

**SUBCONTRACT AGREEMENT**

| | |
|---|---|
| **CONTRACTOR:** | **PHILLIPS & JORDAN, INC.**<br>10142 Parkside Dr., Suite 500<br>Knoxville, TN 37922<br>Telephone: 865-392-3045<br>Facsimile:  865-688-8369<br>Email:  plenski@pandj.com |
| **SUBCONTRACTOR:** | L30 Traffic Control<br>3276 W Scott Street<br>Pensacola, FL  32505<br><br>Email: admin@l30consulting.com |
| **OWNER:** | Pike Electric, LLC |
| **ARCHITECT / ENGINEER:** | Pickett & Associates, Inc. |
| **PROJECT NAME:** | NextEra NFRC |

**SCOPE OF SERVICES**:  PROVIDE ALL WORK, LABOR, SUPERVISION, SERVICES, MATERIALS, EQUIPMENT, TOOLS, TRANSPORTATION, STORAGE AND ALL OTHER THINGS NECESSARY TO PERFORM THE WORK TO THE SATISFACTION OF AND IN COMPLIANCE WITH THE DIRECTIONS OF THE CONTRACTOR, OWNER OR OWNER'S DESIGN PROFESSIONAL, AND IN STRICT ACCORDANCE WITH THE CONTRACT DOCUMENTS (AS DEFINED BELOW), BUILDING CODES, APPLICABLE LAWS, STATUTES AND REGULATIONS, AND ALL OF THE PROJECT-SPECIFIC CONDITIONS AND DETAILED SCOPE OF SERVICES ATTACHED HERETO AS **<u>EXHIBIT A</u>** (COLLECTIVELY THE "WORK") PURSUANT TO CONTRACTOR'S REQUIRED SCHEDULE (THE "PROJECT SCHEDULE").

**SUBCONTRACT AMOUNT:**            As Set Forth in Exhibit A

MP
———————
P&J INITIALS

*AM*
———————
SUB INITIALS

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 2 of 21

**MONTHLY BILLING DATE:**                    On or before the **20th day** of each month, Subcontractor shall provide an invoice in form and substance satisfactory to Contractor.

The above terms are incorporated by reference below.  Contractor and Subcontractor, with offices at the addresses shown above, agree for themselves, their successors, and assigns as follows:

**1.    Contract Documents.**  The Contract Documents, which are incorporated by reference, shall consist of (a) the contract between Owner and Prime Contractor, including all general, special, and supplementary conditions, plans, drawings, and specifications (the "Prime Contract"), (b) the contract between Prime Contractor and Contractor (the "Contract"), (c) this Subcontract and its exhibits, and attachments, if any, and (d) all addenda and modifications issued hereafter to the Prime Contract, Contract and Subcontract (collectively, the "Contract Documents").  Subcontractor acknowledges that Contractor may at times be the Prime Contractor or a subcontractor to the Prime Contractor.  In either event, Subcontractor shall be bound to the Contractor to the same extent that Contractor is bound to the Owner and/or Prime Contractor, as the case may be, by each and every covenant, obligation and provision of said Prime Contract and/or Contract, as the case may be.  If the Prime Contract or Contract requires Contractor to incorporate specific provisions or requirements into subcontract agreements, Subcontractor agrees that all such provisions or requirements are incorporated by reference into this Subcontract.  In executing this Subcontract, Subcontractor acknowledges that the Prime Contract and Contract have been made available to it for inspection and review.  In the event of any direct conflict between the terms of this Subcontract and the terms and conditions of the Prime Contract or Contract, the provisions of this Subcontract shall control.

**2.    Date of Agreement.**  Subcontractor confirms that any and all work performed by Subcontractor on the Project, prior to the date on which this Agreement is fully executed, is subject to the terms and conditions of the Contract Documents and that all representations and warranties made by Subcontractor herein are retroactive to the date on which Subcontractor commenced any work on the Project.

**3.    Progress & Completion.**  Time is of the essence of the Subcontract, and any failure by Subcontractor to progress the Work as required herein shall constitute a material default of Subcontractor's obligations under the Subcontract.  In addition to any remedies provided to the Contractor under the terms of the Subcontract, Subcontractor shall be liable to Contractor for any damages resulting from a delay by Subcontractor in performing the Work, including but not limited to liquidated damages assessed against Contractor by the Owner. The Work shall be performed diligently and continuously in such a manner and sequence as Contractor may direct.  If Subcontractor's performance of the Work is delayed, altered, rescheduled, interfered, or in any way extended through no fault of the Subcontractor, regardless of whether caused by acts or omissions of Contractor or any third party or whether they are avoidable or unavoidable, it is agreed that Contractor shall not be liable for any costs or damages incurred by Subcontractor.  However, on these grounds only and as its exclusive remedies, Subcontractor may be granted an appropriate time extension to perform the Work or an appropriate change order increasing the Subcontract Amount, subject to all requirements and conditions granted to Contractor under the Prime Contract and the conditions precedent set forth below.  The extension of Contractor's time to perform by the Owner or Prime Contractor shall be a condition precedent to Subcontractor's right to any extension of time to perform the Work.  Contractor's receipt of an executed change order increasing Contractor's contract sum due to delays shall be a condition precedent to Subcontractor's right to a pro rata increase in the Subcontract Amount for delays.  In no event shall Subcontractor be entitled to a greater extension of time or a greater increase in the Subcontract Amount than what the Contractor receives from the Owner or Prime Contractor.

**4.    Payment**.

_____**MP**_____
P&J INITIALS

=====  *AM*  ____
S            .LS

Doc.

#1422815

Subcontract No. 2920018L30

Rev. 01/01/03
Revised 1/01/16

4.1.     In accordance with the provisions of this Subcontract, the Contractor agrees to pay the Subcontractor for the Work based upon the Subcontract Amount set forth in Exhibit A.  Subcontractor shall submit applications for payment monthly to Contractor using such form as Contractor may require and accompanied by such lien waivers or other documentation Contractor may require as evidence that Subcontractor is in compliance with all requirements of the Subcontract.  For each progress payment requested and approved by Contractor, the Contractor shall retain the same percentage of each payment to Subcontractor as what the Owner or Prime Contractor retains from Contractor's pay applications.  All money properly payable to Subcontractor shall be paid, subject to the absolute condition precedent that the Contractor has received funds from the Owner for the work reflected in Subcontractor's application for payment.  Notwithstanding the above, any liability of the Contractor to the Subcontractor for progress payments or final payments for any work performed by the Subcontractor on the Project shall be expressly conditioned upon Contractor's actual receipt of payment by the Owner for such work.  If the Owner has not paid the Contractor for work performed by Subcontractor for any reason (including, but not limited to, the Owner's inability to pay, insolvency, bankruptcy or other financial problems), the Subcontractor agrees that the Contractor shall not be liable to, or indebted to, the Subcontractor on account of such work.  The Subcontractor accepts the risk that it will not be paid for work performed by the Subcontractor in the event that the Contractor, for whatever reason, is not paid by the Owner for such work, and the Subcontractor states that he relies entirely for payment for work performed on the credit of the Owner, and not of the Contractor.  The Subcontractor acknowledges that it understands and agrees to the terms and conditions outlined in this section of the Subcontract and that Contractor's actual receipt of payment for Subcontractor's work shall be an absolute condition precedent to any obligation of Contractor to pay Subcontractor.  The Subcontractor agrees that the liability of the surety on Contractor's payment bond, if any, for payment to the Subcontractor, is subject to the same conditions precedent as are applicable to the Contractor's liability to the Subcontractor.

4.2.     Subcontractor shall timely pay all invoices for labor, material, and equipment used in the Work, and Subcontractor's submission of an application for payment shall constitute a representation and warranty that Subcontractor has made payment in full for all amounts owing for labor, material, or equipment provided in the Work through the date of Subcontractor's immediately preceding application for payment.  Contractor shall have the right at any time to issue payments to Subcontractor through joint checks payable to Subcontractor and to one or more of Subcontractor's suppliers or sub-subcontractors.

4.3.     A final payment, consisting of the unpaid balance of the Subcontract Amount, shall be made within thirty (30) days after the last of the following to occur: (a) completion of the Work by Subcontractor; (b) acceptance thereof by Architect, Prime Contractor, and Owner; (c) final payment by Prime Contractor or Owner to Contractor on account of the Work, such payment from Prime Contractor or Owner to Contractor shall be an absolute condition precedent to payment from Contractor to Subcontractor; (d) furnishing of evidence satisfactory to Contractor that there are no claims, obligations, liens, outstanding or unsatisfied amounts, or other items performed, furnished or incurred in connection with the Services; (e) delivery of all guaranties, warranties, bonds, instruction manuals, performance charts, diagrams, stamped drawings, as-built drawings, and similar items required pursuant to the Contract Documents; (f) delivery of a final release of lien on a form acceptable to Contractor executed by Subcontractor, and all its subcontractors and suppliers; and (g) delivery of a general release executed by Subcontractor running to and in favor of Prime Contractor, Contractor, and Owner.

**5.     Additional or Changed Work.**

5.1.     Contractor may from time to time, by written directive to Subcontractor, require Subcontractor to make changes in the Work (both additions and deletions), and the changes shall be part of the Work.  Subcontractor shall perform changes as part of the Work and in accordance with the terms of this Subcontract when directed to do so in writing by Contractor.

_____**MP**_____
P&J INITIALS

_*am*_____
S̅     ALS

Doc.

#1422815

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536RDB2F4CFA

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 4 of 21

5.2.    If Subcontractor considers any instructions by the Architect, Owner, Contractor, or public authority having jurisdiction to be contrary to the requirements of the Contract Documents and will involve extra work, extra cost, or extra time under the Subcontract, the Subcontractor shall give Contractor written notice thereof within five (5) days after receipt of such instructions and, in any event, before proceeding to execute such changed or additional Work.

5.3.    Subcontractor shall not be compensated for any extra work, cost, or time for additional Work unless, and as a condition precedent, it (a) provides the written notice required by this Article, and (b) receives prior written approval from Contractor for said additional Work and the parties have agreed in writing to the scope and pricing of such additional Work.

**6.    Advances.**  Contractor may, but shall not be required to, advance sums to Subcontractor for the purpose of financing the work and may offset such against any subcontract earnings, including final retainage, without the consent of and free of any claim of unauthorized prepayment by any surety and such shall not release the surety in whole or in part.  Contractor may, but shall not be required to, supply Subcontractor with labor, materials, equipment and supplies and other items for the performance of the Work and to recover the value or price against Subcontractor and the Subcontractor's surety, if any, without being required to offset the same or any part against the earnings of Subcontractor.

**7.    Insurance.**  Before commencing the Work, and as a condition precedent before any payment will be made to Subcontractor, Subcontractor shall furnish Contractor with a Certificate of Insurance showing coverage greater than or equal to those coverages shown in **Exhibit B – Insurance**, waiving Subcontractor's and its insurer's subrogation rights against Contractor for any claims arising from work related to this project (on all policies), and naming as additional insureds Contractor, Owner, Prime Contractor, and any other person or entity required to be an additional insured by the Contract Documents, including but not limited to the Architect and/or Engineer.

**8.    Indemnity.**

**8.1    TO THE FULLEST EXTENT PERMITTED BY LAW, SUBCONTRACTOR SHALL DEFEND, INDEMNIFY AND HOLD HARMLESS CONTRACTOR, OWNER, ARCHITECT AND THE CONSULTANTS, AGENTS AND EMPLOYEES OF EACH OF THEM (INDIVIDUALLY, AN "INDEMNITEE" AND COLLECTIVELY, THE "INDEMNITEES") FROM AND AGAINST ANY AND ALL CLAIMS DAMAGES, LOSSES, PENALTIES AND EXPENSES, INCLUDING BUT NOT LIMITED TO REASONABLE ATTORNEY'S FEES AND COSTS, ARISING OUT OF OR RESULTING FROM THE PERFORMANCE OF THE WORK, WHETHER SUCH CLAIM, DAMAGE, LOSS, PENALTY OR EXPENSE IS ATTRIBUTABLE TO BODILY INJURY, SICKNESS DISEASE OR DEATH, OR TO INJURY TO OR DESTRUCTION OF TANGIBLE PROPERTY, INCLUDING LOSS OF USE OR ECONOMIC LOSS RESULTING THEREFROM, PROVIDED THAT SUCH CLAIM, DAMAGE, LOSS PENALTY OR EXPENSE IS CAUSED IN WHOLE OR IN PART BY SUBCONTRACTOR, ANY OF THE SUBCONTRACTOR'S SUB-SUBCONTRACTORS, MATERIALMEN, OR AGENTS OF ANY TIER OR ANY OF THEIR RESPECTIVE EMPLOYEES. SUBCONTRACTOR AGREES THAT THE INDEMNIFICATION GIVEN HEREIN SHALL BE LIMITED TO THE AMOUNT OF LOSS SUFFERED BY INDEMNITEE OR TWO MILLION DOLLARS ($2,000,000.00) PER OCCURRENCE, WHICHEVER IS LESS, WHICH AMOUNT IS STIPULATED BY THE PARTIES TO BEAR A REASONABLE COMMERCIAL RELATIONSHIP TO THE SUBCONTRACT. THIS INDEMNIFICATION SHALL BE DEEMED PART OF THE SUBCONTRACT AND TO FULLY COMPLY WITH SECTION 725.06, FLORIDA STATUTES, INCLUDING ANY AMENDMENTS THERETO, IN ALL RESPECTS.**

_____**MP**_____
P&J INITIALS

_____*AM*_____
SUB INITIALS

Doc.

#1422815

Subcontract No.  2920018L30

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 5 of 21

**8.2** **THE FOREGOING INDEMNIFICATION SHALL ONLY APPLY TO DAMAGES TO PERSONS OR PROPERTY CAUSED IN WHOLE OR IN PART BY ANY ACT, OMISSION, OR DEFAULT OF:**

**A.** **THE SUBCONTRACTOR;**

**B.** **ANY OF SUBCONTRACTOR'S SUB-SUBCONTRACTORS, MATERIALMEN, OR AGENTS OF ANY TIER OR THEIR RESPECTIVE EMPLOYEES; OR**

**C.** **THE INDEMNITEES OR THEIR OFFICERS, DIRECTORS, MEMBERS, AGENTS, OR EMPLOYEES.  PROVIDED, HOWEVER, THAT SUCH INDEMNIFICATION SHALL NOT INCLUDE:**

**(1)** **CLAIMS OF, OR DAMAGES RESULTING FROM GROSS NEGLIGENCE, OR WILLFUL, WANTON OR INTENTIONAL MISCONDUCT OF THE INDEMNITEES OR THEIR OFFICERS, DIRECTORS, MEMBERS, AGENTS OR EMPLOYEES; OR**

**(2)** **CLAIMS FOR STATUTORY VIOLATION OR PUNITIVE DAMAGES EXCEPT AND TO THE EXTENT THE STATUTORY VIOLATION OR PUNITIVE DAMAGES ARE CAUSED BY OR RESULT FROM THE ACTS OR OMISSIONS OF THE SUBCONTRACTOR OR ANY OF THE SUBCONTRACTOR'S SUB-SUBCONTRACTORS, MATERIALMEN, OR AGENTS OF ANY TIER OR THEIR RESPECTIVE EMPLOYEES.**

**8.3** **THE FOREGOING OBLIGATIONS SHALL NOT BE CONSTRUED TO NEGATE, ABRIDGE, AND REDUCE OR TO BE IN CONFLICT WITH OTHER RIGHTS OR OBLIGATIONS OF INDEMNITY WHICH WOULD OTHERWISE EXIST, INCLUDING BUT NOT LIMITED TO OBLIGATIONS UPON THE SUBCONTRACTOR WHICH MAY BE INCORPORATED BY REFERENCE FROM ANY PROVISIONS OF THE CONTRACT DOCUMENTS. TO THE FULLEST EXTENT PERMITTED BY LAW, THE FOREGOING DUTIES OF INDEMNIFICATION SHALL BE ENFORCEABLE AGAINST SUBCONTRACTOR INDEPENDENTLY OF AND IN ADDITION TO ANY OTHER INDEMNITY REQUIREMENTS OF THE CONTRACT DOCUMENT, WHICH SHALL CONSTITUTE SEPARATE OBLIGATIONS UPON SUBCONTRACTOR.**

**8.4** **IN CLAIMS AGAINST ANY PERSON OR ENTITY INDEMNIFIED UNDER THIS PARAGRAPH BY AN EMPLOYEE OF THE SUBCONTRACTOR, OR OF ANYONE FOR WHOSE ACTS THEY MAY BE LIABLE, THE INDEMNIFICATION OBLIGATIONS OF THE SUBCONTRACT SHALL NOT BE LIMITED BY ANY LIMITATION ON THE AMOUNT OR TYPES OF DAMAGES, COMPENSATION OR DISABILITY BENEFIT ACTS OR OTHER EMPLOYEE BENEFIT ACTS.**

**8.5** **THE DUTY TO DEFEND HEREUNDER (OR ELSEWHERE IN THE SUBCONTRACT) IS INDEPENDENT AND SEPARATE FROM THE DUTY TO INDEMNIFY, AND THE DUTY TO DEFEND EXISTS REGARDLESS OF ANY ULTIMATE LIABILITY OF SUBCONTRACTOR OR ANY INDEMNITEE.  THE DUTY TO DEFEND ARISES IMMEDIATELY UPON PRESENTATION OF A CLAIM BY ANY PARTY AND WRITTEN NOTICE OF SUCH CLAIM BEING PROVIDED TO SUBCONTRACTOR.  SUBCONTRACTOR'S OBLIGATION TO INDEMNIFY AND DEFEND HEREUNDER WILL SURVIVE THE EXPIRATION OR EARLIER TERMINATION OF THIS SUBCONTRACT UNTIL IT IS DETERMINED BY FINAL JUDGMENT THAT AN ACTION AGAINST THE INDEMNITEE FOR THE MATTER INDEMNIFIED**

**MP**
P&J INITIALS

*AM*
SUB INITIALS

Doc.

#1422815

HEREUNDER IS FULLY AND FINALLY BARRED BY THE APPLICABLE STATUTE OF LIMITATIONS.

**8.6    IF ANY WORD, CLAUSE OR PROVISION HEREIN IS DETERMINED NOT TO BE IN COMPLIANCE WITH SECTION 725.06, FLORIDA STATUTES, INCLUDING ANY AMENDMENTS THERETO, IT SHALL BE STRICKEN AND THE REMAINING WORDS, CLAUSES AND PROVISIONS SHALL REMAIN IN FULL FORCE AND EFFECT. IT IS THE INTENT OF THE PARTIES THAT THESE PROVISIONS AND CLAUSES COMPLY FULLY WITH SECTION 725.06, FLORIDA STATUTES, INCLUDING ANY AMENDMENTS THERETO, IN ALL RESPECTS.**

**8.7    SUBCONTRACTOR FURTHER AGREES THAT IT SHALL REIMBURSE ANY INDEMNITEE ITS REASONABLE ATTORNEYS' FEES, PARALEGALS' FEES, COSTS AND EXPENSES INCURRED BY SUCH INDEMNITEE IN ENFORCING SUBCONTRACTOR'S OBLIGATIONS TO DEFEND AND INDEMNIFY HEREUNDER.**

**8.8    SUBCONTRACTOR AGREES TO INDEMNIFY, DEFEND, AND HOLD HARMLESS CONTRACTOR FROM ANY CLAIMS OR CAUSES OF ACTION RELATING TO OR ARISING OUT OF THE COURSE AND SCOPE OF THE SUBCONTRACTOR'S WORK, INCLUDING BUT NOT LIMITED TO ANY THAT RELATE TO OR ARISE OUT OF PERSONAL INJURIES TO SUBCONTRACTOR'S EMPLOYEES OFFICERS AND AGENTS, REGARDLESS OF WHETHER ANY ACTIONS OR OMISSIONS OF CONTRACTOR CONTRIBUTED IN ANY WAY TO PERSONAL INJURY, TO THE EXTENT SUCH CLAIMS ARE NOT OTHERWISE ACCEPTED AND FULLY COVERED UNDER SUBCONTRACTOR'S WORKERS' COMPENSATION POLICY. THE PURPOSE OF THIS PROVISION IS TO ENSURE AND ALL COSTS RELATED TO ANY CLAIMS FOR PERSONAL INJURY BROUGHT BY ANY EMPLOYEE, OFFICER OR AGENT OF SUBCONTRACTOR, WHO IS EXEMPT OR OTHERWISE NOT COVERED BY SUBCONTRACTOR'S WORKERS' COMPENSATION INSURANCE, ARE BORNE EXCLUSIVELY BY THE SUBCONTRACTOR.**

## 9.    Safety.

9.1.    Subcontractor shall ensure that all work performed by or on behalf of Subcontractor is performed safely so as to avoid harm to persons or property.  Subcontractor shall comply with all applicable safety laws, codes and regulations, with all safety requirements set forth in the Contract Documents, and with any safety policies or manuals implemented by Contractor. Subcontractor shall supply all services, equipment and materials under this Agreement in accordance with project Safety Plans or Materials and shall comply with any and all applicable provisions of the Occupational Safety and Health Act ("OSHA") and all other applicable federal, state and local government safety codes and regulations.  Subcontractor shall be solely responsible for ensuring the safety of its employees.  Subcontractor shall take all necessary precautions for the safety of its employees and others at the project site and shall at all times maintain discipline and good order among its employees and subcontractors.  Subcontractor shall also comply with all safety programs, rules, requirements and Prime Contract provisions as imposed by Owner.

9.2.    In the event Contractor determines that any activity of Subcontractor is unsafe or in violation of this Article, Contractor shall have the right but not the obligation to immediately stop all work by Subcontractor until the unsafe condition is resolved, and Subcontractor shall bear any resulting additional cost. Subcontractor shall not be entitled to any additional time or money as a result of Contractor stopping the Work when the Work is stopped due to Contractor's concern about safety deficiencies.  Failure to comply with the safety and health provisions of the Contract Documents shall be considered a material breach of this Subcontract.

__MP__
P&J INITIALS

ALS

Doc.

#1422815

Subcontract No.  2920018L30

Rev. 01/01/03
Revised 1/01/16

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 7 of 21

9.3 In addition to all OSHA, State Plan OSHA Programs, Federal Motor Carrier Safety Regulations ("FMCSA"), Mine Safety and Health Administration ("MSHA"), Environmental Protection Agency ("EPA"), and State Environmental Regulatory Agency, and any other federal, state, or local regulations governing this scope of work, Subcontractor, sub-subcontractors, of all tiers, and vendors are required to abide by the Contractor's **Code of Safe Practices** , which is attached as **Exhibit C** and form a part of this Subcontract.

9.4.    Contractor and Subcontractor recognize Subcontractor is an independent contractor, with responsibility for its means and methods and the safety of its workers, and that Contractor is not intended to be and shall not be considered an employer of Subcontractor's employees.  Subcontractor is not entitled to: tax withholding, workers' compensation, unemployment compensation, or any employee benefits, statutory or otherwise.  No actions taken by Contractor to monitor practices or performance of the Work for safety or to stop any unsafe practices by Subcontractor or its subcontractors shall be construed to suggest or imply that Contractor has assumed any obligation or duty to take such actions.

10.    **Compliance.**

10.1.    *Compliance with Applicable Law.*  Subcontractor represents and warrants to Contractor that (a), to the extent necessary in any jurisdiction in which the Work or any portion of it is to be performed, it is properly licensed, registered, and in good standing to perform the Work, and (b) any self-certification of SBE/MBE/WBE/minority-owned business status will be valid, truthful and accurate.  Subcontractor shall ensure that the Work complies with all applicable statutes, ordinances, rules, regulations, Federal Acquisition Regulations ("FARs"), Executive Orders, and other orders of any governmental or quasi-governmental authority having jurisdiction over the Work or the performance thereof, or of the Project, or of Subcontractor, including, but not limited to, those relating to licensing, immigration, qualification, wages, taxes, employment conditions, discrimination, and equal employment opportunity.  Subcontractor agrees to pay all fees, licenses, permits and expenses required by such compliance, and also, to the extent that Contractor is or may be held liable therefor, to pay all wages, taxes, and contributions imposed or required by any law relating to the employees of Subcontractor and to the performance of the Work.  Subcontractor agrees to pay any and all royalty and license fees, and to defend all claims or suits for infringement of any patent right pertaining to work performed by the Subcontractor.

10.2.    *Employment Eligibility Verification.*  Subcontractor represents and warrants that it has complied with all federal, and all applicable state and local, immigration and employee eligibility laws, statutes, rules, codes, orders and regulations (collectively "Immigration Laws"), including, without limitation, the Immigration and Nationality Act of 1952 ("INA"), the Immigration Reform and Control Act of 1986 ("IRCA"), as amended (including but not limited to the provisions of the Act prohibiting hiring and continued employment of unauthorized aliens, requiring verification and record keeping with respect to identity and eligibility for employment, and prohibiting discrimination on the basis of national origin, United States citizenship, or intending citizen status), and the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRAIRA"), as amended, and any successor statutes thereto.  Subcontractor represents and warrants that it has not and will not knowingly hire or continue to employ any person who is not duly authorized to work in the United States.  Subcontractor warrants that at all times during the term of this Subcontract it will properly maintain all records required by IRCA and all corresponding regulations issued by the Department of Homeland Security ("DHS") including, without limitation, the completion and maintenance of the Form I-9 for each of Subcontractor's employees.  Further, Subcontractor warrants that it has an I-9 employment verification policy which it administers uniformly throughout the company, and that such verification policy complies with all of the anti-discrimination provisions of the INA.

___**MP**___
P&J INITIALS

_aM_
ALS

Doc.

#1422815

Rev. 01/01/03
Revised 1/01/16

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 8 of 21

10.2.1.  Subcontractor agrees to comply with all Immigration Laws during the term of the Project, to properly maintain all records required by DHS or other Immigration Authorities, and to timely respond to any inspection requests.  Subcontractor further agrees to fully cooperate, and to cause its directors, officers, managers, agents and employees to fully cooperate, with any audit, inquiry, inspection or investigation of Subcontractor, or any of its employees, that may be conducted by DHS or other Immigration Authorities.  Subcontractor shall require its sub-subcontractors or subconsultants to provide the same warranties, certifications, and compliance.

10.2.2.  Subcontractor shall immediately, and in no event later than two (2) hours, notify Contractor's representative in writing and by in-person voice communication (not voice mail) of any unscheduled inspections, raids, investigations, inquiries, visits or audits conducted by DHS, ICE or any other Immigration Authority of Subcontractor, or its subcontractors, materialmen, or employees.  Furthermore, Subcontractor will subsequently provide a detailed explanation of its response and the results of any such notice, inspection/audit request. This obligation applies as well to any compliance notices received from any applicable State or municipal authority.

10.2.3.  Subcontractor shall, on a bi-annual basis during the term of this project, conduct an audit of the I-9 Forms for its employees and shall promptly correct any defects or deficiencies which are identified as a result of such audit.  Subcontractor shall ensure that its subcontractors and materialmen are in compliance with the provisions of this Article.

10.2.4.  Subcontractor agrees that any violation or breach of any of the foregoing provisions, or a determination by DHS or any other Immigration Authority that Subcontractor, or any of its subcontractors and materialmen, has not complied with any Immigration Law, shall amount to a default under this Agreement, and be cause for Contractor to exercise its termination rights for default under this Subcontract.

10.2.5.  Subcontractor warrants that, if the Contract Documents require or are further amended to include the FAR E-Verify clause, FAR 52.222.54 pursuant to Amended Executive Order 12989 and implemented by FAR Case 2007-013 (Employment Eligibility Verification), 73 FR 67704, it will comply with all the requirements set forth in the above outlined FAR clause upon notice from Owner or Contractor, and that it will further assume toward Owner all of the duties, obligations and responsibilities imposed by such rule.

10.2.6.  Subcontractor is a federal contractor which complies fully with Executive Order 11246, as amended, and the applicable regulations contained in 41 C.F.R. Parts 60-1 through 60-60; 29 U.S.C. Section 793 and the applicable regulations contained in 41 C.F.R. Part 60-741; and 38 U.S.C. Section 4212 and the applicable regulations contained in 41 C.F.R. Part 60-250.  If this Subcontract is subject to FARs and the Owner's contracting officer has authority to amend or impose any contract amendments or additional requirements or obligations on Contractor, then on Contractor's written notice to Subcontractor, Subcontractor shall be bound by and assume all such additional requirements or obligations as imposed on Contractor.

10.2.7.  Subcontractor warrants that it is now, and will continue to be for the duration of this agreement, in compliance with any applicable state immigration law.  Furthermore, Subcontractor warrants that it has registered and is currently using, or will register and begin to use, the Federal E-Verify program.

____**MP**____
P&J INITIALS

_aM_
SL................LS

Doc.

#1422815

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 9 of 21

    10.2.8.  Neither Subcontractor nor any of Subcontractor's assigns shall employ or keep any workman whose employment on the Work is objected to by the Owner or by Contractor.

    10.3.  *Labor Provisions.*  Without limitation upon the obligations herein generally assumed in compliance with the Prime Contract, it is further provided that all of the provisions, including, when applicable, the "Required Contract Provisions on all Federal-Aid Construction Contracts" of the Prime Contract relating to the hiring, handling, selection, use and payment of employees on the Project, and to the imposition of penalties, sanctions or liabilities for noncompliance with such labor provisions, shall be in all respects applicable to and binding upon Subcontractor to the same extent that same are or would be applicable to and binding upon Contractor, and said provisions are incorporated by reference as a part hereof as if set out at length herein. (Every reference therein to "Contractor" shall be considered as referring also to "Subcontractor.") Subcontractor agrees to comply with such directions as may be given by Contractor (as may be required by the Contracting Agency) as a means of enforcing such labor provisions and to be bound by such penalties, sanctions and liabilities for noncompliance with such provisions and directions as may be lawfully imposed and in all such respects to indemnify, defend and save harmless the Contractor from any and all penalties, forfeitures, sanctions, liabilities, loss, cost, expense and attorneys' fees imposed upon or incurred by Contractor because of or arising out of any failure of Subcontractor to comply with such provisions or directions or to discharge any of same as may be imposed. Should Subcontractor sublet the work in whole or in part, with or without the consent of Contractor, any such Subcontract shall include the same obligations as set forth in this paragraph, and the same provisions shall in like manner be included in any further subcontracts, which may in turn be made.

    10.4.  *Ethics Policy.*  Subcontractor, its employees and agents, and Subcontractor's subcontractors shall maintain the highest ethical standards and comply with all applicable laws, rules, and regulations at all times, including but not limited to the Anti-Kickback Act, the Procurement Integrity Act, the False Claims Act, the Sherman Act and other antitrust laws, all applicable laws and regulations prohibiting gifts and entertainment to or from government personnel (Foreign, Federal, State and local), all applicable laws governing political contributions (both domestic and foreign), and all applicable environmental laws, standards and guidelines. Subcontractor, its employees and agents, and Subcontractor's subcontractors agree to refrain from participating in activities or practices that may constitute price-fixing, bid-rigging, market division, bribery, kickbacks, harassment, discrimination, or making false claims. All statements, representations, and certifications made on behalf of Subcontractor, whether written or oral, shall be accurate, truthful, and timely. The use, sale, distribution, dispensation, manufacture, transportation, or possession of alcohol (except at pre-approved functions), controlled substances including illegal and illicit drugs, designer drugs, look-alike drugs, and/or drug related paraphernalia are prohibited. Working under the influence of, or impaired by, any of the aforementioned items is strictly prohibited. Subcontractor accepts and agrees to comply with Contractor's **Contractor Code of Business Ethics and Conduct**, which is attached as **Exhibit D** and forms part of this Subcontract. Subcontractor, its employees and agents, and Subcontractor's subcontractors agree to promptly report to Contractor any unlawful or unethical conduct.

    10.5.  *Green Rating System Compliance.*  If the Contract Documents call for the Project to obtain, or aspire to obtain, a sustainable, or "green," construction rating or certification (*e.g.*, the LEED rating system promulgated by the U.S. Green Building Council, Green Globes, etc.), Subcontractor shall utilize methods and materials that comply with the specified sustainable construction rating system at the specified level and shall timely furnish all necessary documentation as proof of compliance. Subcontractor shall submit evidence of compliance with the sustainable construction rating system with Subcontractor's monthly application for payment, or as otherwise directed by Contractor. Subcontractor's costs of complying with the specified sustainable construction rating system, if any, are included in the Subcontract Amount.

**11.**    **Liens and Subcontractor's Failure to Pay Claims.**

    **MP**
_____
P&J INITIALS

*am*
_____
IALS

Doc.

#1422815

Rev. 01/01/03
Revised 1/01/16

11.1.    Subcontractor shall protect the Owner and Contractor from any claims of lien or other cost or expense arising out of Subcontractor's failure to pay debts relating to the Work.  Subcontractor shall defend, indemnify and hold harmless Contractor and Owner from and against any and all claims, damages, losses and expenses, including but not limited to attorney's fees, arising out of or resulting from any liens or claims of lien in accordance with Article Eight - Indemnity.

11.2.    In the event Contractor receives information indicating that Subcontractor has failed to make any payments to its sub-subcontractors and suppliers when due, or if at any time there shall be evidence of any lien or claim for which, if established, Contractor, Prime Contractor or Owner might become liable, and which is chargeable to Subcontractor, or if Subcontractor shall incur any liability to Contractor, or Contractor shall have any claim or demand against Subcontractor of any kind or for any reason, whether or not reduced to judgment or award, the Contractor shall have the right to (a) retain out of any payment due, or to become due, under the Subcontract or any other agreement between the Contractor and the Subcontractor, an amount sufficient to indemnify Contractor and Owner against such lien or claim, and/or to compensate Contractor for and fully satisfy such liability, claim, or demand, and charge or deduct all costs of defense or collection with respect thereto, including reasonable attorneys' and paralegals' fees and/or (b) require Subcontractor to bond off, or otherwise discharge or clear title to the underlying property, any such liens within five (5) days of written notice, or the time period required by the Contract Documents, whichever is shortest.  Should any claim or lien develop after all payments are made, the Subcontractor shall refund to the Contractor all monies that the latter may be compelled to pay in discharging such claims or liens or costs incurred in collecting said monies from the Subcontractor.

## 12.    Default and Termination.

12.1.    Should Subcontractor at any time (i) fail to perform any one or more of the agreements herein contained, or (ii) fail to avoid bankruptcy, receivership or attachment, or (iii) make a general assignment for the benefit of its creditors, or (iv) if it should refuse or fail to supply enough properly skilled workmen or proper materials; or (v) fail to make prompt payment to its subcontractors, materialmen, or laborers, or (vi) if it should violate or disregard laws, ordinances or instructions of Contractor, or (vii) if it should fail to comply with the insurance requirements, or (viii) if it should abandon the Work, or (ix) if Subcontractor inaccurately or invalidly self-certifies itself as a SBE/MBE/WBE/minority-owned business, or (x) if Subcontractor otherwise violates any provision of the Subcontract or the Contract Documents, any such event shall amount to a default hereunder and Contractor may, at Contractor's option, after five (5) days' notice to Subcontractor, (a) provide the labor, materials, services, equipment and/or supplies and other items necessary to perform the Work and discharge the other obligations assumed by Subcontractor and recover all cost thereof from Subcontractor, and may deduct such cost from any money then due or thereafter to become due to Subcontractor under this Subcontract, or any other contract between Contractor and Subcontractor, or otherwise, or (b) terminate the Subcontract and take over and complete the Work or re-let the Subcontract, deducting in any case all cost thereof (including a reasonable allowance to Contractor for use of Contractor's equipment based on A.E.D. rental rates, latest edition, and a reasonable allowance for overhead and profit) from the payments that would otherwise be due hereunder.

12.2.    In the event of a default by Subcontractor, Contractor may take exclusive possession of any materials and equipment on the project belonging to Subcontractor and use the same in the completion of the work, free of all claims for the value of said materials and for the rental or use of said equipment, and free of all claims for depreciation and ordinary wear and tear.  However, in no event shall Subcontractor be entitled to any further payment until the Work has been completed and accepted by Prime Contractor and/or Owner.  In the event of such termination by Contractor, Subcontractor shall not be entitled to any further payment or compensation except as provided in this sub-article.  Should such cost of completing or re-letting the work exceed that remaining unpaid hereunder, then such excess shall be the liability of Subcontractor, payable on demand.

_____**MP**_____
P&J INITIALS

_____ _____
SI    LS

Doc.

12.3.     Determination of default made by Contractor on good faith under the belief that a default exists under the terms hereof shall be conclusive of the fact of such default and on the Contractor's right to proceed as herein provided.  The liability of Subcontractor hereunder shall extend to and include the full amount of any and all sums paid and obligations assumed by Contractor on good faith under the belief that such payments or assumptions were necessary or required, whether actually necessary or required or not, (a) in completing the work and providing labor, materials, equipment, supplies and other items therefor or in re-letting the subcontract, and (b) in settlement, discharge or compromise of any claims, demands, suits and judgments pertaining to or arising out of the Work.  A sworn itemized statement thereof or the checks or other evidence of payment shall be prima facie evidence of the fact and extent of Subcontractor's liability.

12.4.     If, after notice of termination of the Subcontract, it is determined for any reason that Subcontractor was not in default, or that its default was excusable, or that Contractor was not entitled to the remedies against Subcontractor provided herein, then Subcontractor's remedies against Contractor shall be the same as and limited to those afforded Subcontractor under Article 12.5 governing terminations for convenience.

12.5.     Contractor shall have the right to terminate the Subcontract, in whole or in part, without cause upon seven (7) calendar days' written notice to Subcontractor.  In the event of such termination for convenience, Subcontractor's recovery against Contractor shall be limited to  (1) the value of work completed by Subcontractor prior to termination, and (2) any costs reasonably incurred by Subcontractor that are directly attributable to the termination.  Subcontractor shall not be entitled to any other recovery, including but not limited to recovery of loss of profits or overhead or recovery of fees on work not performed.

12.6.     Subcontractor shall have no right to recover from Contractor consequential, incidental, special, or punitive damages, and hereby waives such damages.

12.7.     The obligations and duties of Subcontractor toward Contractor, Prime Contractor, and Owner for correction of defective work, errors and omissions, or complying with warranties provided, shall survive completion or termination of the Subcontract.

**13.     Subcontractor Claims.**

13.1.     Subcontractor shall make all claims to Contractor for extra work and extensions of time, for which Owner may be responsible, in the manner provided for in the Contract Documents, if any, for like claims by Contractor upon Owner, and in sufficient time for Contractor to comply with the requirements of the Contract Documents for making such claims.  Any entitlement of Subcontractor to an adjustment of time or money due to acts or omissions of third parties, their representatives or separate contractors, shall be limited to the amount of adjustment, if any, Contractor receives from such third party, and such recovery by Contractor shall be a condition precedent to any right of Subcontractor to recover such claims from Contractor.

13.2.     Subcontractor shall make any claims for extra work or expense, or for extension of the contract time, attributable to an act or omission of Contractor in writing and within five (5) days of the event giving rise to the claim. Such written, timely notice is a condition precedent to Subcontractor's right to receive any compensation or extension of time for such claim.  Subcontractor shall proceed diligently with performance of the Subcontract pending final resolution of any request for relief or claim for extra work or extensions of time.

**14.     Assignment of Subcontract.**  Subcontractor shall not assign all or any part of this Subcontract or sublet all or any part of the work provided for hereunder without the prior written consent of Contractor, and any attempted assignment without written consent of Contractor shall be null and void.  **IT WILL BE A MATERIAL BREACH OF THIS SUBCONTRACT TO SUBLET ANY PORTION OF THIS**

___**MP**___
P&J INITIALS

SU_____S

Doc.

#1422815

Subcontract No.  2920018L30

Rev. 01/01/03
Revised 1/01/16

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 12 of 21

**SUBCONTRACT WITHOUT THE PRIOR WRITTEN CONSENT OF CONTRACTOR.** In any event, and without regard to whether such consent is given or not, Subcontractor agrees that it remains responsible to Contractor for all obligations under this Subcontract, and Subcontractor will indemnify and save Contractor harmless from any cost or expense attributable to defaults of sub-subcontractors of the undersigned Subcontractor or to any other party (no matter how remote or disconnected) performing or having any connection whatever with the performance of the Subcontract.  No assignment or subletting, with or without consent, shall relieve the undersigned Subcontractor from any obligation herein assumed.

**15.    Defective Workmanship or Materials.**  No payment made under this Subcontract shall be construed as an acceptance of any defective work or improper materials, and Subcontractor agrees to guarantee and does hereby guarantee the work under this Subcontract against all defects of workmanship or materials to the same extent as liability may be imposed upon Contractor under the terms of the Prime Contract.

**16.    Warranty.**  In addition to providing any warranties for the Work required by the Contract Documents, Subcontractor warrants that the Work will be free from deficiencies and defects in materials and/or workmanship.  For a period of one (1) year from the date of final acceptance of the Project, or for such longer period as may be required by the Contract Documents or by law, Subcontractor will, upon notice of such a deficiency or defect, and at the option of Prime Contractor/Owner or Contractor, promptly repair or replace the defective material or workmanship, at Subcontractor's sole cost.

**17.    Bonds.**
17.1.    Prior to commencing operations hereunder, Subcontractor shall furnish Contractor with separate performance and payment bonds, with a surety satisfactory to Contractor, each in an amount equal to 100% of the total amount of this Subcontract.  The liability of the surety on said bond shall be joint and several and shall include all of the performance and payment and other obligations, liabilities, covenants and conditions, as herein assumed by Subcontractor, whether expressly referred to in said bond or not, and whether arising before or after any default, and any provision of such bond to the contrary or by which liability is sought or claimed to be limited or restricted shall be of no force or effect.

17.2.    Subcontractor shall be deemed to have expressly agreed to the issuance of all progress and final payments due and owing Subcontractor in the joint name of Subcontractor and anyone who may have furnished labor, materials, equipment, services, supplies or other items with respect to the work to be performed by the Subcontractor under this Subcontract.  Additionally, in exchange for Contractor's express prior written consent to waive the surety bond requirement and at Contractor's sole election, Subcontractor may also be required to provide Contractor with an irrevocable letter of credit or other security in such form and amounts as is acceptable to Contractor.  Furthermore, and notwithstanding any other provision of the Contract Documents, Contractor may, unless prohibited by law, increase the retainage to be withheld from all payments due and owing Subcontractor in an amount to be determined by Contractor.  Nothing stated herein shall be deemed to require the Contractor to give its consent to any waiver of the surety bond requirement, such waiver being at Contractor's sole and absolute discretion.

**18.    Dispute Resolution & Governing Law.**

18.1.    Any claim, dispute or other matter in question between the Contractor and the Subcontractor relating to the Subcontract shall be governed by the laws of the state of the project location and shall be brought in the appropriate State or Federal court in the county of the project location.

18.2.    All unsettled claims and disputes between Contractor and Subcontractor arising out of or related to this Subcontract shall be subject to litigation and CONTRACTOR AND SUBCONTRACTOR EXPRESSLY WAIVE ALL RIGHTS TO TRIAL BY JURY REGARDING SUCH MATTER; provided, however, if any

_____**MP**_____
P&J INITIALS

_____ _____ _____ ALS
Doc.

#1422815

Subcontract No.  2920018L30

Rev. 01/01/03
Revised 1/01/16

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 13 of 21

unsettled claim or dispute arises out of or is related to a matter which is or becomes the subject of arbitration between the Contractor and the Owner, then the Subcontractor hereby agrees to be joined to that arbitration upon written demand by the Contractor and any litigation shall be stayed pending the completion of such arbitration. Any such arbitration shall be binding upon the parties and any award rendered by the arbitrator(s) shall be final, and judgment may be entered upon it in accordance with applicable law.

18.3.    Each party shall be responsible for its own attorney's fees, expert witness fees, appeal costs and any and all other costs and expenses incurred by them as a result of dispute resolution, including but not limited to litigation or arbitration.

18.4.    As a condition precedent to any arbitration proceeding or litigation, the parties agree to submit to a non-binding mediation proceeding with the associated costs shared equally.

18.5.    Subcontractor shall proceed diligently with performance of the Subcontract pending final resolution of any request for relief, claim, litigation arbitration, appeal or action arising under or related to the Subcontract.

18.6.    The Subcontractor agrees not to communicate directly with the Owner regarding any claim, dispute or other matter in question between the Subcontractor and Prime Contractor arising under the Subcontract, unless the Subcontractor is required to do so under Federal, state or local law. Nothing in this section shall have the effect of restricting sales by the Subcontractor directly to the Government of any item or process (including computer software) made or furnished by the Subcontractor under the Subcontract or under any follow-on production contract as set forth in FAR 52.203-6.

## 19.    Miscellaneous.

19.1.    *Modifications*.  No modification of the Subcontract shall be enforceable unless it is set forth in a writing signed by the party against whom the modification is asserted.

19.2.    *Electronic Signatures.*  Electronic signatures and electronic images of signature pages are valid and constitute sufficient and competent evidence of the execution of this Subcontract.

19.3.    *Severability*.  The provisions of this Subcontract are severable.  Should any provision of this Subcontract or any provision of the Contract Documents applicable to Subcontractor be unenforceable, the remaining provisions shall remain valid and binding.

19.4.    *Entire Agreement*.  The Contract Documents constitute the complete agreement between the parties and supersede any and all prior agreements, understandings, conversations, and proposals related to this Project, whether written or oral.

19.5.    *Enforcement.*  The failure of either party to invoke any provision hereof or assert any right given hereunder on any one occasion or on any series of occasions shall not amount to or be interpreted as a waiver or release of any such provision or right.  If any provision of this Subcontract is found unenforceable by any court or tribunal, Contractor and Subcontractor agree that such provision shall be modified to the minimum extent necessary to render it enforceable, and that the remainder of this Subcontract shall not be otherwise affected.

19.6.    *Notice.*  Any written notice provided for herein may be given in writing by certified mail, and shall be considered as given when addressed to the last known mailing address of the party to receive the same and deposited in the United States mail, and shall be effective for all purposes, as of the time of such deposit,

**MP**
P&J INITIALS

*AM*
SUB INITIALS

Doc.

#1422815

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-636BDB2F4CFA

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 14 of 21

whether actually received by the addressee or not.  Notice by any other means, such as electronic mail, shall be effective when communicated to or received by the intended recipient.  Sending a hard copy of electronic mail by United States mail to the intended recipient's last known mailing address shall be considered effective written notice as of the time of such deposit.

19.7.  *Protection*.  Subcontractor is responsible for the care and protection of the Work until final acceptance by Owner.

[BALANCE OF PAGE LEFT INTENTIONALLY BLANK]

___**MP**___
P&J INITIALS

#1422815

Subcontract No.  2920018L30

SUI      S

Doc.

Rev. 01/01/03
Revised 1/01/16

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 15 of 21

ACCEPTED: **PHILLIPS AND JORDAN, INC.**

BY: _____ MORGAN PIERCE _____

_____
MORGAN PIERCE
(printed name)

TITLE: _____ Sr Vice President _____

DATE: _____ 7/21/2021 _____

ACCEPTED: **SUBCONTRACTOR**

BY: _____ Angela McNulty _____

_____
Angela McNulty
(printed name)

TITLE: _____ Owner/President _____

DATE: _____ 7/21/2021 _____

Contractor's License: _____    Business License: 271691475 _____

___**MP**___
P&J INITIALS

___ *AM*
SUB

Doc.

#1422815

Subcontract No. 2920018L30

Rev. 01/01/03
Revised 1/01/16

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 16 of 21

# EXHIBIT A
## PROJECT SPECIFIC CONDITIONS

1) **SCOPE OF WORK:** Subcontractor will furnish and pay for all materials, supervision, labor and equipment to complete the work as more particularly detailed in the Schedule of Values below. All work shall be completed in strict accordance with plans and specifications by Pickett & Associates dated 12/17/2019.

2) **PERFORMANCE SCHEDULE:** Subcontractor will begin work as directed by Contractor and continue to work in an uninterrupted and consistent manner so as not to impede or hinder Contractor's schedule or cause the project to not be completed on Schedule.

3) **CONTRACT TYPE:**

**X Unit Price** - Final quantities for unit price contracts will be based on verified field measurements approved by Contractor and the Owner's Architect or Engineer. The unit prices as contained in this Subcontract are not based on any guaranteed quantity.

4) **SUBCONTRACT AMOUNT:   Per Attached Rate Sheet Dated 03/04/21**

5) **SPECIAL TERMS & CONDITIONS:**

   a. Subcontractor must coordinate with the Contractor's on-site project management to determine the quantity for invoicing monthly and for final quantities. Billing and payment will be based on field verified quantities.
   b. Invoicing must be submitted using Contractor's Subcontractor Billing Worksheet and must be signed by the Contractor's representative and Subcontractor's representative prior to processing by Contractor.
   c. Subcontractor's application for payment must be received by the **20th** of the month. Any applications received after that date will be considered for payment in the next month's draw request to the Owner.
   d. 30 Day Pay Terms, No retention withheld.

6) **SCHEDULE OF VALUES:**

| Cost Code | Description | Quantity | Unit | Unit Price | Extension |
|-----------|-------------|----------|------|------------|-----------|
|  | **2 Person Flagging Operation** |  | **HR** | ███ |  |
|  | **Additional Flagger** |  | **HR** | ███ |  |
|  | **Single Lane Closure** |  | **HR** | ███ |  |
|  | **Double Lane Closure** |  | **HR** | ███ |  |
|  | **Traffic Pacing/Interstate Crossing – Up to (4) Hours** |  | **HR** | ███ |  |
|  | **Traffic Pacing/Interstate Crossing – (8) Hours Plus** |  | **HR** | ███ |  |

_____**MP**_____
P&J INITIALS

_am_
SU_____  _S

Doc.

#1422815

Rev. 01/01/03
Revised 1/01/16

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 17 of 21

| | | | | | |
|---|---|---|---|---|---|
| | TMA Crash Truck with Operator – Up to (9) Hours | | Day | ███ | |
| | Traffic Control Officer | | HR | | |
| | Police Car | | HR | ██ | |
| | Safety Boat with Operator – Up to (8) Hours, Additional $145.00/HR | | Day | ██ | |
| | Traffic Plan | | EA | | |
| | Message Board Rental | | Day | ██ | |
| | Arrow Board Rental | | Day | ██ | |
| | Type III Barricade | | Day | █ | |
| | Drums | | Day | █ | |
| | Temporary Traffic Control Signs with Stand | | Day | ██ | |
| | Type B Lights | | Day | █ | |
| | Minimum Rental Fee | | Day | ██ | |
| | Portable Light Towers | | Day | ██ | |
| | Other Equipment Not Listed | | | ████ | |
| | Delivery/Pick-Up/MOT Mobilization <30 Miles | | Per Trip | ██ | |
| | Delivery/Pick-Up/MOT Mobilization 30-60 Miles | | Per Trip | ██ | |
| | Delivery/Pick-Up/MOT Mobilization 61-90 Miles | | Per Trip | ██ | |
| | Delivery/Pick-Up/MOT Mobilization 91-180 Miles | | Per Trip | ██ | |
| | Delivery/Pick-Up/MOT Mobilization 181-250 Miles | | Per Trip | ██ | |
| | Delivery/Pick-Up/MOT Mobilization >250 Miles | | Per Trip | ███ | |
| | | | | | |
| Total Subcontract | | | | ██ | |

**MP**
P&J INITIALS

*aM*
SUB INITIALS

Doc.

#1422815

Subcontract No.  2920018L30

Rev. 01/01/03
Revised 1/01/16

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 18 of 21

# EXHIBIT B
# INSURANCE

Before commencing the Work, Subcontractor shall provide, maintain, and pay for insurance coverages not less than those specified for subcontractors in the Contract Documents, or outlined below, whichever is greater.  These limits are minimum limits of coverage required by this Subcontract, and are not meant to indicate the type of coverage or limits Subcontractor might need to protect itself.

## INSURANCE COVERAGES

| | |
|---|---|
| Workers Compensation | Statutory |
| Employers Liability | $1,000,000 per accident<br>$1,000,000 per disease (policy limit)<br>$1,000,000 Disease - Each employee |
| General Liability | $1,000,000 each occurrence<br>$1,000,000 personal injury/advertising injury<br>$2,000,000 general aggregate per project<br>$2,000,000 products/completed operations aggregate |
| Automobile | $1,000,000 combined single limit – Include coverage for all owned, leased, hired, and non-owned autos. |
| Umbrella/Excess | $1,000,000 per occurrence / aggregate |
| Professional Liability | If the Work includes design services provided by licensed design professionals, the Subcontractor shall maintain in force Design and Engineering Professional Liability Insurance providing coverage for errors and omissions for professional services. Such insurance shall provide claims-made coverage with an occurrence and aggregate limit in amounts not less than $1,000,000 and $1,000,000 respectively. This policy shall not be cancelled from the date of this Agreement through the construction of the Project and for the additional period of time following Substantial Completion, during which an action for professional malpractice against the Subcontractor may be brought.  If the Professional Liability policy is written on a "claims made" policy form, Contractor shall arrange for at least two years extended discovery period (tail period) to be incorporated into the policy prior to its termination. |
| Pollution Liability | Contractor may require evidence of Pollution Liability coverage. Such coverage shall have limits not less than $1,000,000. If coverage is claims-made, the retro date shall be prior to the commencement of work. If coverage is occurrence based, sunset clauses are not acceptable. Policy shall contain an additional insured endorsement that names the parties as required of the General Liability coverage contained in this Subcontract. Coverage to be maintained for the time period that Subcontractor may be legally liable for its work. Waiver of subrogation is required in favor of indemnitees and additional insureds. |

____**MP**____
P&J INITIALS

\_\_\_\_ _AM_
SUB

Doc.

#1422815

Rev. 01/01/03
Revised 1/01/16

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 19 of 21

SUE                S

Doc.

Rev. 01/01/03
Revised 1/01/16

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 20 of 21

<u>INSURANCE - TERMS & CONDITIONS</u>

a)  As a condition precedent to payment for the Work, Subcontractor shall furnish a Certificate of Insurance, copies of the general liability additional insured endorsements, and a workers' compensation waiver of subrogation endorsement satisfactory to Contractor evidencing the required insurance to be in force. The Subcontractor shall ensure that the insurance will not be cancelled or materially changed without at least thirty (30) days' written notice thereof to Contractor. The insurance being provided shall be in a form and substance acceptable to Contractor and be from carriers authorized to do business in the state the project is located in and have an A.M. Best rating of at least A- VII. Contractor reserves the right to require that Subcontractor submit certified copies of insurance policies for its review and approval consistent with the requirements of this Subcontract. If a policy is in excess of a SIR (self-insured retention), the amount of such SIR must be clearly identified on the Certificate of Insurance. Contractor reserves the right to reject the application of such SIR or require Subcontractor to provide a bond for the SIR at no additional cost to Contractor. Subcontractor shall provide proper evidence of this insurance and compliance with these insurance requirements before commencing work and shall continue to provide the required evidence of coverage for the duration of the Subcontract and the warranty periods outlined in the Subcontract.

b)  All Subcontractor liability policies shown above (with the exception of Workers' Compensation) shall name Contractor, Prime Contractor, Owner, as well as any individual or entity required by the Contract Documents, as Additional Insureds. The insurance for the Additional Insured shall be as broad as the coverage provided for the Named Insured, and shall include Additional Insured endorsements CG 20-10-10-01 and CG 20-37-10-01, or equivalents acceptable to Contractors, to provide both ongoing and completed operations coverage. All of Subcontractor's insurance, including any umbrella/excess policies, shall apply as primary and non-contributory for all acts or omissions or any other liability of the additional insured arising out of Subcontractor's performance. Higher Excess or Umbrella limits may be required by the Prime Contract or at the discretion of the Contractor.

c)  Any insurance maintained by Contractor, Prime Contractor, or Owner shall be excess and non-contributory toward Subcontractor's primary insurance.

d)  Subcontractor shall maintain the required insurance, including products/completed operations coverage, for itself and the Additional Insureds for a minimum period of two (2) years after completion of the Project, the duration of time for which Subcontractor may be held legally liable for its work, or whatever is required by the Contract Documents, whichever period is greater. Contractor's status as an Additional Insured shall not obligate Contractor to pay any premium, SIR, or deductible obligations of the policies required hereunder.

e)  Each policy shall contain a Severability of Interests clause with respect to each insured and shall not contain any Cross Suits exclusion between the Additional Insured(s) and any other party.

f)  Claims-made General Liability or Excess Liability policies are not acceptable. Modified Occurrence policies are not acceptable. All policies shall be written on an occurrence basis.

g)  Subcontractor hereby waives its subrogation rights and shall require its insurers to waive their subrogation rights against Contractor, Prime Contractor and Owner for any claims arising from work related to this project (on all policies). Waiver of subrogation shall be described on the Certificate(s) of Insurance.

h)  If the General Liability policy contains a General Aggregate Limit, such General Aggregate shall apply separately to each project.

i)  All of Subcontractor's subcontractors or subconsultants shall maintain the same types and amounts of insurance and be subject to the same requirements as Subcontractor. Subcontractor shall be liable to, and shall defend, indemnify, and hold harmless, Contractor, Prime Contractor and Owner for any loss or expense, including reasonable attorney's fees, resulting from Subcontractor's failure to provide or require any insurance coverage described herein.

| **MP** | | *am* |
| --- | --- | --- |
| P&J INITIALS | | S̅ ̅A̅LS |
| | | Doc. |

#1422815

Phillips and Jordan, Inc. / L30 Traffic Control
Subcontract Agreement For: NextEra NFRC
Page 21 of 21

j)    The job name, city, and state shall be referenced on the Certificate of Insurance.  Subcontractor's insurance certificate shall be in the form prescribed by Contractor, a copy of which is attached hereto or which is available to Subcontractor upon request.  Contractor's receipt of any insurance certificate that fails to comply with any terms herein shall not constitute a waiver of any of Subcontractor's obligations or of any of Contractor's rights hereunder. Certificates of insurance acceptable to Contractor shall be filed with Contractor prior to start of the Subcontractor's Work.  Certified copies of Subcontractor's insurance policies will be provided upon request from Contractor.

k)    Contractor reserves the right to require Subcontractor to provide 100% performance and payment bonds.  If bonds are required they shall be in a form acceptable to the Contractor and from a surety with a minimum A.M. Best Rating of A- VII.

l)    In the event that damage or loss to the Work is covered by any Builder's Risk or similar property insurance policy provided by the Contractor or Owner, Subcontractor agrees to pay its pro-rata share of any applicable deductible as the loss to Subcontractor's Work applies to the total loss, and/or as the loss resulted from the operations of Subcontractor, or its subcontractors agents or employees.

m)    General Liability:  Coverage shall be on an ISO form no less broad than the CG 00 01.  General Liability policy shall also cover Subcontractor's obligation in the Indemnity Clause, XCU Coverage, and Contractors Protective Liability Coverage.  The policy shall contain no exclusions for subsidence, cross liability, action over or employee injury or work from heights.

n)    Workers Compensation:  Statutory coverage in accordance with the laws of the state and/or states in which the Work is to be performed is required.  The certificate must show the state where the Project is located as a covered state for the statutory benefits of that state.  Any applicable Federal or Maritime coverage (*e.g.*, Longshoremen's and Jones Act) that may be required due to Subcontractor's Work shall be included in Subcontractor's coverage. Certificate must show waiver of subrogation in favor of Contractor, Prime Contractor and Owner from Workers' Compensation carrier.  Workers' Compensation coverage will apply to all employees, including executive officers.

o)    Failure by Subcontractor to obtain or maintain any insurance coverage(s) as required by this Subcontract shall constitute a material default of Subcontractor's obligations and shall, notwithstanding any contract provisions to the contrary, entitle Contractor at its option to immediately (i) stop all work by Subcontractor pending adequate proof of the existence of proper coverage (no such stop work order shall entitle Subcontractor to additional time or money), (ii) terminate the Subcontract for default, (iii) purchase proper coverage(s) and charge all costs thereof to Subcontractor, and/or (iv) withhold any further payments to Subcontractor until arrangements for the required coverage(s) are made.

**MP**

P&J INITIALS

#1422815

Subcontract No.  2920018L30

*AM*

SUB INITIALS

Doc.

Rev. 01/01/03
Revised 1/01/16

DocuSign Envelope ID: D097E322-6D6E-43A0-A5F6-536BDB2F4CFA



FOOT DBE CERTIFIED - MAINTENANCE OF TRAFFIC, OFF DUTY POLICE OFFICERS
ALDOT DBE CERTIFIED - MAINTENANCE OF TRAFFIC, OFF DUTY POLICE OFFICERS
LADOT DBE CERTIFIED - MAINTENANCE OF TRAFFIC, OFF DUTY POLICE OFFICERS
GDOT DBE CERTIFIED - MAINTENANCE OF TRAFFIC, OFF DUTY POLICE OFFICERS
MDOT DBE CERTIFIED - MAINTENANCE OF TRAFFIC, OFF DUTY POLICE OFFICERS
CERTIFIED WOMAN OWNED SMALL BUSINESS
CERTIFIED MBE (MINORITY OWNED BUSINESS)

| SKILL LEVEL/ CODE | TRAFFIC CONTROL SERVICE | DESCRIPTION | STANDARD RATE ($R) | OVERTIME RATE (OT) |
|---|---|---|---|---|
| FLO | 2 PERSON FLAGGING OPERATION | HOURLY RATE INCLUDES:  2 PERSON MOT CREW, DOT ADVANCED MOT CERTIFIED CREW LEAD (AS ONE OF 2 CREW MEMBERS), CONES, TEMPORARY TRAFFIC CONTROL SIGNS AND STANDS, STOP/SLOW PADDLES; TRUCK W/DOT APPROVED FLASHING LIGHTS.  CREW REMAINS ON SITE FOR THE DURATION OF THE CLOSURE | | |
| AFL | ADDITIONAL FLAGGER | HOURLY RATE FOR FLAGGER WHEN A FLAGGING OPERATION, ROAD CLOSURE/DETOUR OR LANE CLOSURE REQUIRES MORE THAN 2 FLAGGERS OR MORE THAN 2 MOT CREW MEMBERS. | | |
| SLC | SINGLE LANE CLOSURE | HOURLY RATE INCLUDES:  2 PERSON MOT CREW, DOT CERTIFIED CREW LEAD (ONE OF 2 CREW MEMBERS), CONES, TEMPORARY TRAFFIC CONTROL SIGNS AND STANDS, TRUCK W/DOT APPROVED FLASHING LIGHTS, 2 ARROW BOARD. | | |
| DLC | DOUBLE LANE CLOSURE | HOURLY RATE INCLUDES:  2 PERSON MOT CREW, DOT ADVANCED MOT CERTIFIED CREW LEAD (ONE OF 2 CREW MEMBERS), CONES, TEMPORARY TRAFFIC CONTROL SIGNS AND STANDS, TRUCK W/DOT APPROVED FLASHING LIGHTS, 2 ARROW BOARDS. | | |
| TPIC4 | TRAFFIC PACING / INTERSTATE CROSSING FOUR HOUR MINIMUM | INCLUDES 2 L30 TRUCKS AND FOOT CERTIFIED ADVANCED MOT SUPERVISOR, TEMPORARY TRAFFIC CONTROL SIGNS AND STANDS, POLICE OFFICER COORDINATION AND ON-SITE MANAGEMENT OF CROSSING.  INCLUDES UP TO 2 MESSAGE BOARDS ON DAY OF CROSSING.  DOES NOT INCLUDE MESSAGE BOARD DELIVERY, ADDITIONAL MESSAGE BOARDS OR ADVANCED PLACEMENT IF REQUIRED, POLICE OFFICERS, TMA TRUCK OR TRAFFIC CONTROL PLAN. | | |
| TPIC8 | TRAFFIC PACING / INTERSTATE CROSSING  8 HOURS PLUS | INCLUDES 2 L30 TRUCKS AND FOOT CERTIFIED ADVANCED MOT SUPERVISOR, TEMPORARY TRAFFIC CONTROL SIGNS AND STANDS, POLICE OFFICER COORDINATION AND ON-SITE MANAGEMENT OF CROSSING.  INCLUDES UP TO 2 MESSAGE BOARDS ON DAY OF CROSSING.  DOES NOT INCLUDE MESSAGE BOARD DELIVERY, ADDITIONAL MESSAGE BOARDS OR ADVANCED PLACEMENT IF REQUIRED, POLICE OFFICERS, TMA TRUCK OR TRAFFIC CONTROL PLAN. | | |
| TMACT | TMA CRASH TRUCK (ATTENUATOR TRUCK) WITH OPERATOR | DAILY RATE INCLUDES:  TMA TRUCK WITH ARROW BOARD SND DRIVER.  L30 PROVIDES TMA UNIT ATTACHED TO TMA TRUCK RATED FOR INTERSTATE SPEEDS VS LOWER RATED TRAILER | | |
| TCO | TRAFFIC CONTROL OFFICER | COORDINATION AND SCHEDULING OF OFF DUTY TRAFFIC CONTROL OFFICERS. L30 HAS POLICE COORDINATORS AND JURISDICTIONAL AGREEMENTS FOR EVERY COUNTY COVERED IN THIS BID.  ALL POLICE OFFICERS ARE COVERED UNDER L30'S WORKERS COMPENSATION POLICY AS ALLOWED BY AGENCY BENEFITS. | | |
| TCOC | POLICE CAR | AS REQUIRED BY JURISDICTION; NO CHARGE IF JURISDICTION DOES NOT CHARGE FOR CAR | | |
| SBO | SAFETY BOAT WITH OPERATOR | TRAFFIC CONTROL SAFETY BOAT WITH OPERATOR.  SAFETY BOAT INCLUDES SAFETY EQUIPMENT, RADIOS, ACCESS TO COAST GUARD AND SAFETY LIGHTS. | | |
| TRP | TRAFFIC PLAN | DOES NOT INCLUDE PE SIGN AND Seal. | | |
| MB | MESSAGE BOARD RENTAL | DAILY RENTAL (PER 24 HOUR PERIOD) | | |
| AB | ARROW BOARD RENTAL | DAILY RENTAL (PER 24 HOUR PERIOD) | | |
| T3 | TYPE III BARRICADE | DAILY RENTAL (PER 24 HOUR PERIOD) | | |
| DRM | DRUMS | DAILY RENTAL (PER 24 HOUR PERIOD) | | |
| SGN | TEMPORARY TRAFFIC CONTROL SIGNS WITH STANDS | DAILY RENTAL (PER 24 HOUR PERIOD) | | |
| BL | TYPE B LIGHTS | DAILY RENTAL (PER 24 HOUR PERIOD) | | |
| | MINIMUM RENTAL FEE | MINIMUM RENTAL FEE | | |
| PLT | PORTABLE LIGHT TOWERS | DAILY RENTAL (PER 24 HOUR PERIOD) | | |
| | OTHER EQUIPMENT NOT LISTED | | | |
| DPU1 | DELIVERY / PICK-UP / MOT MOBILIZATION | PER TRIP, PER TRAILER, PER TRUCK. | | |
| DPU2 | DELIVERY / PICK-UP / MOT MOBILIZATION | PER TRIP, PER TRAILER, PER TRUCK. | | |
| DPU3 | DELIVERY / PICK-UP / MOT MOBILIZATION | PER TRIP, PER TRAILER, PER TRUCK. | | |
| DPU4 | DELIVERY / PICK-UP / MOT MOBILIZATION | PER TRIP, PER TRAILER, PER TRUCK. | | |
| DPU5 | DELIVERY / PICK-UP / MOT MOBILIZATION | PER TRIP, PER TRAILER, PER TRUCK. | | |
| DPU6 | DELIVERY / PICK-UP / MOT MOBILIZATION | PER TRIP, PER TRAILER, PER TRUCK. | | |

**L30 TRAFFIC CONTROL - BID RATES FOR PHILLIPS & JORDAN (03/04/2021)**

Please be aware L30's billing time starts 1.25 hours prior to the "go live" time requested by the contractor in order to set up the system.  L30's end time is approximately 1.25 hours after the contractor is done in order to remove the system.
NOTES:  Above rates may increase as minimum wage increases are instituted by state and federal government.  Rates quoted are based on state and federal minimum wage as of 02/01/21.

# EXHIBIT C



RE:  **PHILLIPS AND JORDAN, INC CODE OF SAFETY PRACTICES**

To Whom It May Concern:

Phillips & Jordan is pleased to have recently adopted a new and more detailed **Code of Safety Practices** which is now in effect for all subcontractors of every tier.  In an effort to keep all current and future personnel and projects incident free, we are implementing these safety practices immediately with a goal of zero lost time injuries.

Please acknowledge receipt and review of the enclosed **Code of Safety Practices** by signing and returning this letter along with your subcontract documents.

Best Regards,

**PHILLIPS AND JORDAN, INC.**

**ACKNOWLEDGMENT:**

As a duly authorized representative of _____,  the  undersigned acknowledges and accepts the terms of PHILLIPS AND JORDAN'S CODE OF SAFETY PRACTICES as part of all existing subcontract agreements with Phillips & Jordan, Inc.

_____        _____
Subcontractor Representative                                              Date

## EXHIBIT C

# CODE OF SAFE PRACTICES

**EFFECTIVE DATE:   March 18, 2016**
**REVISION NO.: 0**



**Phillips & Jordan, Inc.**

10201 Parkside Drive, Suite 300                      office 865.688.8342 • fax 865.392.3090
Knoxville, TN  37922                                                            www.pandj.com

# CODE OF SAFE PRACTICES

## Approval and Revision Page

This Code of Safe Practices was developed to promote safety awareness on Phillips & Jordan project sites.  This document is provided for informational purposes only, and is not intended to encompass all potential safety concerns inherent in the performance of work.  The requirements of this document shall be considered the minimum utilized not only by Phillips & Jordan team members, but also by subcontractors (including lower tier contractors), consultants, vendors, and visitors hereinafter collectively referred to as "Contract Partners".  Any Contract Partner must report to the Phillips & Jordan location for appropriate instruction and approval to enter the site.  Revision to this document may only be made with the prior approval of the respective Market Lead and the Vice President of Safety and Risk Management.

Our Core Values and Priorities – **Integrity, Safety, Quality, and Production** – guide our business practices.  We are committed to a **Zero Incident Philosophy** – no harm to person, property, the environment, or our reputation.  Our Contract Partners must be willing to embrace the same values and philosophy, be accountable for expectations, and hold their people accountable for those expectations.  Expectations drive behavior.  Behavior forms culture.

**PREPARED BY:**

Phillips & Jordan – Director, ES&H Compliance
Eugene Taylor, MS, CSHM

**APPROVED BY:**

Phillips & Jordan – Vice President, Safety and Risk Management
Steve Thompson

| Revision Number | Date | Description of Change(s) |
|---|---|---|
| 0 | Mar 18, 2016 | Initial document release |
| | | |
| | | |
| | | |
| | | |

# TABLE OF CONTENTS

| Section | Page |
|---|---|

**Section** ........................................................................................................................ **Page**

LIST OF ABBREVIATIONS AND ACRONYMS ....................................................................... 4
1.0 INTRODUCTION .......................................................................................................... 5
2.0 POTENTIAL HAZARDS................................................................................................. 6
    2.1   HOUSEKEEPING, SANITATION, AND GENERAL WORK RULES ............................... 6
    2.2   SAFETY MEETINGS, TRAINING, AND DOCUMENTATION ................................... 7
    2.3   PERSONAL PROTECTIVE EQUIPMENT ............................................................... 8
    2.4   FALL PROTECTION........................................................................................... 9
    2.5   SCAFFOLDS AND ELEVATING PLATFORMS........................................................ 10
    2.6   LADDERS AND STAIRWAYS .............................................................................. 11
    2.7   TRENCHING AND EXCAVATING ....................................................................... 12
    2.8   ELECTRICAL SAFETY / LOCK-OUT TAG-OUT / ENERGY ISOLATION ................... 13
    2.9   FIRE PROTECTION/PREVENTION...................................................................... 14
    2.10  TOOLS AND EQUIPMENT ............................................................................... 15
    2.11  GUARDING, BARRICADING, AND SIGNAGE...................................................... 15
    2.12  WELDING AND CUTTING................................................................................ 16
    2.13  CRANES, HOISTING, RIGGING, AND LIFTING EQUIPMENT ............................... 16
    2.14  MOBILE CONSTRUCTION EQUIPMENT ........................................................... 17
    2.15  MOTOR VEHICLES......................................................................................... 18
    2.16  EMERGENCY RESPONSE / INCIDENT REPORTING ............................................ 19
    2.17  LOGGING OPERATIONS.................................................................................. 19

# LIST OF ABBREVIATIONS AND ACRONYMS

| | |
|---|---|
| ANSI | American National Standards Institute |
| ATV | All-Terrain Vehicle |
| CAZ | Controlled access zone |
| CCO | Certified Crane Operator |
| CFR | Code of Federal Regulations |
| COSP | Code of Safe Practices |
| CPR/FA | Cardio-Pulmonary Resuscitation/First Aid |
| DOT | Department of Transportation |
| EAP | Emergency Action Plan |
| EPA | Environmental Protection Agency |
| FMCSA | Federal Motor Carrier Safety Administration |
| GFCI | Ground Fault Circuit Interrupter |
| JSA | Job Safety Analysis |
| LOTO | Lockout / Tagout |
| MSDS | Material Safety Data Sheet |
| MSHA | Mine Safety and Health Administration |
| NACB | North American Crane Bureau |
| NCCCO | National Commission for the Certification of Crane Operators |
| NCCER | National Center for Construction Education and Research |
| NFPA | National Fire Protection Association |
| NIOSH | National Institute of Occupational Safety and Health |
| OSHA | Occupational Safety and Health Administration |
| PFAS | Personal Fall Arrest System |
| Phillips & Jordan | Phillips & Jordan, Inc. |
| PPE | Personal Protective Equipment |
| RPE | Registered Professional Engineer |
| SDS | Safety Data Sheet |
| USACE | United States Army Corps of Engineers |
| UTV | Utility Terrain Vehicle |

DocuSign Envelope ID: D097E322-6D6E-43A0-A5F6-536BDB2F4CFA

ContractSub-Contract
Subcontract Number: 2016-

# 1.0   INTRODUCTION

## 1.1 Overview

The following project work rules apply to all Phillips & Jordan personnel and Contract Partners (subcontractors including lower tier contractors, consultants, vendors, and visitors) entering the site. Each requirement shall be considered the minimum level of expectations for safety and health on the project.  These requirements cannot be modified without prior approval from Phillips & Jordan.

The intent of the Code of Safe Practices (COSP) is to promote safety awareness on the project site.  This document is provided for informational purposes only, and is not intended to encompass all potential safety concerns inherent in the prosecution of the work.  The requirements of this document shall be considered the minimum utilized by both Phillips & Jordan personnel and Contract Partners.  In addition to the COSP, Contract Partners must comply with all federal, state, and local regulations including, but not limited to, OSHA, MSHA, USACE, FMCSA, EPA, and all equivalent state agencies for safety, health, transportation, and environmental protection.

## 1.2 Contract Partners Safety Responsibilities and Obligations

Prior to commencing work, each Contract Partner employee must complete a safety orientation.  The orientation includes two parts: (1) review of Phillips & Jordan's COSP, and (2) a project specific orientation.  The COSP orientation must be completed through on-site presentations where each individual receives a copy of the COSP.   The project specific orientation will be conducted jointly with the COSP presentation at the project site.   Both safety orientations must be completed and acknowledged prior to commencing work.  Additional orientation may be necessary dependent on client requirements.

Contract Partners shall ensure that their employees have been trained in hazard recognition and mitigation per Occupational Safety and Health Administration (OSHA) training requirements.  All required training shall be current within three years. Documentation of this training shall be provided to the Phillips & Jordan Project Superintendent.  It is the responsibility of each Contract Partner to identify all potential hazards associated with their work.  This shall include at a minimum:

1. Housekeeping, Sanitation, and General Work Rules (Section 2.1)
2. Safety Meetings, Training, and Documentation (Section 2.2)
3. Personal Protective Equipment (Section 2.3)
4. Fall Protection (Section 2.4)
5. Scaffolds and Elevating Platforms (Section 2.5)
6. Ladders and Stairways (Section 2.6)
7. Trenching and Excavating (Section 2.7)
8. Electrical Safety / Lock-out Tag-Out / Energy Isolation (Section 2.8)
9. Fire Protection/Prevention (Section 2.9)

10. Tools and Equipment (Section 2.10)
11. Guarding, Barricading, and Signage (Section 2.11)
12. Welding and Cutting (Section 2.12)
13. Cranes, Hoisting, Rigging, and Lifting Equipment (Section 2.13)
14. Mobile Construction Equipment (Section 2.14)
15. Motor Vehicles (Section 2.15)
16. Emergency Response/Incident Reporting (Section 2.16)
17. Logging Operations (Section 2.17)

Each of the above-listed topics are discussed in detail in their respective referenced subsections within Section 2.0 of this COSP.

## 2.0 POTENTIAL HAZARDS

The following subsections provide detailed discussions of the potential hazards to be encountered and means, by which, to mitigate these hazards on Phillips & Jordan work sites.

### 2.1 Housekeeping, Sanitation, and General Work Rules

A.   Prior to commencing any daily production activities a thorough inspection of the work area is to be performed.  All work area hazards must be eliminated prior to proceeding with production activities.  This includes inspection of all tools/equipment, maintenance of all barriers/warning lines, adequate fire protection available, 360 degree walk around of all equipment/vehicles; construction equipment safe to operate; the area is free of debris/impalement hazards and similar.

B.   Violation of any COSP or site rule/regulation will be cause for disciplinary action up to and including permanent removal from the project.

C.   Documented pre-task planning is required for all work tasks by completion of the Phillips & Jordan Job Safety Analysis (JSA). Use of an alternate form is acceptable, but first receive approval from the Phillips & Jordan Project Superintendent.  Pre-task planning shall take place prior to the start of work and shall be reviewed throughout the day.  If new tasks become necessary, an updated JSA shall be prepared. The task supervisor and crew must be involved in the development of the pre-task plan and acknowledge their understanding of the work hazards.  The JSA document must be readily available in the work area for review.

D.   If you have any questions about the safety aspects of your job or your responsibilities, contact the Phillips & Jordan Project Superintendent.  Only perform tasks in which you have been trained and authorized.

E.   Daily housekeeping is the responsibility of each employee on site. Work areas are to be kept clean and organized.  Stored materials and equipment should be such to avoid restricting travel ways and work areas.  Trash shall be removed from equipment daily and all trash shall be placed in proper disposal containers.  Protruding nails are to be pulled immediately.

F.      Drugs and alcohol are prohibited on the project as per Phillips & Jordan's Drug free
        Workplace Policy.  Weapons and contraband are prohibited on the jobsite and all project
        parking areas.  If signs must be posted to comply with State laws, the lead for the Contract
        Partner shall ensure the posting of such signs.

G.      Report all unsafe acts and conditions beyond your ability to correct to the Phillips & Jordan
        Project Superintendent immediately.  Horseplay, fighting, or similar is prohibited while on
        the project site.  All parties involved in such activities will be subject to disciplinary action up
        to and including permanent removal from project.

H.      Blocking, blinding and locking out of equipment and process type lines shall be supervised
        and performed in accordance with Phillips & Jordan, client/owners, or Contract Partner
        approved written procedures. The Phillips & Jordan Project Superintendent shall be
        consulted before any such activities begin.

I.      Storage trailers, Conex boxes, and similar storage areas shall be maintained in a safe, orderly
        condition with aisles for clear passage to access materials and free of tripping hazards.

J.      **Confined Space Entry**:  The Phillips & Jordan Project Superintendent shall be consulted
        before entry into confined spaces or potential confined spaces.  Contract Partners shall
        provide a confined space entry program, designed to comply with 29 CFR 1926 Subpart AA,
        to Phillips & Jordan for review prior to commencing any confined space activities.  Training
        documents of Contract Partner personnel shall also be submitted.

K.      **Manual Lifting**: Observe a maximum 80-lbs weight limit, although single lifts of over 50-lbs is
        discouraged.  If the object to be lifted weighs more than 80-lbs, it shall be lifted with
        assistance from others or use construction equipment to move the object.  Special lifting
        precautions should be taken when lifting odd shaped or awkward materials or equipment.

L.      Adequate access to potable drinking water must be provided to all personnel.  If water
        dispensers are used, single-use cups must be provided and maintained in sanitary condition
        prior to use.  A trash receptacle for cups shall be provided at all water locations.  Use of
        common drinking cups is prohibited.  The preferred method of providing drinking water is to
        use bottled water kept in coolers in readily available locations.

## 2.2 Safety Meetings, Training, and Documentation

A.      A current copy of the site-specific safety plan will be maintained on site for each trade.  This
        document shall be submitted to the Phillips & Jordan's Project Superintendent prior to the
        start of work and maintained on site**. The Contract Partner's designated safety
        representative must perform monthly safety audits of their work and submit for review
        the documentation of those audits to Phillips & Jordan.**

B.      Each trade shall ensure their project supervision is knowledgeable and competent in all
        safety aspects of their work.  This competent person is to be on site at all times while their
        work is in progress. Identification and qualifications of competent persons shall be
        forwarded to the Phillips & Jordan Project Superintendent prior to commencing work.

C.      Site-specific Hazard Communication Safety Data Sheet (SDS) manuals will be maintained in
        the Phillips & Jordan field office.  Each trade shall provide and be responsible for

maintaining their own SDS manuals in the field office.  These SDS manuals will be available to all site employees for review. All chemical containers shall be labeled to identify contents in accordance with all OSHA requirements.

D.  Each Contract Partner and all site employees will attend the Phillips & Jordan weekly toolbox safety meetings.  Copies of these meetings and attendance sheets will be forwarded to Phillips & Jordan within **twenty-four hours** of the meeting date.  Training shall be bi-lingual when required.

E.  Each Contract Partner must participate in project-wide safety meetings when instructed by Phillips & Jordan project management.  These meetings will be conducted as necessary to discuss the schedule of upcoming work, safety/project communications, and recognition.

## 2.3 Personal Protective Equipment

A.  It is the responsibility of each Contract Partner to identify the required Personal Protective Equipment (PPE) for their daily work activities.  All PPE shall be inspected prior to each use and periodically during the shift.  PPE exhibiting damage, excessive wear or with visible defects shall be replaced immediately.

B.  **Eye Protection**: American National Standards Institute (ANSI) approved Z.87 safety glasses and/or prescription safety glasses with rigid side shields will be worn 100% of the time.  In lieu of prescription safety glasses, ANSI approved Z.87 over-the-glasses (OTG's) safety glasses must be worn.  This includes the point at which you enter the site. Face shields are to be worn in addition to safety glasses when grinding, chipping, or similar activities as outlined in OSHA 1926.102.  Tinted (sunglasses) lenses are not permitted inside dark or enclosed buildings, before dusk or after dawn.

C.  **Hard Hats**:  Hardhats meeting the requirements of OSHA 1926.100 shall be utilized and unaltered.  Hardhats are required for all site personnel and must be worn at all times, including inside the cab of construction equipment.  Hardhats will be worn correctly with webbing and bills facing forward.  See exceptions for those operations that require welding hoods. Hardhats shall be inspected daily and replaced when defects are apparent.

D.  **Proper Clothing**:  Each employee must arrive at the project site ready to work and clothed appropriately.  High-visibility outerwear (vest or shirts), minimum Class 2, are to be worn at all times unless project requirements or conditions mandate Class 3 vests/shirts.  Tank tops, sleeveless shirts, shorts, and extremely baggy clothing are prohibited. Those wearing such clothing will be removed from site. Shirts must have a minimum of a 4" sleeve.

E.  **Footwear**:  Construction-duty steel/composite toe leather work boots that provide ankle support (lace-up w/ minimum 6" uppers) and puncture protection are required for all employees.  Athletic/non-safety type shoes are prohibited and those employees wearing such will be removed from site.

F.  **Work Gloves**:  Gloves are required at all times when manually handling materials or equipment.  For proper glove selection, review the appropriate Material Safety Data Sheet (MSDS)/SDS or contact your supervisor.  Leather work gloves are recommended while

performing rebar-related tasks; cut 4 resistant gloves when handling metals or sharp materials/tools. Kevlar gloves shall be worn when using chain saws.

G. **Respiratory Protection**: When cutting or grinding cementitious materials or cleaning in enclosed environments, masks equal to National Institute for Occupational Safety and Health (NIOSH) N-95 should be worn for protection. All other areas or operations must be evaluated by project supervision prior to commencing work and full compliance with OSHA 1910.134 standards. If respirators are utilized to perform assigned work (required or voluntary), additional training is required. Contract Partners will be responsible for their own employees and shall provide Phillips & Jordan with their program elements and identification of competent persons. Where conditions warrant, periodic air sampling may be required to ensure the correct selection of respiratory protection.

H. **Hearing Protection**: Use hearing protection in high-noise areas (at a minimum worn whenever noise levels exceed 85 decibels), and at times when use of elevated voice is required. Hearing protection is required when operating grinders, air tools, jackhammers, hammer drills, powder-actuated tools, cut-off saws, working around construction equipment, in open cab construction equipment and similar noise hazardous operations. Contract Partners are responsible for their own employees and shall provide Phillips & Jordan with their program elements and identification of competent persons. Where conditions warrant, periodic noise sampling may be required to ensure the correct use and selection of hearing protection.

## 2.4 Fall Protection

A. Prior to starting work, each Contract Partner involved in elevated work must provide a written safety plan that includes a project/task-specific fall protection plan. This plan shall contain provisions for fall rescue. This document shall be submitted to the Phillips & Jordan Project Superintendent for review.

B. All fall protection/prevention equipment shall be inspected prior to each use and periodically during the shift. Fall protection equipment shall be protected from damage. Equipment exhibiting damage, excessive wear or with visible defects shall be tagged and immediately removed from service. All involved in elevated work and use of fall protection equipment must be trained in the proper use and inspection of the equipment utilized.

C. 100-percent fall protection (double lanyards or single lanyard with double legs) is required for all work six (6) feet or greater in height where guardrail protection is not in place (see Scaffold, Ladder, and Stairway provisions) unless more stringent requirements apply on any specific project. All Personal Fall Arrest System (PFAS) connectors, including carabiners/snap hooks, shall meet ANSI Z 359.1-2007 standards. **Elevated work less than 18-feet above grade, or lower level, must utilize self-retracting lanyards.**

D. A safe means of access shall be maintained to elevated activities. The use of aerial lifts as the sole means of access is prohibited.

E. A guardrail system consisting of a top rail (39" – 42") and mid-rail will be constructed at all unprotected sides, edges, and floor openings where a recognized fall hazard to a lower level

exists.  The guardrail system will be capable of supporting 200 lbs.  The guardrail system will have a toe board installed for the protection of those below when the system is greater than six (6) feet above a lower level.

F.  Wire rope guardrail and perimeter slab edge systems will consist of a top rail (39" – 42"), mid-rail and be flagged at not more than 6-foot intervals with high-visibility material.  U-bolt wire rope clips shall be forged and not made of malleable material,  Wire rope clips are to be installed by the manufacturers specifications with a minimum of three (3) U-bolt wire rope clips will be used and installed such that the "U" section is in contact with the dead end of the rope (never saddle a dead horse).  Wire rope guardrail systems will be regularly maintained to ensure compliance.

G.  Leading edge work related to roofing/bridge construction operations will utilize and maintain warning lines around all open sides not less than six (6) feet from the edge.  All other work performed on roofs/brides will require warning lines not less than fifteen (15) feet from the edge.  No worker will be allowed in the area between the edge and the warning lines without a secured PFAS.  Monitoring programs are prohibited unless approved by Phillips & Jordan Vice President, Safety and Risk Management.

## 2.5 Scaffolds and Elevating Platforms

A.  All scaffolding shall be inspected, constructed, dismantled, and altered by a designated competent person recognized/approved by Phillips & Jordan.  This inspection shall be performed and documented daily and prior to the shift.  All scaffold systems will be tagged for employee awareness.  When the scaffold system is used by multiple trades, a chain of custody / responsibility program must be utilized to ensure compliance.  Separate scaffold inspection tags for each trade are required.  Performing work from a scaffold not having current inspection by a competent person is prohibited.

B.  All scaffolds will be fully planked, braced, and guardrail systems installed (**six-feet and above**).  Employees shall maintain 100% fall protection when guardrails cannot be installed at heights of six feet or greater. Ladder access will be provided for each scaffold.

C.  Scaffolding is to be supported on a firm subgrade and sound mudsill material.  Base plates are required for all fixed scaffolds.

D.  Provide toe-boards, screen systems, or similar to protect those working below elevated decks, structures and leading edges six feet or greater above a lower level.

E.  Mobile scaffolds will be utilized with locked wheels only.  Moving the scaffold from elevated positions is prohibited. Follow manufacturer recommendations when using Perry or Baker type scaffold systems.

F.  Scaffold system components, construction and use must be in accordance with manufacturer's requirements. Scaffold loading must not exceed manufacturer's capacity requirements.

G.  100-percent fall protection is required when working from scaffolds placed near roof or slab edges and the worker's waist is above the top-rail.  At all times, scaffolds near leading edges shall be secured to prevent displacement.

H. Aerial lift operators must be trained and qualified to operate the equipment. Operators and occupants shall have fall protection training. Verification of all training shall be submitted to Phillips & Jordan.  All occupants in elevated lifts (Scissor lifts and aerial lifts) must maintain 100-percent fall protection utilizing a PFAS connected to the manufacturer's anchorage point. Fall protection/prevention components should be appropriate to the working height of the lift. **Elevated work less than 18-feet above grade, or lower level, must utilize self-retracting lanyards.**

I. Weight capacities of scissor lifts and aerial lifts shall be visible to the operator at all times. Materials shall be secured to prevent displacement. Materials exceeding the width or length of the basket shall be secured per the manufacturers requirements.  Spotters or similar controls are required when elevated lifts are operated within four (4) feet of slab edges, unprotected floor penetrations, and uneven terrain/surfaces, etc.  Elevated lifts shall be moved under the direction of a spotter in high traffic areas or around operating equipment and/or personnel.

J. Manufacturer's operation and safety manuals must be present and/or immediately available on all elevated lifts for use by the authorized and trained operator.  Lifts of all types will be used in accordance with manufacturer's instructions and limitations. All elevated lifts shall be inspected prior to each use. A documented inspection is required prior to each shift.

## 2.6 Ladders and Stairways

A. No work requiring lifting of heavy materials or substantial exertion shall be done from ladders. Ladders shall not be loaded beyond rated capacity. Ladders must be inspected for defects prior to each use and periodically during the shift.  Ladders with broken/damaged components or missing/illegible manufacturer's instructional labels must be removed from service immediately. **Metal ladders are prohibited.**

B. Work will be performed while facing the ladder. Three-point contact must be maintained while ascending and descending ladders. Never carry tools or materials in your hand, use a rope and/or approved container to raise tools and materials.

C. Work from the top two steps of stepladders is prohibited. Stepladders are designed to be worked from, and not to gain access to, elevated work areas. When using stepladders, ladders must be fully opened with the spreader bar in a locked position.

D. Extension ladders must be constructed of fiberglass and extend three-feet above the supporting object when accessing elevated work areas and be secured to prevent displacement.  When extension ladders cannot be tied-off, another employee will be required to hold the base of the ladder to prevent displacement.  Extension ladders will be used at a 4 to 1 angle/75-degrees (horizontal distance from support to the foot of the ladder, 1/4 the working length of the ladder).  Extension ladders shall not be used as two separate ladders.

E. Job made ladders are prohibited.

F. Prior to using stairways, all tread pans must be filled, landings complete, and handrails in place.  In the absence of these requirements, stairways are to be barricaded to prevent use.

G.      A change of elevation greater than 19 inches used as a means of access or egress requires use of stair, ramp or ladder. Stairs with four (4) risers or more and/or rising 30 inches or more require use of a handrail system capable of withstanding a force of 200 pounds. Handrail systems must be installed on each unprotected side or edge.

## 2.7 Trenching and Excavating

A.      Each Contract Partner shall present an excavation program/plan to the Project Superintendent for review that is at least as stringent as that developed by Phillips & Jordan and which contains all the elements as stated in this section.

B.      Prior to performing any trenching or excavation activities, a thorough coordination and investigation should be conducted to identify buried utilities/energy sources. The use of utility providers and locate agencies must take place before performing work.

C.      All excavations and trenches must be inspected by a designated competent person.  This documented inspection will be performed daily prior to the shift and following major weather events. Excavations and trenches four (4) feet or greater in depth shall be evaluated for atmospheric conditions and confined space entry requirements. The creating owner of the excavation shall maintain documentation indicating such inspections and available for review by Phillips & Jordan upon request.  Each Contract Partner whose employees must enter excavations shall supply a competent person on site at all times.

D.      All soils are considered class "C" unless otherwise determined by a Registered Professional Engineer (RPE).  Class C soil cannot be benched and protection from collapse must be provided by means of sloping or shoring (shields, trench boxes, etc.) or a combination thereof.

E.      Shoring and sloping methods must be employed for all excavations of **4-feet of depth or greater** and be in accordance with all manufacturer or regulatory requirements.  Trench boxes and similar shoring methods shall be used per the manufacturer's tabulated data or professional engineer's directions. Employees shall not leave the protection of the shoring system at any time. Tabulated data must be onsite at all times when a trench box or similar shoring method is utilized.

F.      Provide ramp, stair, or ladder systems to allow safe egress from all trench excavations **4-feet or greater in depth**.  Locate egress systems such that the travel distance from any point in the excavation is no greater than 25-feet.

G.      A perimeter warning system will be used for all excavations not clearly visible, or that are located near roadways and mobile equipment travel ways. Excavations shall be protected by use of barricades, warning lines, or established as controlled access zones (CAZ).  Where possible, backfill all excavations at the completion of each day.

H.      Employees will not be permitted to work directly beneath suspended loads, within the swing radius of excavation equipment, or in close proximity to moving equipment. When required to work in close proximity, high-visibility outerwear and spotters are required.

I.      All trenches and excavations twenty-feet or greater in depth shall have sloping and shoring methods designed by a RPE and be reviewed by Phillips & Jordan prior to commencing.

## 2.8 Electrical Safety / Lock-out Tag-Out / Energy Isolation

A.   All Contract Partners must submit their energy control plan to the Phillips & Jordan Project Superintendent for review and must contain, as a minimum, the elements identified in this section.

B.   All electrical tools and equipment shall be inspected prior to each use and periodically during the shift.  Equipment shall be protected from damage. Equipment subjected to damage or with visible defects shall be immediately removed from service and tagged to prevent use.

C.   Flexible cords (extension), shall be inspected daily prior to use and protected from damage. Flexible cords permitted for use must be No. 12 gauge or larger.  Ensure all cords traversing areas subject to vehicular traffic and routed across travel ways are protected from damage. Cords and leads routed through doors and holes must be protected. Cords exhibiting damage, missing ground pins, broken strain relief or exposed wires are to be immediately removed from service.

D.   Ground fault circuit interrupter (GFCI) protection shall be utilized when power is supplied from permanent building wiring.  Protection shall be supplied via GFCI circuit breaker, receptacle or pigtail. Test and reset GFCI's before each use.

E.   Portable/vehicle mounted generators must be equipped with GFCIs. Those not equipped with GFCI receptacles must utilize GFCI plug assemblies (pigtails) for power supply to all tools, equipment or similar.  Generators must be grounded in accordance with manufacturer's recommendations.

F.   Temporary power stations will be inspected monthly for defects and/or damage. These inspections will be documented and visible at each temporary power station.  Each breaker will be labeled to identify the device/component being controlled.  All receptacles/ devices will be kept in good condition.  All open breaker or enclosure knockout spaces must be covered with manufacturer's blank plate. All defective components will be corrected immediately.  Manufacturer-supplied means must be used to lock panels when necessary.

G.   Temporary power panels less than 600v shall have a means of disconnect.

H.   Only qualified/authorized electricians will be permitted to work on energized electrical panels, rooms, and devices. Work on energized equipment shall be in accordance with all National Fire Protection Association (NFPA) 70 E requirements. Prior to commencing work on energized equipment, a thorough hazard review shall be conducted and provided to Phillips & Jordan for authorization. All energized electrical panels will be maintained with dead front covers in place for the protection of personnel.  Controlled access to electrical rooms containing energized panels will be maintained at all times.

I.   Utilize Lockout/Tagout (LOTO) procedures to render equipment inoperable or circuits de-energized during the construction process. Provide tags indicating ownership of the lockout device and the equipment/circuit de-energized. All LOTO activities require coordination with Phillips & Jordan prior to commencing work.

J.     Adequate lighting will be maintained at all times including bulb guards, lamps, wiring, suspension means, and grounding.  Task lighting will be required to safely perform work in the absence of adequate temporary lighting or daylight.

## 2.9 Fire Protection/Prevention

A.     When cutting, burning or performing other spark producing operations, ensure an approved fire extinguisher is in close proximity (25'-75').  Know the condition of and where the nearest fire extinguisher is located. If the extinguisher is discharged or otherwise defective, it must be replaced immediately.

B.     Gasoline and other liquid fuels must be kept in Department of Transportation (DOT) approved metal safety cans consisting of a flash arresting screen and spring closing lid/spout.  Fuel cans will be stored in designated areas and labeled. Plastic fuel containers are prohibited.

C.     Smoking will be permitted in designated areas only unless prohibited entirely. Phillips & Jordan Project Superintendent will regulate smoking and designated areas. When smoking, all personnel must be aware of their surroundings and stay clear of combustible or flammable materials.

D.     Fire watches shall be provided for all hot work from elevated areas or for work where slag or sparks may fall through floor and wall penetrations.  Trained and dedicated fire watch personnel are required during hot work activities and for a minimum of thirty minutes after hot work is completed.  Phillips & Jordan and/or client Hot Work procedures shall be followed at all times unless the contract partner has a more stringent requirement.

E.     Signage such as "Flammable Materials" and/or "No Smoking" will be provided at all storage locations of flammable and/or combustible fuels as warning to those in close proximity. This signage is required at all storage/Conex locations where flammable materials or fuel powered equipment is stored.

F.     Storage rooms and Conex boxes shall have adequate ventilation to prevent a build-up of fumes. Adequate fire suppression equipment shall be provided at each location

G.     All construction equipment shall have mounted fire extinguishers adequate in size for the equipment.

H.     All fire extinguishers shall be inspected monthly and the inspection noted on the fire extinguisher tag.  The Phillips & Jordan Project Superintendent and all Contract Partners shall designate an individual who has been trained in fire extinguisher inspections to conduct such inspections.  Annual inspections of fire extinguishers shall be performed by a licensed fire extinguisher service company.

I.     All defective fire extinguishers shall be removed from service immediately and marked "OUT OF SERVICE".

## 2.10 Tools and Equipment

A.  All tools and equipment shall be inspected prior to each use and periodically during the shift.  Equipment shall be protected from damage. Equipment subjected to damage, visible defects or missing guards/safety features shall be immediately removed from service and tagged to prevent use.

B.  Employees using powder-actuated tools must have current certification indicating training completion by the manufacturer of the device and follow all requirements related to the safety of those in close proximity.

C.  Air/pressure hoses, including concrete pump hoses, must be secured at all couplings by means of pin or clip to prevent whipping or pull-out.  Manufacturer's safety precautions and devices must be utilized.

D.  Side/angle grinders shall be used with the unaltered guards in place.  All equipment/machinery equipped with machine guarding devices must utilize these guards when the equipment is in operation.

E.  Only industrial capacity rated chain hoists and cable winches (come-along) are permitted.  Hooks must have operable self-closing safety latches.  Load chains are not acceptable rigging devices.  Wood materials are not permitted for use in any hoisting/lifting operations.

## 2.11 Guarding, Barricading, and Signage

A.  Use barricades to warn of holes in floor, missing handrails and other hazards created by work.  **Barricade tape is not a rigid barrier and fall protection is required if the fall exposure is six feet or greater.**  Barricades / control lines shall be a minimum of six (6) feet from the hazard it is identifying.

B.  Barricades must be removed when the job is complete or the hazard no longer exists.  Barricade the area of operation only.  Inspect all barricades daily and repair as required.  Yellow and black means "Enter with Caution."  Red and black means "Danger Do Not Enter."

C.  Utilize barricade tape and proper signage to define areas and ownership including limited access zones, overhead work zones, and similar areas maintained for authorized personnel only. Crossing into a controlled area without permission is prohibited.

D.  Approved caps or covers shall be provided for all exposed vertical rebar, conduit and similar materials that pose and impalement hazard. Provide protection for all horizontal rebar, conduit and similar hazards to prevent cut / abrasion type injuries.

E.  Provide covers for all floor openings, gaps or voids 2-inches or larger in its least dimension (including column block-outs).  Cover materials will be adequate to suit the surrounding traffic.  All floor-hole covers shall be labeled with high visibility paint, "**Hole Cover-Do Not Remove**" and "**Danger**", and secured to prevent displacement.

Contract Number:
Subcontract Number: 2016-

## 2.12 Welding and Cutting

A.    All welding and cutting equipment shall be inspected prior to each use and periodically during the shift.  Equipment shall be protected from damage. Equipment subjected to damage or with visible defects shall be tagged and immediately removed from service.

B.    Oxygen/fuel gas cylinders shall be transported/used/stored in approved carts only. Approved carts consist of a noncombustible barrier at least 5-feet high between oxygen/fuel gas cylinders which meet a fire-resistance rating of at least 1/2-hour.  Fuel gas cylinders (oxygen/acetylene/liquid phase gas, etc.) must be stored in their upright positions with caps in place and secured when not in use.  Oxygen and fuel gas cylinders must be kept a minimum of 20-feet apart or stored in an approved cart / storage unit. Gauges shall be removed and caps in place when transported in mobile equipment.

C.    Gauges, gauge covers, valves, hoses and other torch set components will be inspected prior to each use.  All defective components will be corrected prior to use of the assembly.  Torch components must be protected from damage and properly stored at the completion of each shift.

D.    Utilize flash-screens or other noncombustible barriers to protect others from ultraviolet light and/or grinding debris.

E.    Flashback arrestors will be required for all torches between torch head and hose assembly.

F.    Cutting torches shall be lit with strikers, do not use a cigarette or butane lighter.

G.    **Welding Hoods**: Welding hoods must have appropriately rated lenses or be self-activating transition lenses.  Soft hoods are not allowed when overhead hazards exist. Welders utilizing soft hoods shall have an approved hard hat readily available for use when not actively welding.  A minimum of No. 5 shade lens will be required in welding hoods and goggles while cutting or welding using oxygen/acetylene-cutting torches.

## 2.13 Cranes, Hoisting, Rigging, and Lifting Equipment

A.    All Contract Partners who use cranes and lifting equipment must present a plan to the Project Superintendent that is at least as stringent as the program developed by Phillips & Jordan and contains, as a minimum, the elements identified in this section.

B.    Annual crane certifications must be current and available on site prior to commencing work.

C.    All crane operators must be Certified Crane Operators (CCO) per ANSI B 30.5 standards. Each operator must be certified in the specific size and type of crane being utilized. Acceptable certifying agencies are:

- National Commission for the Certification of Crane Operators (NCCCO)
- North American Crane Bureau (NACB)
- National Center for Construction Education and Research (NCCER)

D.    The operator will perform daily inspection of all cranes, rigging, and other components. These inspections will be documented and maintained for review by Phillips & Jordan. Damaged equipment shall be tagged and immediately removed from service.

E.      Only qualified/authorized persons will perform hoisting, rigging and signal person activities. Evidence of this training must be provided to Phillips & Jordan prior to commencing work and current within three years.

F.      **Outrigger Pads and Floats**: Cranes with outriggers shall ensure that all outriggers are fully deployed, in contact with sound surface and maintain crane in level position.  Monolithic floats/supplemental pads shall be larger than the outrigger pads, of substantial material to withstand imposed loads and will be required under each outrigger pad regardless of the type of surface being set up on.

G.      Means of communication between crane operator, riggers, and all others involved in lifting operations shall be agreed upon before work commences.

H.      Use of cellular phones or other devices that may distract the operator are prohibited while the crane is in operation or movement.

I.      All critical lifts shall be designed by a qualified person and submitted to Phillips & Jordan for review prior to commencing work.  All lifts that are greater than or equal to 75% of rated capacity, lifts performed by multiple cranes and lifts taking place over occupied spaces will be considered a critical lift.

J.      Roadways and travel areas will be kept free of debris and stored materials.  Subgrade will be sound and acceptable for both loads and travel.

K.      Only employees actively engaged in the operations involving cranes or hoisting equipment should be around this equipment or in the areas served by the equipment.  All site personnel should be aware of their surroundings and avoid walking beneath overhead loads.

L.      Barricading of the swing radius of all cranes and similar lifting/hoisting equipment will be provided and maintained.

M.      Maintain a minimum of twenty foot (20 ft.) clearance from all overhead energized or potentially energized power lines while cranes are in operation.  Insulating shields, or other means of energy control, are required for all overhead lines where cranes could potentially come within 20 feet from the lines.  Coordinate installation of shields with local utility.

N.      Know the weight of the load and the load center prior to hoisting. Inspect all rigging prior to each use and periodically during the shift. All rigging shall have affixed identification tags and load ratings.  Wood materials are not permitted for any hoisting/lifting operations.

O.      Protect rigging from damage and sharp surfaces. Loads should be raised slightly to check rigging prior to continuing hoisting/lifting.

P.      Tag lines are required for control of all load movement.

## 2.14  Mobile Construction Equipment

A.      **Only qualified and authorized personnel** will operate mobile construction equipment. All such equipment will be operated safely and within safe speed limits. When equipment is designed with seatbelts, they must be worn **at all times**.

B.      Prior to commencing any mobile construction equipment activities, Phillips & Jordan must be provided with documentation of operator competency current within three (3) years

specific to the equipment used.  Operators involved in property damage or incident will be removed from operator duties until formal retraining is completed and documented.

C.   All mobile construction equipment shall be inspected at mobilization and prior to each use. Prior to using construction equipment, operators shall conduct a 360 degree walk-around and inspect the equipment.  Inspections shall be documented on the Phillips & Jordan Equipment Operator Checklist.  If operators change during the day, the new operator shall conduct their own inspection of the equipment and complete the Equipment Operator Checklist.  Contract Partners shall provide Phillips & Jordan with a similar checklist for approval or use the Phillips & Jordan checklist.

D.   Manufacturer's operation and safety manuals must be present and/or immediately available on the equipment for use by the authorized and trained operator.

E.   When utilizing a forklift in hoisting operations or when using a loader with a fork attachment, rigging "below the forks" is prohibited unless approved by the manufacturer and an approved fork attachment is utilized.

F.   All motorized equipment must have an audible backup alarm as well as a warning horn for forward movement. Equipment designed for bi-directional operation, such as a track hoe, must have an alarm that sounds when moving in either direction.  The use of trained/authorized flagging persons, spotters, or similar means must be utilized when obstructed views or heavily congested areas exist.

G.   Use of cellular phones or other devices such as IPads that may distract the operator are prohibited for all types of mobile construction equipment when in use.

H.   Maintain a minimum of twenty (20) feet clearance from all overhead energized or potentially energized power lines while mobile construction equipment is in operation. Insulating shields, qualified spotters, or other means of control, are recommended for all overhead lines where equipment could potentially enter within 10 feet from the lines. Greater distances may be required dependent on voltage.  The Phillips & Jordan Project Superintendent shall review voltages and inform all personnel involved of proper clearances.  Proper clearances means that no part of the equipment (i.e. booms, cabs, etc.) shall come within the designated clearance area.

I.   Personnel shall not ride on mobile construction equipment except where a seat and seat belt is provided.

J.   The use of Utility Terrain Vehicles (UTV's) must be approved by the Phillips & Jordan Project Superintendent.  When approved, evidence of training in the use of the ATV must be provided. All-Terrain Vehicles (ATV's) that require the rider to straddle the frame are prohibited.

## 2.15 Motor Vehicles

A.   All company vehicles operated on the site must be road ready with operating lights, signals, mirrors, etc., and marked with the name of the contract partner unless approved otherwise by the Phillips & Jordan Project Superintendent.  Where additional lighting such as flashing lights are required, the Contract Partner is responsible for purchase and use of such lighting.

B.      Personal vehicles will be prohibited from the construction site and parked in designated areas only.

C.      Personnel are prohibited from riding in the bed; on the tailgates; or sides of trucks or other equipment. All loose or heavy materials, supplies and tools shall be secured.

D.      Drivers of commercial motor vehicles must be properly licensed with appropriate endorsement, compliant with Hours-of-Service regulations, compliant with driver Fitness regulations (drug and alcohol testing and current DOT physical), conduct documented pre and post trip inspections, and follow all applicable FMCSA rules and regulations.

## 2.16 Emergency Response / Incident Reporting

A.      **Report all injuries and incidents to your supervisor immediately.**  This immediate reporting allows for prompt medical treatment and a more complete investigation. **Each contract partner is to immediately report all accidents or incidents to Phillips & Jordan field management.** Failure to immediately report incidents or injuries is grounds for disciplinary action.

B.      Non-work-related injuries/illnesses should be reported to the Phillips & Jordan Project Superintendent and the worker must be evaluated for their ability to perform assigned tasks.

C.      In the event of an emergency, use any available means to contact the Phillips & Jordan Project Superintendent.

D.      Each Contract Partner with two or more employees will have a minimum of two individuals certified in Cardio-pulmonary resuscitation (CPR) / First Aid (FA) on site.

E.      In the event of an emergency that requires evacuation, all personnel will proceed in an orderly fashion to a designated assembly point and remain in that area until instructed otherwise. The site emergency response/evacuation plan shall be reviewed quarterly.

F.      Field management, including Contract Partners, will be provided with the Site-Specific Emergency Action Plan (EAP) and shall have the EAP readily available at all times.

G.      Field management and Contract Partners are required to maintain first aid supplies in accessible locations.  First aid logs must be maintained at the supply location.

## 2.17 Logging Operations

A.      All personnel involved in logging operations must be qualified by training and skills for the specific operation they are to perform (i.e. climbing, cutting, felling, clearing, etc.).

B.      No personnel may use a chain saw for cutting trees, brush, or other clearing unless that person has been qualified to perform such work under a program similar to the Phillips & Jordan's "Feller/Sawman Qualification Program".   Contract Partners must present evidence of similar qualification/certification to the Phillips & Jordan Project Superintendent before permitting anyone to perform such operations.

Contract Structure
Subcontract Number: 2016-

C.    Personnel who must climb trees to perform cutting/felling operations must be Qualified Climbers.  Contract Partners must provide evidence of such qualifications before permitting anyone to climb and conduct such operations.

*Phillips & Jordan values the safety of all who enter our projects.  By adhering to the Code of Safe Practices, you will assist in our continued efforts to meet our Committed to Zero philosophy and maintain a safe and healthy work environment for your coworkers and yourself.*

**At Phillips & Jordan, we are COMMITTED TO ZERO!**

DocuSign Envelope ID: D097E322-6D6E-43A9-A5E6-536RDBEF4CFA

# EXHIBIT "D"



# CODE OF ETHICS AND BUSINESS CONDUCT

## REVISED JUNE 2016

**Phillips & Jordan, Inc.**

10201 Parkside Drive, Suite 300 • Knoxville, TN 37922

865.688.8342 • pandj.com

# Code of Ethics and Business Conduct



## Table of Contents

Message From Our Executive Team ..................................................................................3
    Phillips & Jordan's Core Values and Priorities ...........................................................4

Getting Acquainted With Our Code ..................................................................................5
    What Is Our Code? ..................................................................................................5
    Why Do We Have a Code? ........................................................................................5
    Who Must Follow Our Code? ....................................................................................5
    What We Ask of You ................................................................................................5
    What You Can Expect from Phillips & Jordan ............................................................6
    What Is Expected of Our Business Partners? ............................................................6
    Revisions and Updates to the Code ..........................................................................6

What to Do When You Have Questions or Concerns about the Code .............................7
    What Happens When Concerns of Misconduct are Brought to the Company's Attention? ......8
    Discipline ................................................................................................................8

Our Ethical Standards in Brief ........................................................................................9

Working with the Government ........................................................................................11
    Competing for Work ..............................................................................................11
    Practical Examples ................................................................................................12
    Accuracy of Claims ................................................................................................13
    Your Responsibilities ..............................................................................................13
    Employment Discussions with Government Personnel ................................................13
    Government Personnel and Gifts ..............................................................................14
    Restrictions on Former Government Personnel ..........................................................15
    Kickbacks ..............................................................................................................15
    Practical Example ..................................................................................................16

Commitment to Small and Disadvantaged Business Programs ....................................16

Payments to Foreign Officials ........................................................................................17
    Practical Example ..................................................................................................18

Conflicts of Interest ........................................................................................................18
    Outside Employment ..............................................................................................18
    Personal Financial Interests ....................................................................................19
    Relationships with Suppliers and Customers ............................................................20
    Employment of Relatives ........................................................................................20
    Practical Examples ................................................................................................21

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-636RDB2F4CFA



# Code of Ethics and Business Conduct

Gifts and Non-Government Personnel................................................................22
    Your Responsibilities ..................................................................................22

Private Kickbacks ............................................................................................23
    Practical Example ........................................................................................23

Confidential Information and Privacy of Communications ...........................................23
    Confidential Information ................................................................................23
    Practical Examples .......................................................................................24

Safeguarding Company Assets ............................................................................25
    Company Assets and Transactions...................................................................25
    Expense Reimbursement................................................................................26
    Company Credit Card ....................................................................................26
    Cash and Bank Accounts ...............................................................................26
    Software and Computers................................................................................27
    Third Party Software .....................................................................................27
    Incidental Personal Use.................................................................................28
    Practical Examples .......................................................................................28

Social Media ................................................................................................28

Political Contributions ....................................................................................29

Media Inquiries .............................................................................................29

Safety and Health ..........................................................................................30
    Practical Example ........................................................................................30

Personal Employee Conduct ..............................................................................31
    Equal Employment and Nondiscrimination.........................................................31
    Your Responsibilities ...................................................................................31
    Environmental Compliance ............................................................................32
    Your Responsibilities ...................................................................................32
    Immigration Law Policy ................................................................................32
    Your Responsibilities ...................................................................................33
    Conduct on Company Business .......................................................................33

Certification and Acknowledgment.......................................................................34

Notes/Comments ...........................................................................................35

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-636RDB2F4CFA

# Code of Ethics and Business Conduct



## Message from Our Executive Team

Phillips & Jordan exists today because we have always been committed to following the highest standards of ethical behavior. Our Values set the foundation for how we interact with our fellow employees, our customers, the government, and our business partners.

At a time when our public institutions and government contractors have come under intense scrutiny for the way in which they do their business, we are all reminded that our reputation is one of our most precious assets. We are proud of the culture that Phillips & Jordan has built and the commitment that we all have made to abiding by the highest ethical standards in what we do. By doing so, we always deliver what we promise, and we stand by the work we perform.

This Code of Ethics and Business Conduct sets out our principles of business conduct and ethical behavior which everyone at Phillips & Jordan is expected to follow, regardless of role or location. We cannot describe every situation you might face as an employee and every action you should take. If you do come across anything you are not sure about, or if it seems wrong and you need advice, we urge you to speak up by contacting your supervisor, our Corporate Compliance & Ethics Officer, our outside reporting Helpline, or either of us.

We are personally committed to creating an environment in which people feel comfortable to ask questions or raise issues without the fear of any form of retaliation. Every one of us is required to uphold this commitment.

Our business conduct really matters to the entire leadership team. It is also critical to our continued success as a company. We are proud of your continuing commitment to the highest ethical standards and thankful for your contributions to the success of Phillips & Jordan.

Sincerely,

W.T. "Teddy" Phillips, CEO and Patrick McMullen, President

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA



# Code of Ethics and Business Conduct

## Phillips & Jordan's Core Values and Priorities

Integrity, Safety, Quality, and Production guide our business practices and set the foundation for how we interact with our fellow employees, our customers, the government, and our business partners. We expect that, in the course of doing business, all employees, officers, directors, agents, teammates, vendors, consultants, and suppliers of Phillips & Jordan will maintain a high standard of ethical behavior, encourage ethical behavior in others, support ethical decisions, and actively seek appropriate resolution to potential ethical conflicts.



**Integrity:** We understand customers choose contractors they trust. Our longevity alone is a testament to our integrity; we've been in business since 1952. We engender trust the old-fashioned way: by earning it daily, year after year, on **each and every** job. Every Phillips & Jordan employee is empowered to conduct business ethically, always.

**Safety:** Safety is a shared commitment at Phillips & Jordan. Our goal is zero incidents – no harm to person, property, the environment, or our reputation. Safety is embraced throughout the company and ranks above all other aspects of our business, including schedule and production. A safe workplace is the only acceptable way to conduct operations.

**Quality:** Phillips & Jordan was founded on determination, a strong work ethic, and pride in jobs well done; we still operate that way today. We've built a reputation for taking on challenging projects, and equally important, we're known for our quality work. We believe quality is never an accident, but the result of smart planning, attention to detail, and a commitment to excellence.

**Production:** If a tool is needed for a job - we purchase it. If it's not available - we **make** it. We engineer tools, innovate processes, and streamline procedures to achieve maximum efficiency, quality, and value for our customer. And we never rest - we're constantly striving to improve. Our customers receive the benefit of our pioneering spirit and "roll up our sleeves," "can do" attitude.



## Code of Ethics and Business Conduct

### Getting Acquainted with Our Code

#### What Is Our Code?

It is Phillips & Jordan's (sometimes referred to as the "Company") policy to maintain the highest ethical standards and comply with all applicable laws, rules, and regulations.  As a provider of services to federal, state, and local governments, Phillips & Jordan operates under unique legal and regulatory requirements imposed upon government contractors.  We are committed to complying with the letter and spirit of these laws and regulations.

#### Why Do We Have a Code?



We believe that adherence to this Code will ensure our continued success as well as earn and maintain the confidence of our customers and the communities in which we live.   We have established this Code of Conduct to recognize the importance of integrity, ethics, and compliance in all that we do.

#### Who Must Follow Our Code?

All employees, including officers, directors, and persons authorized to act on behalf of the Company must comply with this Code of Conduct at all times.

#### What We Ask of You

- Read, understand, and follow the Code and the underlying policies and procedures. All employees have a duty to report all suspected violations of the Code or other potentially unethical behavior by anyone, including officers, directors, employees, agents, customers, consultants, subcontractors, suppliers, and prime contractors, to the Corporate Compliance & Ethics Officer.
- Observe Phillips & Jordan's Core Values, which are the foundation for all of our transactions and interactions.
- Do not engage in any activity that might create a conflict of interest for the Company or for yourself, including activity that creates even the appearance of a conflict of interest.
- Maintain and submit only accurate business and financial records, including financial books, records, cost accounts, financial statements, time and expense reports, resumes, and any and all other submissions to the company, customers, and regulatory authorities.
- Protect all company, customer, and subcontractor assets, and use them only for appropriate company approved activities.
- Without exception, comply with all applicable laws, rules, and regulations.  If you are uncertain about whether something is legal or meets a regulatory requirement, ask.

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA



# Code of Ethics and Business Conduct

## What You Can Expect from Phillips & Jordan

As a company, Phillips & Jordan will apply the Company's ethical principles to everything we do.  Phillips & Jordan commits that its leaders will:

- Lead by example by acting ethically, applying the same high standards of conduct expected throughout the Company;
- Promote ethical conduct, both within the Company and in the markets in which we operate;
- Provide training and other resources so that employees are equipped to manage ethics issues;
- Listen to concerns employees have about business conduct and support them in expressing those concerns;
- Never take or allow a retaliatory action against someone for reporting concerns in good faith or for participating in an investigation; and
- When necessary, investigate concerns of misconduct and take appropriate corrective action.

## What Is Expected of Our Business Partners?

We have the expectation that our subcontractors at any level, consultants, agents, suppliers, and any other third party providers (our "Business Partners") will act in a professional and ethical manner while conducting business with or on behalf of Phillips & Jordan.



## Revisions and Updates to the Code

We expect to update our Code on occasion or to make amendments as required to reflect any changes in our Company policies and procedures or laws.  The most recent version will always reside on our website at www.pandj.com.

DocuSign Envelope ID: D097E322-6D6F-43A9-A5F6-536RPR3F4CFA



# Code of Ethics and Business Conduct

## What to Do When You Have Questions or Concerns about the Code

Each employee must promptly report any known or suspected violation of this Code of Conduct and all other unlawful or unethical conduct.  Employees are obligated to report such known or suspected conduct without regard to the identity or position of the suspected offender.  Any report made under this section will be held in confidence, to the extent possible, and under no circumstances will any employee who makes a report be subject to any acts of retribution, retaliation, or disciplinary action.  Questions or concerns may be reported by any of the following means:



- You may report the question or concern to Vice President John Lawrence, the Corporate Compliance & Ethics Officer for Phillips & Jordan.  John and his staff are responsible for developing and implementing training and communication programs to familiarize Phillips & Jordan personnel with their requirements under the Code of Conduct.  They are also responsible for investigating ethical issues or violations that are brought to the attention of the Company.  John is available to all Phillips & Jordan employees to discuss any ethical issues or concerns.  He can be easily reached by phone at **865.392.3061** or by e-mail at jlawrence@pandj.com.
- Alternatively, you may contact your supervisor, Human Resources, or any of the Regional Business Ethics Advisors who assist the Corporate Compliance & Ethics Officer.
- As another option, you may also call Phillips & Jordan's Ethics Helpline, which is available for anyone wishing to anonymously raise a concern, report alleged misconduct or a violation of the Code, government law, or regulation, or simply seek advice.  The Ethics Helpline is available 24 hours a day, seven days a week, and is administered by a third party. The Ethics Helpline phone number is **844.286.6021**.  Questions, concerns, or reports can also be communicated to the Helpline via the internet at www.pandj.ethicspoint.com.

All employees must fully cooperate with any investigation of a suspected violation of this Code and with any request by the Corporate Compliance & Ethics Officer.  Any employee found to have violated this Code or engaged in other unlawful or unethical behavior shall be subject to disciplinary action, up to and including termination.  Any employee who fails to report known or suspected violations of this Code or other unlawful or unethical behavior shall be subject to appropriate disciplinary action.



# Code of Ethics and Business Conduct

## What Happens When Concerns of Misconduct Are Brought to the Company's Attention?

- Your concerns and reports will be treated seriously, and you will be treated respectfully.
- You need not identify yourself.
- Your communication will be kept confidential to the extent possible.
- Phillips & Jordan takes the Code very seriously and will take appropriate action in response to violations of the Code. If an investigation reveals that there has been a violation of the Code, the violator(s) will be subject to disciplinary action, up to and including termination of employment. They may also be subject to civil and criminal penalties.
- Retaliation for raising a good faith concern about an ethical issue/violation or cooperating in an investigation is a violation of Phillips & Jordan's Code. It will not be tolerated and will result in disciplinary action, up to and including termination.
- Phillips & Jordan is committed to providing timely notification to the government of any violation of federal law involving fraud, conflict of interest, bribery, or gratuity violations, as well as any violation of the civil False Claims Act, and will cooperate fully with any resultant investigation conducted by the government.

## Discipline

Violation of this Code can result in serious consequences for the Company, its image, its credibility, and the confidence of its customers, and it can include substantial fines and restrictions on future operations, as well as the possibility of fines and prison sentences for individual employees. The amount of any money involved in a violation might be immaterial in assessing the seriousness of a violation since, in some cases, heavy penalties might be assessed against the company for a violation involving a relatively small amount of money, or no money at all. Violations of the Code will result in disciplinary action, up to and including termination of employment. Disciplinary action will also be imposed upon supervisors or executives who condone, permit, or have knowledge of illegal or unethical conduct by those reporting to them and do not take corrective action, as well as employees who make false statements in connection with investigations of violations of this Code.



DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536RPB2F4CFA

# Code of Ethics and Business Conduct





## Our Ethical Standards in Brief

**We strive for quality in all that we do.**

Phillips & Jordan attracts and retains the best people by providing challenging work in an environment that stimulates, respects, and rewards creativity and productivity in the satisfaction of customer needs. In return, our people provide quality service and products to our customers. Our reputation of quality work and quality people must not be compromised by unethical decision making.

**We treat people with respect and dignity.**



We are committed to fair employment practices and will not tolerate any form of discrimination, harassment, or other inappropriate behavior in the workplace. Every action should be judged by considering whether it is legal, fair to all concerned, reasonable under the circumstances, honest, in keeping with the best interests of our employees and customers, and able to withstand the scrutiny of outsiders.

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA



# Code of Ethics and Business Conduct

**We respect and obey all applicable laws and regulations.**

The laws that apply to government contractors are complex.  However, confusion or a lack of understanding of the rules cannot be used as an excuse for a lack of compliance. It is important to always seek advice from the Corporate Compliance & Ethics Officer or Senior Leadership to ensure compliance with both the spirit and letter of the law.

**We fairly report and charge our time.**



Accurate timekeeping by each employee and timely submission of hours worked are critical elements of each employee's job and of the Company's success. It is the only way that we are able to provide accurate, timely reports and invoices to our customers. Phillips & Jordan's timekeeping practices are governed by CASB, and Federal Acquisition Regulations (FAR), or client contracts. Careless or improper preparation of time reporting may lead to disciplinary actions against the company and may also result in prosecution under applicable federal statutes.

**We encourage others to do the right thing.**

Phillips & Jordan will ensure that its teammates (subcontractors, vendors, and suppliers) are aware of their requirements to abide by Government Ethics Regulations, and those Business Partners who are required to have a formal Ethics policy either possess one or agree to abide by the Phillips & Jordan Code.

**We maintain high standards of procurement integrity.**

When we are bidding for or negotiating contracts we will be truthful and accurate, observe all rules and regulations, and will not accept information on a competitor's bid or proposal that we know to be proprietary or confidential.

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536RDB2F4CFA



## Working with the Government

Phillips & Jordan works in a field which is highly competitive.  By competing fairly and performing excellent work, our clients know that we are a reliable and trusted business partner.  However, a large portion of our work comes from government contracts, which have specific and particular bidding and competing obligations and restrictions.  This includes, but is not limited to, dealing with government officials in an environment of openness and under circumstances that contradict any perception of concealment, the appearance of impropriety, or any actual or potential conflict of interest.

In certain instances, our employees must have a working knowledge of and strictly follow laws and regulations such as the Procurement Integrity Act, the Federal Acquisition Regulations (FAR), antitrust laws, the Foreign Corrupt Practices Act, the U.K. Bribery Act, and other legal restrictions.  These laws and regulations generally have three purposes: (1) to allow government agencies to purchase the best possible products and services at the best value; (2) to promote full and open competition based on specifications and evaluations criteria that allow interested suppliers to respond appropriately; and (3) to eliminate waste, fraud, and abuse.



If any employee has a question about the applicability of a law or regulation, feels uncertain about their own depth of knowledge of the law, or has any concerns about ensuring that the Company is meeting its legal and ethical obligations, he or she is encouraged bring these issues to the attention of the Corporate Compliance & Ethics Officer or use any available means to have the issue addressed before acting.

## Competing for Work

Phillips & Jordan succeeds in our markets by adhering to our core values and exceeding our customers' expectations.  We offer innovative solutions to challenging projects, are fiercely competitive, and bring over 63 years of consistent integrity, honesty, and fairness to the table of competition.  We thrive in a competitive environment yet refuse to discredit or disparage our competition.  Our reputation of quality, service, and fair pricing distinguishes us as the contractor of choice.  Since a substantial part of the Company's business involves competitive bidding of contracts with the federal government and routine business decisions involving pricing, terms



## Code of Ethics and Business Conduct

and conditions of sale, and interaction with competitors, it is essential that every employee be generally aware of the antitrust laws, which are designed to promote free and open competition in the marketplace. To comply with the antitrust laws and our policy of fair competition, employees must:



- Never discuss with competitors any matter directly involved in competition between us and the competitor (e.g., sales price, marketing strategies, market shares, and sales policies);
- Never agree with a competitor to restrict competition by fixing prices, allocating markets, or other means;
- Not require others to buy from us before or because we buy from them;
- Be accurate and truthful in all dealings with customers and be careful to represent the quality, features, and availability of Company products and services accurately;
- Not offer a customer prices or terms more favorable than those offered to others, unless justified by cost savings, the need to meet competition, a change in market conditions, or other legitimate business reasons;
- Not agree with competitors to control levels of performance;
- Not require customers to take from us a product or service they do not want just so they can get one they do want; and
- Immediately notify their manager or the Corporate Compliance & Ethics Officer whenever they believe that they might have received information that may be confidential or proprietary to another organization.

### Practical Examples

**Q.  I am working on a bid submission, and in order to gain the contract, I am considering under-estimating the costs, as I know I can charge the customer for overruns on the contract when we have won it. Is this appropriate?**

A.  No. It is never acceptable to deliberately misrepresent costs that we intend to incur and bill to the customer.

**Q.  Another company has asked to discuss what contract terms and pricing we have negotiated with a supplier, as they would like the same kind of deal that we have. Is this ok?**

A.  No. We have an ethical and contractual obligation to respect the confidentiality of the supplier's pricing. Our actions might also be construed as an attempt to fix prices in the supply market, which could damage the Company's reputation, or result in legal action.

# Code of Ethics and Business Conduct



## Accuracy of Claims

All requests or demands for payment made on behalf of Phillips & Jordan pursuant to any contract or business agreement shall truthfully and accurately reflect the value of the goods or services provided.  Under no circumstances may an employee make a false claim, and the presenting of a false claim for payment to the government is unlawful under the False Claims Act.  Examples of false claims include billing extra time not spent working on a project, charging for materials not used in a project, artificially inflating a claim in order to negotiate additional compensation from the customer, retaining an overpayment, making a false request for progress payments, making misleading statements regarding delays, or making false representations regarding small business status or participation in socioeconomic programs.  Any claims that are false, fraudulent, or otherwise deceitful may subject the company, and/or the individual making the claim to civil liability up to 3 times the amount of the false claim for payment, criminal liability punishable by up to 5 years imprisonment, a fine, restitution, and administrative liability through suspension or debarment.  Accordingly, any employee who knowingly makes false claims shall be terminated. Additionally, any employee who knows, or reasonably should know, that another employee has submitted, or intends to submit, a false claim and fails to report it to the Corporate Compliance & Ethics Officer, will be subject to discipline, which may include termination.

## Your Responsibilities

- **Never make any false claim or representation** to government personnel, whether in connection with a claim for payment or otherwise.
- **Always check** Phillips & Jordan's records to ensure that invoices to be submitted for payment are consistent with labor and billing records.
- **Report** any discrepancies or irregularities in billing.

## Employment Discussions with Government Personnel

Numerous laws restrict the timing and nature of employment discussions between government personnel and contractors. Government personnel cannot hold employment discussions with a company over whom the government personnel have oversight or other responsibility until they notify the government's designated ethics official <u>and</u> obtain permission from their supervisor to proceed with employment discussions.  The government broadly defines employment discussions



DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA



# Code of Ethics and Business Conduct

to include activities as limited as exchanging a resume.  It is not necessary that salary or other employment terms be discussed to trigger the onset of employment discussions.  This prohibition on employment discussions cannot be circumvented by the use of hints, subtlety or ambiguity, the use of hypotheticals, or by communicating an offer "after hours" or in a social setting.

A Phillips & Jordan employee must never under any circumstances discuss the possibility of employment by Phillips & Jordan or any other business proposal unrelated to an existing or proposed government contract with a government employee without first obtaining approval from the Corporate Compliance & Ethics Officer and the President.

## Government Personnel and Gifts

All forms of gifts and entertainment to or from government personnel (Federal, State, and local), including persons that may be acting for or on behalf of the government, are expressly prohibited. When Phillips & Jordan is a prime contractor, or engages subcontractors for any purpose related to a government contract, the prohibition on gratuities extends to Phillips & Jordan employees in their relationship with those subcontractors.  Likewise, when Phillips & Jordan is a subcontractor to a prime



contractor or higher-tier subcontractor, gratuities to the prime or higher-tier subcontractor from Phillips & Jordan employees are prohibited.

Prohibited gifts and gratuities can include minor items such as meals, tickets to sporting events, transportation, special discounts or any other item of value.  Generally, there is an exemption for unsolicited items, other than money, having a market value of $20 or less per gift, with an annual aggregate maximum for the Company of $50.  Examples may include modest refreshments such as soft drinks, coffee and donuts or a business-related lunch that does not exceed $20.  However, if a gift could be construed as an attempt to secure favorable treatment, it is prohibited regardless of its value.  You may not, under any circumstances, give to government personnel something of value if the fair market value exceeds $20 or if the aggregate value of all items given to that government employee would exceed $50.

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA

# Code of Ethics and Business Conduct



## Restrictions on Former Government Personnel



There are numerous post-employment or "revolving door" restrictions on the types of activities that former government personnel can perform in the private sector. The laws and regulations impose one-year, two-year, or life-long bans prohibiting current and former government employees from performing certain activities on behalf of a contractor. The restrictions may include, for example, barring the individual from working for some companies for one year, from working on certain contracts, and from representing certain companies to the government with respect to particular matters. The restrictions are imposed based upon the individual's responsibilities and, in some cases, grade level, while employed with the government. The determination of which restrictions apply to each current and former government employee is complex and usually requires a legal analysis.

To ensure that a current or former government employee can be hired by Phillips & Jordan and will be allowed to perform the tasks necessary to their position, approval for employment discussions with current or former government employees must be obtained from the Corporate Compliance & Ethics Officer and the President.

## Kickbacks

The federal Anti-Kickback Act makes it illegal to offer, solicit, or accept any kickback, as well as to include any amount of a kickback in a contract with the United States. A kickback is defined as any money, fee, commission, credit, gift, gratuity, thing of value, or compensation of any kind which is provided for the purpose of improperly obtaining or rewarding favorable treatment in connection with a contract with the United States. "Favorable treatment" may include the following:

- Receiving confidential information on competitor bids, such as prices, delivery schedules, or other non-public information;
- Obtaining placement on a bidder's list without meeting the requisite qualifications;
- Obtaining the removal of a competitor who meets requisite qualifications from a list of eligible bidders;
- Obtaining unwarranted waivers of delivery deadlines;
- Obtaining unwarranted price increases;
- Recovering improper expenses;



# Code of Ethics and Business Conduct

- Improperly obtaining the award of a subcontract or order under a subcontract; and
- Obtaining acceptance of substandard goods and services.

The federal Anti-Kickback Act imposes obligations on each employee to report reasonable suspicions of kickbacks and to implement internal procedures to detect kickbacks. Similarly, Company policy requires employees who know of any violations of this policy or suspect that a violation has taken place or could take place, to report the violation or suspected violation immediately.



Any employee caught participating in such activity will be promptly disciplined and may be terminated. Any employee who knows about, or reasonably should know about, any such activity and fails to report it to the Corporate Compliance & Ethics Officer will be disciplined.

## Practical Example

**Q. Stan heard a subordinate of Harold's say that Harold, a construction manager, had paid $1,000 to a government official who approved the building plans for the project, for a "quicker" approval process. Should Stan report what he heard?**

A. Yes. While Stan is not sure that Harold engaged in a kickback scheme, he should report what he heard so the Company can investigate the allegation.

## Commitment to Small and Disadvantaged Business Programs

Phillips & Jordan is committed to full compliance with government sponsored opportunity programs and maximizing the opportunities of small businesses (SB), certified small disadvantaged business (SDB) concerns (including historically black colleges and universities (HBCU) and minority institutions (MI)), women-owned small business (WOSB) concerns, HUBZone small business (HUBZone SB), veteran-owned small businesses (VOSB) concerns, and service-disabled veteran-owned small business (SDVOSB) concerns. As such, Phillips & Jordan will not discriminate on the basis of race, color, national origin, sex, disability, or veteran status in the hiring of suppliers or subcontractors and will foster an environment in which everyone is treated with respect, trust, honesty, fairness, and dignity. Consistent with applicable regulations and contractual obligations, for each government-funded contract, Phillips & Jordan will make good faith efforts to maximize the participation of small or disadvantaged businesses in subcontracts and ensure that each is performing a commercially useful function. Small and disadvantaged businesses shall be deemed to be performing a commercially useful function if they are responsible for executing the work and carrying out their responsibilities by actually performing, managing, and supervising the work.

DocuSign Envelope ID: D097E323-6D6E-43A9-A5F6-536BDBEF4CFA

# Code of Ethics and Business Conduct



## Payments to Foreign Officials

As an international services provider, Phillips & Jordan must adhere to a number of laws of foreign countries and the United States while conducting business relationships in such countries. While we cannot address the legal requirements of each potential country where we may do business, Phillips & Jordan is committed to leadership in conducting business honestly, ethically and with integrity. We hold ourselves to the highest standards and expect more of ourselves than the law may require. The Company has established an Anti-Corruption Policy for complying with the U.S. Foreign Corrupt Practices Act ("FCPA"), the U.K. Bribery Act of 2010, and other applicable anti-corruption laws, regulations, and prohibitions against corruption (the "Anti-Corruption Laws"). As these markets grow, those employees who have any involvement in that business must be familiar with and follow the obligations of this policy. Some key points of this policy are:



- No employee will engage in activity that might involve the employee or the Company in a violation of the FCPA. The FCPA requires that the Company's books and records accurately and fairly reflect all transactions; that we maintain a system of internal controls; that transactions conform to management's authorizations; and that the accounting records are accurate.
- No employee will falsely report transactions or fail to report the existence of false transactions in the accounting records. Employees certifying the correctness of records, including vouchers or bills, should have reasonable knowledge that the information is correct and proper.
- Under the FCPA, it is also a federal crime, subject to criminal and civil penalties, for any U.S. business enterprise officers, directors, managers or employees to offer a gift, payment, promise of payment, authorization of payment, or bribe of money or anything else of value, whether directly or indirectly through an agent or other intermediary, to any foreign, domestic, or local government official, candidate, customer, or third party for the purpose of influencing an official act or decision or seeking influence with a foreign government in order to obtain, retain, or direct business to the company or to any person. Even if the payment is legal in the host country, it is forbidden by the FCPA and violates U.S. law. This behavior is also prohibited by this policy.
- No employee will make facilitation payments, and the Company will seek to eliminate the practice in countries in which we do business. A facilitation payment is a payment or gift (usually given to a government official) to speed up or perform a procedure. It

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536RDB2F4CFA



# Code of Ethics and Business Conduct

does not include fees required to be made by law (such as the payment of a filing fee for a legal document). The Company's position on such payments is clear: ***We will not make facilitation payments nor allow others to make them on our behalf.***



### Practical Example

**Q.  I was informed that we could hire a local company or consultant to help get all the necessary permits from a foreign government. An advance payment has been requested to "help move the process along."  Since we don't really know where the money is going, do we have to worry about it?**

A. Yes. We are responsible for the actions of any third party working on our behalf.  The request for an advance payment is itself a red flag, the comment, even more so. Consult with the Corporate Compliance & Ethics Officer before proceeding.

## Conflicts of Interest

Employees must avoid situations in which their personal interests could conflict with, or even appear to conflict with, the interests of the Company. Conflicts of interest arise when an individual's position or responsibilities with the Company present an opportunity for personal gain of profit separate and apart from that individual's earnings from the Company or where the employee's interests are otherwise inconsistent with the interests of the Company. In general, if you think that any situation may be present a conflict of interest, you should consult with the Corporate Compliance & Ethics Officer. The following situations have a great potential for conflicts of interest:

### Outside Employment

In accordance with company policy, employees may pursue outside employment opportunities. However, such opportunities must not interfere with the employee's job responsibilities with the Company.  Any outside employment that interferes with the employee's job responsibilities or conscientious performance of his or her duties is deemed to be a conflict of interest and is not permitted. Likewise, an employee's participation in civic, charitable, or professional organizations or activities that interferes with the employee's job responsibilities or conscientious performance of his or her job is deemed to be an impermissible conflict of interest. Additionally, employees may not use Company time or resources to further non-Company business, nor may

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536RDB2F4CFA

# Code of Ethics and Business Conduct



they use the Company's name to lend weight or prestige to an outside activity without prior approval from authorized management.

Employees must not be employed outside the Company:

- In any business that competes with or provides services to the Company or its subsidiaries;
- In a manner which would affect their objectivity in carrying out their Company responsibilities;
- Where the outside employment would conflict with scheduled hours, including overtime, or the performance of Company assignments; or
- Where the employee uses Company time, materials, information, or other assets in connection with outside employment.

Prior to engaging in any outside employment activity or participating in any civic, charitable, or professional organization or activity that may give rise to an actual or potential conflict of interest, salaried employees must consult with the Corporate Compliance & Ethics Officer and obtain express written approval.

## Personal Financial Interests

Employees should avoid personal financial interests that might be in conflict with the interests of the Company. Such interests may include, but are not limited to, the following: obtaining a financial or other beneficial interest in a supplier, customer, or competitor of the Company; directly or indirectly having a personal financial interest in any business transaction that may be adverse to the Company; acquiring real estate or other property that the employee knows, or reasonably should know, that is of interest to the Company. Such personal financial interests include those interests of not only the individual employee, but also those of the employee's spouse, children, parents, grandparents, siblings and family in-law. If the employee knows, or reasonably should know, that a personal financial interest may be in conflict with the interests of the Company, the employee must first consult with the Corporate Compliance & Ethics Officer and obtain express written approval.



DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA



# Code of Ethics and Business Conduct

## Relationships with Suppliers and Customers

Business transactions must be entered into solely for the best interests of the Company. No employee can, directly or indirectly, benefit from his position as an employee or from any sale, purchase, or other activity of the Company.

Employees should avoid situations involving a conflict or the appearance of conflict between duty to the Company and self-interest.

When interacting with individuals or organizations doing or seeking to do business with the company or individuals or organizations who make recommendations with respect to such interactions, employees should not:

- Serve as an officer, director, employee, or consultant of such organizations or with respect to such individuals; or
- Own a substantial interest in any organization doing or seeking to do business with the Company or any competitor of the Company.

## Employment of Relatives

The Company permits the employment of qualified family members, significant others, partners, and members of the same household as long as such employment does not create a conflict of interest.  Relationships by family, marriage, partnership, household, and similar personal relationships should not result in an advantage or disadvantage to hiring, promotion, salary, or other terms and conditions of employment. If one of the parties severs the relationship, both parties are expected to be respectful of the decision and to ensure no harassment or other conduct that violates the Company's polices occurs.



The Company will exercise sound business judgment in the placement of family members, significant others, partners, and members of the same household in the Company.  Supervisory relationships between such individuals is discouraged, but may be permitted where such relationships are disclosed and approved in advance.  Employees in Safety, Financial Administration, and Human Resources may not be in a reporting relationship with such an individual without first disclosing the relationship and obtaining written permission from the Company's CEO.  Employees in other



areas of the business must disclose the relationship and obtain approval from their Division Manager. Although both employees involved in such relationships are individually responsible for disclosure, a supervisor's failure to report such a relationship will be regarded as a serious lapse of judgment and grounds for appropriate disciplinary action, up to and including termination. The Company retains the discretion to reassign one or both of the employees in the event the relationship becomes detrimental to Company Operations or employee morale.

## Practical Examples

**Q. My wife works for a supplier who is bidding for a contract that I am working on. Should I let my manager know?**

A. Yes. You must advise your manager and discuss how to proceed. We would not disqualify a company because of family connections. But we need to know to ensure that the evaluation process is not in any way influenced by this relationship.

**Q. An employee's relative has a minor ownership interest in a supplier. This supplier has the lowest price for the material needed on a project. The employee's group is not involved in the project. Should they report this relationship?**

A. Yes. They should report the relationship to their supervisor. In the event that the company still utilizes this vendor, the employee should not be involved in the transaction in any way.

**Q. I'm the project manager for a construction project. My boyfriend is an experienced bulldozer operator and would be perfect to work for me. We have dated for 6 months, and I believe we can conduct ourselves professionally. May I hire him?**



A. Maybe. You must disclose the relationship to your Division Manager and allow him or her to make the call. If the Division Manager believes that the relationship will not detrimentally impact the Company, he or she may authorize the hiring.

**Q. Frank works as a human resources representative and is booking a team retreat. Frank's sister owns a hotel that could host the retreat. Can Frank sign the contract with his sister's hotel?**

A. No. Frank should not do anything to influence the Company to use his sister's hotel for the retreat. He can, however, introduce his sister to the individuals who will be deciding on the proper place for the retreat.



# Code of Ethics and Business Conduct

## Gifts and Non-Government Personnel

Business courtesies related to private (non-governmental) transactions may, at times, be permissible, but receiving or accepting gifts or entertainment in the business context remains a sensitive area and can be inappropriate, or even illegal, depending on the circumstances. For this reason, it is important that all employees be cautious about giving or receiving gifts and entertainment from non-governmental personnel. Therefore, regardless of the circumstances, the following rules apply:

- No employee may participate in major entertainment functions involving travel (hunting trips, golf excursions, etc.) without prior approval from the Corporate Compliance & Ethics Officer.
- Entertainment functions and gatherings that do not involve travel are permitted so long as they are infrequent in nature and are not lavish or extravagant. While it is difficult to define "lavish or extravagant" by means of a specific dollar amount, a common sense determination should be made consistent with marketplace practices.
- Tangible gifts may be permitted where the giving or acceptance of the gift is not illegal, is of nominal value, and is clearly appropriate under the circumstances. The giving or receiving of tangible gifts must be infrequent in nature and may not be lavish or extravagant. While it is difficult to define "lavish or extravagant" by means of a specific dollar amount, a common sense determination should be made consistent with marketplace practices.
- Money, in any form, is never given, offered, solicited, or accepted. 
- The ethical rules and policies of the contractors, subcontractors and suppliers transacting business with Phillips & Jordan must be respected and obeyed by Phillips & Jordan employees.

As stated earlier, the giving or receiving of gifts involving government personnel, or subcontractors involved in a government contract, is prohibited. See "Government Personnel and Gifts" under "Working for the Government" (p. 14) for more information.

**Your Responsibilities:**

- **Maintain** a level of unquestionable integrity in all relationships with clients, owners, subcontractors and suppliers.

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA

# Code of Ethics and Business Conduct



- **Seek authorization** from the Corporate Compliance & Ethics Officer for entertainment functions that involve travel.
- **Document** all ordinary and customary business expenses.
- **Report** all violations or suspected violations of this policy to the Corporate Compliance & Ethics Officer or your Human Resources representative.



## Private Kickbacks

While federal laws prohibit the offering, soliciting, or accepting of any kickback, as well as the inclusion of any amount of a kickback in a contract with the United States, Company policy also prohibits kickbacks with respect to contracts with non-governmental entities, such as subcontractors and vendors. See "Kickbacks" under "Working for the Government" (p. 15) for more information.

### Practical Example

**Q. Amy, a Company crew member, spends a weekend landscaping the yard of the CEO of a construction firm that selected the Company for a lucrative subcontract. There was no charge for the service. Is this a kickback?**
A. While this may not violate federal law, it violates Company policy and must be reported.

## Confidential Information and Privacy of Communications

### Confidential Information

Confidential information is the information you are exposed to as part of your job that, if disclosed outside the Company, could harm the Company. It can be verbal, written, or electronic information. Confidential information includes, but is not limited to, trade secrets and other intellection property, such as research and development plans, technical information, proposals and drafts, marketing plans, information about our customers, information about our vendors and other third parties, pricing information (production rates, equipment rates, bidding rates, etc.), budget information, and in some cases personnel information.

Company policy and various laws protect the integrity of the company's confidential information that must not be divulged except in strict accordance with established company policies and procedures. The obligation not to divulge confidential company information is in effect, even



## Code of Ethics and Business Conduct

though material might not be specifically identified as confidential. The obligation exists during and continues after employment with the company, and it applies to any recipient of confidential information, including employees, vendors, consultants, and other third parties.  Upon separation from employment with the Company, employees are required to return any confidential information in their possession to the Company, to delete any information in digital or electronic form remaining on their electronic devices, and not to use or disclose confidential information. The Company will actively protect its confidential information, and breaches of this obligation will not be tolerated.

A few examples of prohibited conduct are:



- Selling or otherwise using, divulging, or transmitting confidential Company information;
- Using confidential Company information to knowingly convert a Company business opportunity for personal use;
- Using confidential Company information to acquire real estate that the employee knows is of interest to the Company;
- Using, divulging, or transmitting confidential Company information in the course of outside employment or other relationship, or any succeeding employment or other relationship at any time; and
- Trading in the stocks of any company, based on information that has not been disclosed to the public, or divulging such information to others so that they might trade in such stock. Insider trading is prohibited by Company policy and federal and state law.

Employees shall not seek out, accept, or use any confidential Company information of or from a competitor of the Company.  In particular, should we hire an employee who previously worked for a competitor, we must neither accept nor solicit confidential information concerning that competitor from our employee.

### Practical Examples

**Q.  I am aware that we are going to place a large contract with a new supplier.  How freely can I talk about this with my coworkers?**

A.  Unless those coworkers have a legitimate business need to know this information, you should not discuss the award with them until after it has been announced. Award of a large contract

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-636BDB2F4CFA



# Code of Ethics and Business Conduct

to a small company can heavily influence its value in the market. If your coworkers purchase shares in the supplier before the contract is announced, it could be assumed they did so based on knowledge not available to the general public (in other words: insider trading).



**Q. Gus gave notice that he will be leaving the Company to move to a competitor in California. Before leaving, Gus e-mailed his g-mail account several Company documents that he created while working for the Company providing guidance on how the company drafts its bid proposals. Since Gus created these documents in the first place, is this okay?**

A. No.  Documents created by Gus in the course of performing his duties for the Company are Company property, and documents related to how the Company drafts bid proposals would be considered confidential, even if not marked as such.

## Safeguarding Company Assets

### Company Assets and Transactions

Compliance with prescribed accounting procedures is required at all times.  Employees having control over Company assets and transactions are expected to handle them with the strictest integrity and ensure that all transactions are executed in accordance with management's authorization.  All transactions shall be accurately and fairly recorded in reasonable detail in the Company's accounting records.

Employees are personally accountable for Company funds over which they have control.  Employees who spend Company funds should ensure that the Company receives good value in return and must maintain accurate records of such expenditures.  Employees who approve or certify the correctness of a bill or voucher should know that the purchase and amount are proper and correct. Obtaining or creating "false" invoices or other misleading documentation, or the invention or use of fictitious sales, purchases, services, loans, entities, or other financial arrangements, is prohibited.



## Code of Ethics and Business Conduct

### Expense Reimbursement

Expenses actually incurred by an employee in performing Company business must be documented on expense reports in accordance with Company procedures. Expense reports should be reviewed for accuracy. Falsification of expense reimbursement requests will be cause for discipline.



### Company Credit Card

Company credit cards are provided to employees for convenience in conducting company business. No personal expenses can be charged on company credit cards except as specifically authorized by company procedures. Any charged personal expenses must be paid promptly by the employee. Company credit cards should not be used to avoid preparing documentation for direct payment to vendors. Where allowed by local law, charges on Company credit cards for which a properly approved expense report has not been received at the time of an employee's termination of employment might be deducted from the employee's last paycheck. The Company will pursue repayment, via payroll deduction, from the employee of any amounts it has to pay on the employee's behalf.

### Cash and Bank Accounts

All cash and bank account transactions must be handled so as to avoid any question or suspicion of impropriety. All cash transactions must be recorded in the Company's books of account. All accounts of Company funds, except authorized imprest funds, shall be established and maintained in the name of the Company or one of its subsidiaries and might be opened or closed only on the authority of the Company's officers or directors. Imprest funds must be maintained in the name of the custodian, and the custodian is wholly responsible for these funds. All cash received shall be promptly recorded and deposited in a Company or subsidiary bank account. No funds shall be maintained in the form of cash, except authorized petty cash, and no company shall maintain an anonymous (numbered) account at any bank.

No payments can be made in cash (currency) other than regular, approved cash payrolls and normal disbursements from petty cash supported by signed receipts or other appropriate documentation. Further, Corporate checks shall not be written to "cash," "bearer," or similar designations.

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-636RDBF4CFA

## Code of Ethics and Business Conduct



## Software and Computers

Computerized information and computer software appear intangible, but they are valuable assets of the Company and must be protected from misuse, theft, fraud, loss, and unauthorized use or disposal, just as any other Company property.

Information Technology (IT) resources, including computers, software, email, instant messaging, text messaging and telephones, including voice mail, conferencing services, company cell phones, and handheld devices are intended to be used only for business operations; however, the company recognizes that you may need to use the company equipment from time to time for personal use.  See the upcoming section "Incidental Personal Use" for more details.  Using the company's IT resources inappropriately can make the security of these systems vulnerable.



Accordingly, Phillips & Jordan may monitor all communications, including internet usage, to ensure that these assets are used for their intended business purpose and in accordance with applicable laws and Company policies.

Use of computers must be customer service or job related. Employees cannot access Company records of any kind for their personal use.

Personal computers can be used for Company-sanctioned education programs as well as personal use, incidental to Company business use, with the permission of your supervisor. However, personal use cannot be allowed for personal financial gain.

It is also understood that personal computers will occasionally be used at home with the permission of your supervisor.

## Third Party Software

Employees should take special care when acquiring or downloading software or other computer applications from others.  Software is protected by copyright and may also be protected by patent or trade secret laws.  Before employees accept software, access software or data on a network, or accept a license agreement, employees must ensure that all terms and conditions of any license agreement - such as provisions not to copy or distribute programs - are strictly followed.  If you are unsure, ask!



# Code of Ethics and Business Conduct

## Incidental Personal Use

The Company recognizes that you may need to use Company equipment or communications from time to time for personal use.  In general, this is allowed, provided such use:



- Is limited in duration or extent;
- Does not adversely affect your attention to, or completion of, your job responsibilities;
- Does not result in any significant incremental cost to the Company;
- Does not contain pornographic or offensive material, discriminatory or harassing language or derogatory references to age, race, disability, ethnicity, marital or family status, national origin, color, religion, sex, sexual orientation, veteran status, or any other characteristic protected by law;
- Does not otherwise violate this Code or other Company policy, particularly the sections related to conflicts of interest and/or disclosure of confidential information; and
- Does not include forwarding chain letters, mass e-mails for non-business purposes, or selling items or services for personal gain.

## Practical Examples

**Q.  Can I use a Company computer at lunch time to access my bank account?**
A.  If the access is only occasional and does not take excessive time away from your Company duties, such use may be permitted.

**Q.  My wife loaded some data management software from her office on our home computer, and I would love to use this at work. Is it ok to download this onto my Company computer solely for work reasons?**
A.  No. Employees may not download personal software onto Company computers. Doing so risks the introduction of viruses or malware into our network. In addition, Phillips & Jordan only installs software that is properly licensed in order to comply with all laws and regulations.

## Social Media

Social Media has become a widely used communication tool by many.  Sometimes, its use can be effective in promoting services and products.  However, with even greater frequency, it has caused great embarrassment for individuals and companies.  Phillips & Jordan has a Social



## Code of Ethics and Business Conduct

Media Policy that governs use of these communication channels. The Social Media Policy also sets forth the requirements and expectations regarding the posting of any information or content related to Phillips & Jordan, whether in a personal or business capacity. Any questions or concerns regarding the use of social media should be directed to the Phillips & Jordan Communications Department.

### Political Contributions

While the Company believes strongly in the democratic political process, employees are encouraged to participate in that process personally and on their own time outside of work, without using the Company's resources or facilities. For this reason, no political contribution of corporate funds or use of corporate property, services, or other assets may be made without the written approval of our Corporate Compliance & Ethics Officer or President. Even indirect expenditures on behalf of a candidate or elected official, such as the use of telephones and other corporate equipment, may be considered to be political involvement. Any questions should be referred to our Corporate Compliance & Ethics Officer. In no event may an employee be reimbursed in any manner for political activities.

### Media Inquiries

Employees may be contacted for comments about our company, our projects, our customers, or events that affect them. To provide complete and accurate information, only designated individuals may speak on behalf of Phillips & Jordan. If you are asked for information by an outside party (such as a journalist, financial analyst, or attorney), do not respond to these



DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA



## Code of Ethics and Business Conduct

inquiries; direct them to our Corporate Compliance & Ethics Officer and/or a Vice President. Avoid "off-the record" comments. You should not respond to electronic inquiries (email, blogs), or post comments in public forums, including social media forums, which could be attributed to Phillips & Jordan.



When speaking about our business, be aware that what you say will be attributed to Phillips & Jordan and may be quoted by media without your knowledge or consent. As a Phillips & Jordan representative, you speak on behalf of our Company and must be very careful not to negatively impact our business, our reputation, or our customers. Direct all inquiries from lawyers, government investigators, or law enforcement officers to our executive team.

### Safety and Health

Phillips & Jordan considers employee safety and health one of its highest priorities. Many of the job activities, products, and materials handled by our employees require strict adherence to safety procedures, rules, and regulations. Each employee must be aware of the Company's safety program that incorporates all of the applicable health and safety regulations and guidelines and follow all applicable procedures. Also, supervisors are responsible for ensuring that all reasonable safeguards and precautions are taken in the workplace including ensuring compliance with the Phillips & Jordan's Safety and Loss Control procedures and guidelines, promoting safe work practices, and the use of personal protective equipment. If any employee has any safety-related concerns, he or she should report these concerns to the Vice President of Safety and Risk Management.

### Practical Example

**Q. At my job site they regularly cut corners on health and safety to get the job done. As a result of this my co-worker was using inappropriate tools to do the job and had an accident. I have been told not to report this. What should I do?**

A. You must report it – a failure to do so could put others at risk. Talk to your manager and propose that the local Safety Officer is brought in to advise on how to operate safely. If you meet resistance, talk to a more senior manager or report the issue to the Corporate Compliance & Ethics Officer.

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA

## Code of Ethics and Business Conduct



## Personal Employee Conduct

### Equal Employment and Nondiscrimination

The continued success of our company is dependent upon employing the most qualified people and establishing a work environment that is free of discrimination, harassment, intimidation, or coercion related to race, color, religion, national origin, sex (including pregnancy, childbirth or related medical conditions), age, disability, genetic information, past, present, or future status in the Uniformed Services of the United States of America, sexual orientation, gender identity, or any other status or characteristic that is protected by federal, state, or local law.  This policy extends to all phases of employment, including hiring, placement, promotion, transfer, compensation, benefits, training, and the use of facilities. Phillips & Jordan is committed to complying with all applicable laws related to equal employment opportunity and to ensure that there is no unlawful discrimination by any officer, director, or employee. Phillips & Jordan is committed to a work environment in which everyone is treated with respect, trust, honesty, fairness, and dignity.  Additionally, Phillips & Jordan employees are required to adhere to the same standards in dealing with our Business Partners.

### Your Responsibilities

- **Do not treat** anyone differently because of his or her race, color, religion, national origin, sex (including pregnancy, childbirth or related medical conditions), age, disability, genetic information, past, present, or future status in the Uniformed Services of the United States of America or any other status or characteristic that is protected by federal, state, or local law.
- **Create** an atmosphere free of any suggestion of discrimination.
- **Do not make or tolerate** jokes, comments or remarks based on a person's race, color, religion, national origin, sex (including pregnancy, childbirth or related medical conditions), age, disability, genetic information, past, present, or future status in the Uniformed Services of the United States of America or any other status or characteristic that is protected by federal, state, or local law.
- **Promptly notify** the Corporate Compliance & Ethics Officer or your human resources representative of any violation of this policy, regardless of whether the offending person is a manager, supervisor or fellow employee.





# Code of Ethics and Business Conduct

- If you are the victim of conduct prohibited by this policy, **report it immediately**.
- **Never participate in or tolerate** harassment, whether verbal, visual, or physical.

## Environmental Compliance

Phillips & Jordan is committed to full compliance with all federal, state and local environmental laws, standards, and guidelines. Not only is environmental compliance legally necessary, but it is also an important component of our obligation to the community and our good reputation. It is essential that each employee involved with regulated air emissions, water discharges, hazardous materials, or other regulated pollutants know and comply with all applicable environmental laws and guidelines. No one at Phillips & Jordan may participate in concealing



an improper discharge, disposal, or storage of hazardous materials or other pollutants. Any person who has reason to believe that there may have been violations of any aspect of Phillips & Jordan's environmental policies, processes, and programs shall report immediately to the Company's Corporate Compliance & Ethics Officer. Moreover, in addition to compliance with all environmental laws and guidelines, Phillips & Jordan is also committed to utilizing energy and materials in a manner that will minimize the impact on the environment and will also consider using recycled materials whenever feasible.

## Your Responsibilities

- **Avoid** any discharges of wastes, chemicals, or other materials that do not clearly comport with any permits or specific instructions associated with a work site.
- **Report** any environmental problems or irregularities to the Corporate Compliance & Ethics Officer.

## Immigration Law Policy

Phillips & Jordan is committed to meeting its obligations under U.S. immigration law, and in compliance with the Immigration Reform and Control Act of 1986, each new employee, as a condition of employment, must complete Section 1 of the Employment Eligibility Verification Form I-9 no later than the close of business on his/her first day of work and present documentation establishing identity and employment eligibility no later than the close of business on his/her third day of work.  An employee's failure to produce required documentation

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536RDD2F4CFA

# Code of Ethics and Business Conduct



is grounds for immediate separation from employment. Employment can be resumed only when the required documentation is furnished.  Phillips & Jordan uses E-Verify to electronically verify the employment eligibility of rehires and newly hired employees.

Phillips & Jordan does not discriminate on the basis of citizenship status or national origin in recruitment, hiring or discharge, but Phillips & Jordan neither hires nor continues to employ an individual who is not legally authorized to work in the United States.

### Your Responsibilities:

- **Complete, and assist** Phillips & Jordan in completing, all documents necessary to ensure employment eligibility.
- **Do not hire or facilitate the hire** of a person who you know is not legally authorized to work in the United States.
- **Report** any violations of this policy to the Corporate Compliance & Ethics Officer.

## Conduct on Company Business

Dishonest or illegal activities on Company premises or while on Company business will not be condoned and can result in disciplinary action, including dismissal and criminal prosecution. The following illustrates activities that are against Company policy, which will not be tolerated on Company premises, in Company vehicles, or while engaged in Company business:

- Consumption and storage of alcoholic beverages, except where legally licensed or authorized by an officer of the Company;
- Illegal betting or gambling;
- The use of controlled substances, such as drugs or alcohol; the unlawful manufacture, distribution, dispensation, possession, transfer, sale, purchase, or use of a controlled substance;
- Driving vehicles or operating Company equipment while under the influence of alcohol or controlled substances; and
- Carrying weapons of any sort on Company premises, in Company vehicles, or while on Company business. Even employees with permits or licenses cannot carry weapons on Company property or while on Company business

The Company reserves the right to inspect any property that might be used by employees for the storage of their personal effects. This includes desks, lockers, and vehicles owned by the Company. It is a violation of Company policy to store any contraband, illegal drugs, toxic materials, or weapons on Company property.



# Code of Ethics and Business Conduct

## Certification and Acknowledgment

Each quarter, all officers of the Company will represent in writing that there are no violations of this Code known to the officer after the exercise of reasonable diligence, or if such violations have been committed, will disclose such violations in a format to be specified.

Annually, each employee will be required to participate in an on-line training program that includes a review of the Code of Conduct. Each employee will also be required to certify their understanding and agreement to comply with the requirements of the Code.

I acknowledge that I have received, reviewed and understand Phillips & Jordan's Code of Conduct. I agree to comply strictly with the Code and understand that I will be subject to disciplinary action up to and including termination if I violate the Code. By signing below, I understand that I have an affirmative obligation to report actual or suspected violations of this Code or of law or regulation.

I also understand that this Code does not constitute any contract of employment and that, notwithstanding any other written or verbal representations to the contrary (with the sole exception of a written employment contract signed by the President of the Company and the Employee), all employees of Phillips & Jordan are employed on an at-will basis, and both the employee and the Company retain the right to terminate this at-will relationship at any time.

_____

(Signature)

_____

(Print Name)

_____

(Date)

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA

# Code of Ethics and Business Conduct



NOTES/COMMENTS:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DocuSign Envelope ID: D097E322-6D6F-43A9-A5F6-536BDB2F4CFA



**COVID-19**
March 20, 2020

# SUBCONTACTOR COVID-19 RESPONSE

P&J wants to ensure that as a subcontractor or service provider working on our project site, we are working together to prevent the spread of COVID-19. To that end, we are requiring that the following minimum response be implemented immediately. Please make sure to adhere to all of P&J's guidelines and policies.

## 1.1  PROJECT RESPONSE

At the project level, there are things we can all do to protect our employees.

- Most importantly, communicate to all employees NOT to come to work sick. Have employees report their illness directly to their immediate Supervisor.
- Implement daily employee health evaluations as per the guidance provided in section 1.2.
- Immediately respond to employees who appear to be sick.
- Provide and properly maintain hand washing facilities and follow the P&J Sanitation & Cleaning Guidance document.
- Report all employee absences because illness to P&J Supervision as soon as you become aware.

## 1.2  DAILY EMPLOYEE HEALTH ASSESSMENT

Supervisors should ask the following questions to all employees prior to entering the job site.

If they answer "yes" to any, please follow these steps:
1. Contact P&J Supervision immediately.
2. The P&J Supervisor and the subcontract employee will contact the P&J Medical Director.
3. The subcontract employee will need to follow instructions given by the P&J Medical Director.
4. Prior to subcontractor employee return to work, they must contact the P&J Supervisor. The Supervisor will obtain approval from P&J's Medical Director.

***Employee Health Assessment Questions:***

- Have you been tested for or diagnosed with COVID-19?
- Have you, or anyone in your household, been in contact with a person that has tested positive for COVID-19 or is in the process of being tested?
- o Have you, or anyone in your household traveled outside of the U.S. within the last two weeks or to/through the highest risk states of New York, Washington, California, Massachusetts, or New Jersey?
- o Have you been medically directed to self-quarantine due to possible exposure to COVID-19?
- Are you having trouble breathing or have you had flu-like symptoms within the past 48 hours, including:
  - o Fever (temperature 99° F or greater)
    - i. Thermometers and alcohol swabs are in remedy bags for testing.
    - ii. After testing, thoroughly clean thermometers with alcohol swabs.
  - o Cough that is unusual for you
  - o Shortness of breath
  - o Sinus drainage that is unusual for you
  - o Sore throat



## 1.3  EDUCATE EMPLOYEES

We each have a responsibility to ensure the overall health of our workforce by taking control measures to ensure the health of each of us individually. Employees must take responsibility for their own health and prevent the spread of illness by following these guidelines:

- Maintain good hygiene practices to include washing hands frequently with soap and water for at least 20 seconds.
- Employees must quickly identify and report to supervision symptoms of illness. Symptoms of COVID-19 include the following:
  - Difficulty breathing
  - Cough
  - Fever
- Stay home when you are sick.
- Seek medical care if needed through your primary care physician. (Call ahead.)
- Avoid large crowds when possible.
- Avoid shaking hands.

CDC informational posters must be placed in restrooms, portable toilets, kitchen facilities and other areas as needed.

## 1.4  MEETING GUIDANCE

Meetings in the field should be held to ten (10) people or fewer and make sure to spread people out to a distance of six (6') feet or greater. If you must communicate messages to more than ten (10) people (such as a safety meeting), develop a plan that works best for your team to communicate your information. Options include:

- Conduct meetings simultaneously at different spots on the project lead by project leaders.
- Take your information and deliver in the smaller crew meetings.
- Schedule meetings in a staggered format.

## 1.5  PEOPLE FIRST

P&J cares about the health and safety of our employees and those of our partners. We are closely monitoring this quickly evolving situation. We will continue to communicate with subcontractors as additional information is obtained and/or additional controls are implemented. We appreciate your commitment to comply with these controls to protect all our employees from COVID-19.



# Supplier Safe and Secure Workplace Policy

The purpose of this Supplier Safe and Secure Workplace Policy ("Policy") is to provide a safe and secure workplace for employees of NextEra Energy, Inc., its subsidiaries and affiliates (collectively, "NEE"), and NEE suppliers, supplier employees, vendors, contractors, and consultants (individually, a "Supplier" and collectively referred to as "Suppliers"), NEE business visitors, NEE customers, and the public.

**EXCLUSIONS: Supplier work performed at any NEE nuclear power stations and facilities or on NEE premises outside the United States of America are outside the scope of this Policy.**

## Personnel and Facilities Affected

This Policy applies to Suppliers, including any individual, partnership, corporation, limited liability company, company, business trust, joint stock company, trust, incorporated association, joint venture organization, and their employees, and subcontractors, responsible for performing work for or on behalf of NEE on NEE premises, NEE customer premises, NEE rights-of-way, NEE facilities (including facilities under construction) or NEE projects located **in the United States** and excluding nuclear power stations and nuclear facilities (collectively, "NEE Premises") **for periods equal to or greater than 30 work days or 240  work hours, cumulative, per twelve month period.**

For example, this Policy applies to a Supplier who has:

- 30 employees who each work one full 8 hour day on NEE Premises in any twelve month period,

  Or

- only one employee who works 30 or more full 8 hour days on NEE Premises in any twelve month period.

## Workplace Violence

NEE is committed to providing a safe and secure workplace.  Supplier employees are expected to work in concert with NEE employees to ensure that the workplace remains safe and secure for all.

Behavior that could be perceived by a reasonable person as threatening or indicating the possibility of violence is prohibited.  This may include, but is not limited to verbal threats, gestures, abusive language or physical altercation (fighting, shoving, etc.).

## Notification of Supplier Employee Arrests

If a Supplier employee is arrested, Supplier must provide NEE notice within 24 hours after the time of arrest (or within 24 hours of Supplier employee's release from jail if incarcerated as a result of arrest) or prior to the start of Supplier employee's next scheduled shift on any NEE Premises, whichever is earlier.  An "arrest" includes any arrest, charge, summons, notice to appear or indictment for the commission of, or participation in, a felony or misdemeanor (including criminal traffic violations, such as but not limited to driving under the influence, reckless driving, leaving the scene of an accident and driving with a suspended license). The only exception to this requirement is for "non-criminal traffic violations" not involving prosecuting authorities and where only a citation is issued (e.g., parking or speeding tickets) while in a non-company vehicle when the Supplier employee is off-duty.

## Weapons Policy

Except where otherwise permitted by applicable law or NEE policy, the possession, introduction or the attempted introduction onto NEE Premises of any firearm, weapon, weapon components, ammunition (or a projectile that can be shot from a weapon), explosives, incendiary device, hazardous chemical, poison or biological agent, or any other material or device that can cause severe harm to persons or property, is prohibited.   Possession shall include, without limitation:

# Supplier Safe and Secure Workplace Policy

- On the Supplier's person
- In the Supplier's belongings
- In the Supplier's locker or work station
- Any other location on NEE Premises where the Supplier can access the prohibited item

For the purposes of this section NEE Premises shall include, without limitation:

- Any Company facility or work area
- Any Company owned or leased vehicle at any time, or
- A Supplier's personal vehicle while engaged in NEE business or activities unless otherwise authorized by state law.

It is the responsibility of each Supplier entering NEE Premises to ensure that prior to such entry, they are not carrying any of the aforementioned prohibited items. The possession, introduction or attempted introduction of the above mentioned prohibited items onto NEE Premises shall constitute a violation of this Policy and shall subject the Supplier to sanctions up to and including termination of the contract.

## Controlled Substance and Alcohol Abuse

All Supplier employees must be fit-for-duty and report to work able to perform their duties safely. Any use or possession of any federally illegal drug or of a controlled substance without a valid prescription and/or the misuse of any prescription or over-the-counter medication by any Supplier employee shall constitute a violation of this Policy.

Any Supplier employee who is consuming or is under the influence of any alcoholic beverage while on NEE Premises shall be in violation of this Policy. Any of the above acts by supplier employees is an unsafe work practice which creates an increased risk to Supplier employee safety and the safety of others.

Additionally, Supplier employees may not unlawfully manufacture, sell, distribute, dispense, possess or use any controlled substance on NEE Premises. Please be advised that marijuana is considered an illegal controlled substance under federal law and is a prohibited controlled substance on NEE Premises.

## Supplier Screening Obligations

This Policy does not automatically preclude anyone from working on NEE Premises based on a prior criminal record. However, it is the intent of NEE to maintain a safe and secure workplace for its employees, Suppliers, customers and the public. It shall be the duty of each Supplier to ensure that Supplier employees assigned to perform work on NEE Premises are drug free and do not demonstrate a propensity for illegal and/or violent behavior.

Upon start of assignment and on an ongoing basis, the Supplier also must comply with continuing obligations related to controlled substances and alcohol abuse and workplace violence.

## Retention & Access to Supplier Records

Upon request, Supplier shall provide NEE or its designee timely access to those Supplier records necessary to ensure compliance with the requirements of this Policy. NEE or its designee may perform audits of Supplier's records, including but not limited to, Supplier employee screening records and all supporting documents concerning the eligibility of those Supplier employees performing work for NEE. These records must be maintained for the duration of the contract between NEE and Supplier plus two years. NEE's direct costs and the cost for any contracted audit services will be at the expense of NEE.

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA

# Supplier Safe and Secure Workplace Policy

## Pre-assignment Screening

Prior to assignment of any Supplier employee to NEE Premises, and unless otherwise prohibited by state law, Suppliers shall conduct a detailed pre-assignment screening to include, at a minimum, the following:

Criminal Records Check:

No earlier than one-hundred eighty (180) days prior to start of assignment, Criminal records checked for criminal activity within:

- the state where NEE Premises are located or work is to be performed and
- other states in which the Supplier employee either resided or was employed within the preceding 7 years.

Supplier employees are not eligible to work on NEE Premises if the Criminal Records Check reveals a conviction or series of convictions, (to include pre-trial intervention, pleas of guilty, and nolo contendere), regardless of whether adjudication has been withheld, which display a propensity for violence, untrustworthiness or unreliability or which may be otherwise related to the work to which the Supplier employee is to be assigned.

In assessing whether a Supplier employee's criminal record displays a propensity for violence, untrustworthiness or unreliability or which is otherwise related to the work, the Supplier must consider (1) the nature and gravity of the conviction and underlying behavior; (2) the time that has passed since the conviction or completion of the sentence; (3) any evidenced recidivism and (4) the nature of the work to be performed by the Supplier employee for NEE.

Drug Testing

Supplier must perform pre-assignment drug testing no earlier than ninety (90) days prior to start of assignment on all Supplier employees assigned to work on NEE Premises. Except as otherwise prohibited by law, the drug test required under this Policy will test for the presence of the following substances:

- Marijuana
- Cocaine
- Opiates
- Amphetamines, and
- Phencyclidine.

A positive test result for any federally illegal controlled substances or controlled substances not lawfully prescribed or for misuse of a lawfully prescribed controlled substance shall result in the denial of access of the Supplier employee to NEE Premises.

Driving Record Check (If Applicable)

No earlier than one-hundred eighty (180) days prior to start of assignment, driving records must be checked for those jobs which require driving as part of the/work. A valid driver's license with no restrictions must be held by a Supplier employee (restrictions do not include any physical limitations) for any position requiring a driver's license.  The results must demonstrate the following:

- No alcohol/drug-related driving offenses in the last 3 years.
- The license is not currently suspended or restricted as to hours of driving or reason for driving (i.e., for work purposes only).
- No more than two driving related violations in the past 24 months.

Supplier employees not meeting the required results set forth in this pre-assignment screening will not be allowed to perform work on NEE Premises.  During the contract term, NEE reserves the right to revise the requirements for Supplier Employee pre-assignment screening applicable to Supplier.  Any such revisions will be provided to the Supplier in writing. The Supplier may choose to accept the revisions or not accept the revisions and terminate the existing contract.

# Supplier Safe and Secure Workplace Policy

Pre-Assignment Screening for Supplier Employee with a Break in Provision of Services to NEE

If a Supplier employee previously provided services to NEE and was subject to the above pre-screening requirements, and the Supplier employee has had a break in the provision of services to NEE (of 1 day or greater), then the following applies to pre-screening criminal records, driving records, and drug requirements:

Criminal Records Check and Driving Record Check (If Applicable):

- If the date of the completed Criminal Records Check and Driving Record Check (if applicable) for a Supplier employee is less than six months (or < 180 days) prior to the start of the new assignment, the Supplier will not be required to complete another Criminal Records and/or Driving Record Check for that Supplier employee. If the date of completion of the Criminal Records Check or Driving Record Check (if applicable) is more than six months (or > 180 days), a new Criminal Record Check and/or Driving Record Check is required.

- Note: If new assignment will require the Supplier employee to operate a vehicle in the course of that individual's job responsibilities and the previous assignment did not, a Driving Record Check must be performed.

Drug Screen:

If the date of the completed Drug Screen is less than three months (or <90 days) prior to the start of the Supplier employee's new assignment, then the Supplier will not be required to complete another Drug Screen for that Supplier employee.  If the date of completion is more than three months (or >90 days), a new Drug Screen is required.

## Ongoing Screening Requirements: Controlled Substances and Alcohol Abuse

In addition to the requirements set forth herein, all Suppliers shall comply with all applicable state and/or federal laws regarding drug and alcohol testing of their employees that are assigned to NEE Premises.  All testing performed pursuant to this Policy shall be at the drug and blood alcohol rates specified in the Omnibus Transportation Employee Testing Act of 1991.

Ongoing Testing

All Suppliers must have in place a controlled substance and alcohol abuse policy.

Except as otherwise prohibited by applicable law, such policy must include a provision to test Supplier employees, on a random basis, at a rate of not less than twenty-five percent (25%) per year for  Supplier employees. .  Except as otherwise prohibited by law, Supplier must also perform "post-accident" and/or "reasonable suspicion" controlled substances and alcohol testing for those Supplier employees on NEE Premises.

No Supplier employee required to take a post-accident alcohol test under this Policy shall use alcohol for eight (8) hours following the accident or until he/she undergoes a post-accident alcohol test, whichever occurs first.  Supplier shall immediately notify NEE (both verbally and in writing) of any accidents involving or caused by Supplier employees or subcontractors on NEE Premises.

Supplier employees will not be allowed access to NEE Premises until alcohol and drug tests are confirmed negative.

For those Supplier employees who are subject to federal drug and alcohol testing requirements, including Supplier employees required to hold a Commercial Driver's License, Supplier will test for controlled substances and alcohol according to mandated requirements and at the applicable federally mandated random testing rates.

Supplier employees will be denied access to or immediately removed from NEE Premises for:

1. possession or use of a controlled substance without a valid prescription
2. unlawful distribution or sale of controlled substances at any time on or off the job
3. positive test result for controlled substances without a valid prescription or alcohol
4. being under the influence of a controlled substance or alcohol, or
5. refusal to test for controlled substances or alcohol.

DocuSign Envelope ID: D097E322-6D6E-43A9-A5F6-536BDB2F4CFA

# Supplier Safe and Secure Workplace Policy

Prescription Medication and Over-the-Counter Controlled Substances

Supplier employees taking prescription medication are required to consult with their physicians to determine whether the medication may have an adverse effect on their ability to perform their job. Supplier employees taking over-the-counter medication are responsible for being aware of any adverse effects such medication may have on their performance as defined on the manufacturer's label. If prescribed or over-the-counter medication may have an adverse effect on performance, the Supplier employee is required to notify the Supplier prior to reporting to NEE's Premises. Failure to inform the Supplier's representative of taking prescription or over-the-counter medication which may have an adverse effect on performance may result in that Supplier employee's denial of access to NEE Premises. In all events, the Supplier is responsible for determining the fitness for duty of each of its employees.

Supplier employees taking prescription medications must be prepared to provide satisfactory, verifiable proof that the medication has been lawfully prescribed to the Supplier employee, and that it is necessary for the Supplier employee's current medical condition.

Unscheduled Work - Call-out

Any Supplier employee called to perform unscheduled work at NEE Premises must state whether he/she has consumed alcohol within five (5) hours of the time he/she reports to work or is otherwise "unfit" for duty. Supplier employees that have consumed alcohol within the five (5) hour abstinence period shall not be permitted to work on NEE Premises except under conditions when the Supplier employee's fitness for duty is verified by Supplier by a negative breath analysis for alcohol prior to entering the NEE Premises. A negative breath analysis is a breath alcohol content level below.02%.

## Compliance & Violations

In addition to and without limiting any other rights afforded NEE, the failure by a Supplier to comply with this Policy, shall constitute a material breach by the Supplier of its contractual obligations to NEE. Supplier's violation of this Policy may result in termination of the contract. Supplier employees that violate this Policy shall be removed immediately by the Supplier from NEE Premises, and/or denied access to any NEE Premises. Supplier shall immediately notify NEE Corporate Security of any violation or suspected violation of this Policy.

## Reporting Illegal Conduct or Workplace Violence

NEE and Suppliers benefit from an atmosphere of good, ethical, and legal conduct. Suppliers with information concerning abuse of company assets, fraud, theft, possession or use of illegal drugs, threats of violence or any other behavior at NEE which may be considered illegal or in violation of this Policy, shall report that information immediately. Such information can be reported to the NEE Security Operations Center anytime, day or night, at 561-694-5000 or 888-694-6444.

## Non-Retaliation Commitment

If Supplier observes or suspects any deviation from this Policy or any applicable NEE policy, it is Supplier's responsibility to report concerns. Supplier may report concerns through any of NEE's channels without fear of retaliation or negative impact on Supplier access to NEE Premises or contract commitments for having done so. NEE prohibits acts of retaliation against any person for reporting a possible violation in good faith, or for participating in any investigation. Acting in "good faith" means that Supplier provides a sincere, complete report that Supplier believes to be true. In other words, it does not matter whether Supplier's report uncovers actual misconduct, as long as Supplier delivers it honestly and with all relevant facts. Any Supplier who makes a bad faith report or who retaliates against another individual for making a good faith report may be subject to denial of access/removal from NEE Premises.

## Supplier Employee Acknowledgment

Suppliers must make their employees aware of this Policy, and have Supplier employees acknowledge in writing prior to beginning work for or on behalf of NEE on NEE Premises.

2/6/18

# Exhibit Q-2
# Engineering and Construction Business
# Unit Contractor Safety Requirements Policy

## Purpose

The Engineering and Construction Business Unit Contract Safety Requirement Policy (**"Policy"**) provides an administrative structure within which individual, corporation, partnership, limited liability company, association, trust, incorporated organization, governmental authority or any other entity of whatever nature (including their successors or assigns) (each a **"Contractor Entity"** and collectively, **"Contractor Entities"**) engaged by NextEra Energy, Inc., its subsidiaries affiliates, successors or assigns (each a **"NextEra Entity"** and collectively the **"NextEra Entities"**) as assigned on a project specific basis to perform work for any NextEra Entity. The Policy does not relieve the Contractor Entity or staff, subcontractors, vendors and suppliers who perform work at the request or under the direct or indirect control of the Contractor Entity (collectively, **"Contractor Parties"**) of any of their traditional or specific legal responsibilities with respect to occupational safety and health or the protection of the environment or property. Instead, the Policy provides for consistency among various Contractor Entities individual programs; monitoring of Contractor Entities conformance with their individual programs, relevant NextEra Entity Safe Work Practices & Procedures (each a **"SWPP"** and collectively, the **"SWPPs"**) and all laws, rules and regulations applicable to safety and health standards, including but not limited to the Occupational Safety and Health Act of 1970 (**"OSHA"**), and any revisions to OSHA or successor legislation.

The relevant NextEra Entity shall have the right to deny Job Site access to the Contractor Entity and Contractor Parties for nonconformance with the safe work requirements referenced in this policy.  The relevant NextEra Entity shall have the right to stop work, remove a Contractor Entity or Contractor Parties from the Job Site for nonconformance with the safe work requirements referenced in this policy.  In such an event, the Contractor Entity shall bear any expenses associated with production related impacts.

## Contractor Responsibilities

The Contractor Entity shall implement safe work requirements that meet or exceed requirements defined in the Occupational Safety and Health Act of 1970 (OSHA), and any revisions to OSHA or successor legislation,  detailed manufacture and technical work instructions, relevant NextEra Entities SWPPs  and any other regulatory safe work requirement while on the Job Site to achieve an injury-free work place, provided that such rules and procedures do not conflict with OSHA or other safety laws, rules and regulations.  The relevant NextEra Entity will provide SWPPs appropriate for the project by the Preconstruction Meeting described below.  The Contractor Entity shall include the SWPPs in the project specific safety plan developed by the Contractor Entity. Written alternative safe work practices and procedures that provide equivalent safety may be submitted to the relevant NextEra Entity and used by the Contractor Entity in the performance of services upon the relevant NextEra Entities written approval.

The Contractor Entity shall perform all work in compliance with Applicable laws and Applicable Permits, as well as the landowner's lease agreements.  Projects may be located on private property, which means that all Contractor Parties on the Job Site must respect the property owner.  Any issue raised by any property owner shall be immediately reported to the relevant NextEra Entity.

The Contractor Entity shall facilitate and actively participate in all safety related meetings or calls relating to Job Site safety as defined or requested by the relevant NextEra Entity including but not limited to work planning, investigation, coordination, weekly all hands, pre shift tailboard meetings.

The Contractor Entity shall implement a progressive disciplinary program to discourage nonconformance with safe work requirements, including suspension and termination for repeat and severe violations.  The progressive disciplinary program shall include a "three strikes and you're out" policy for repeat minor nonconformance's.  The progressive disciplinary program shall immediately remove any Contractor Parties for a single major nonconformance.

The Contractor Entity shall ensure that all contractor parties are subject to and found in conformance with the requirements established in the NextEra Energy, Inc. Supplier Safe and Secure Workplace Policy.

1. NextEra Entity encourages Contractor Entities to perform Pre-assignment Drug Testing no earlier than (90) days prior

1

to the Contractor Parties assignment to the NextEra Entity Job Site.

2. NextEra Entity encourages Contractor Entities to perform Random Drug Testing quarterly or more frequently including all Contractor Parties assigned to work on the NextEra Entity Job Site.

**Preconstruction Meeting**

Contractor Parties shall attend a pre-construction meeting with the relevant NextEra Entity to understand the project conditions, safety requirements, and Job Site policies and rules before any commencement of work at the Job Site. Upon request or as designated by the relevant NextEra Entity, a Job Site tour may be made to confirm the Contractor Entity's awareness of potential safety hazards.

**Job Site Access**

Contractor Parties are not permitted on the Job Site without authorization by the relevant NextEra Entity and having received specific permission and training (on a per entry or repeated clearance basis) to do so by the relevant NextEra Entity. Contractor Parties deliveries are to be directed to the designated delivery location established by the Contractor Parties.

Contractor Parties possession or use of firearms or threatening or violent behavior will result in removal from the Job Site.

Contractor's shall provide Contractor Parties with a documented Job Site safety orientation including a review of Job Site hazards and required safe work requirements prior to allowing the Contractor Parties entry to the Job Site. Orientation records are to be maintained on the Job Site and made available to the relevant NextEra Entity upon request. Additionally relevant training records to prove the Contractor Parties qualification, certification or competency shall also be maintained onsite and made available to the relevant NextEra Entity upon request.

Contractor Parties construction activities are to be limited to designated boundaries; boundaries shall not be exceeded without prior approval of the relevant NextEra Entity. Contractor Parties means of ingress, egress and parking shall be adequately marked as such and shall travel these routes only. Vehicles are not permitted past the designated parking areas unless for direct work purposes or with prior authorization by the relevant NextEra Entity designated project manager. Contractor Parties on the Job Site shall comply with all posted signs, barricades, fences, and/or signals.

**Job Site Safety**

Safety is a Line Management responsibility, Contractor Entity Job Site management is responsible implementing, enforcing, safe work practices and actively promoting engagement by the Contractor's Parties. A Contractor Entity with less than 25 Contractor Parties on the Job Site shall designate a responsible, qualified full-time member of the Contractor Entity organization at the relevant NextEra Entity Job Site whose duties shall include the prevention of incidents and injuries and addressing unsafe and undesirable behavior during the course of its performance of services. A Contractor Entity with 25 or more Contractor Parties shall designate a minimum of one responsible, Board of Certified Safety Professionals (**"BSCP"**) certified full-time member of Contractor Entity organization at the relevant NextEra Entity Job Site whose sole duty shall be the prevention of incidents and injuries and addressing unsafe and undesirable behavior during the course of its performance of services (each such full-time member shall be referred to as a **"Safety Professional"**). Additional Safety Professionals shall be added by the Contractor Entity to provide adequate support based on the Contractor Entity's scale and complexity of scope. The Contractor Entity shall provide the relevant NextEra Entity with written proof of Safety Professional Qualification for review and authorization for use on the Job Site by the relevant NextEra Entity prior to Job Site assignment by the Contractor Entity. Written alternative Safety Professional qualifications may be submitted to the relevant NextEra Entity and used by the Contractor Entity in the performance of services upon the relevant NextEra Entities written approval.

Contractor Entity Safety Professionals shall have the authority to correct unsafe behaviors and conditions up to and including the stoppage of work if necessary.

Contractor Entity Safety Professionals shall be responsible for working with the Contractor Entity's Job Site management in implementing and ensuring conformance with all safe work requirements referenced in this Policy.

Contractor Entity Safety Professionals shall be responsible for making frequent field safety inspections of Contractor Entity work area(s) on the Job Site to assure conformance with safe work requirements referenced in this Policy. A minimum of one (1) documented Job Site work area field safety inspection shall be submitted in an acceptable format to the relevant NextEra Entity weekly. Additionally, any safety inspection(s) performed by an area, regional or corporate member, agent or consultant of the Contractor Entity shall be submitted in an acceptable format to the relevant NextEra Entity within (3) business days following the inspection.

2/6/18

Contractor Entity Safety Professionals shall be responsible for immediately (upon discovery or notification) reporting unsafe acts, behaviors, safety related events (near miss, property damage, injuries or illnesses, utility strike, environmental, motor vehicle), regulatory agency visits, media inquiries associated with to the Contractor Entity's Job Site work area to the Contractors Entity management team and relevant Nextera Entity.

Contractor Entity Safety Professionals shall be responsible for assisting the Contractor Entity's Job Site management with the investigation and implementation of corrective measures of unsafe acts, behaviors, safety related events (near miss, property damage, injuries or illnesses, utility strike, environmental, motor vehicle), associated with the Job Site. Preliminary incident investigation findings shall be submitted in an acceptable format to the relevant NextEra Entity within 24hours following the event. Final incident investigation findings and corrective measures/actions shall be submitted to the relevant NextEra Entity within (5) business days following the event.

Contractor Entity Safety Professionals shall be responsible for assisting the Contractor Entity's Job Site management with the care and management of injuries/illnesses occurring within the Job Site. Care and management shall include staffing jobsite with personnel trained and equipped to provide onsite non-emergency care to injured/ill Contractor Parties, establishing accounts and working relationships with non-emergency triage and occupational health care providers, identifying and establishing relationship with emergency service providers, implementing a return to work program, ensuring follow-up treatment and care as required.

Contractor Safety Professionals shall be responsible for providing the relevant NextEra Entity with monthly Job Site safety summary report by the fifth (5th) day of each month. The summary report shall be in an acceptable format and include, the names of the Contractor Parties performing work on site, monthly at-risk hours worked by the Contractor Entity and Contractor Parties, number of events that occurred during the month (near miss, property damage, first aid injury, recordable injury, restricted duty injury, lost time injury, environmental, security, motor vehicle) and number of safe and unsafe observations.

Contractor Safety Professionals shall be responsible for assisting the Contractor Entity's Job Site management with establishing and managing a joint craft/management safety committee that promotes involvement in improving Job Site safety.

Contractor Safety Professionals shall be responsible for assisting the Contractor Entity's Job Site management with furnishing supportive safety documentation including but not limited to safety related forms, checklist, inspection records, rosters, observations, audits, plans, tending data, training support material and meeting minutes upon request to the relevant NextEra Entity to verify Contractor Entity conformance with the safe work requirements defined in this policy.

# FAX / EMAIL THIS INSTRUCTION SHEET TO YOUR INSURANCE AGENT

The following are some of the requirements for insurance as contained in your subcontract. Your company is required to comply completely with the requirements; limits of coverage, waivers of subrogation as outlined below and within your subcontract as it is shown. Certificates not in compliance will be returned for correction at any time. **Copies of the endorsements are required.** No progress payments will be released until a correct certificate of insurance is on file for your company.

**General Liability**                                    1,000,000 Occurrence / 2,000,000 Aggregate*
*(Aggregate limit shall apply specifically to this job)

**Automobile Liability**                                1,000,000    Combined Single Limit
(All Owned, Non-Owned & Hired Autos)

**Workers Compensation & Employers Liability**    Statutory / 1,000,000 Employers Liability
(Executive Officers must be covered under policy)

**Umbrella Liability**                                  1,000,000 Aggregate

**Pollution Liability**                                 1,000,000 Occurrence or Accident

## ITEMS THAT MUST BE ON CERTIFICATE:

- **P&J job number and the name of the project**

- **All insurance shall be primary and non-contributory**

- **Additional Insured provided to:** Phillips & Jordan, Inc., Owner and Prime Contractor will be added as additional insured on General Liability, Excess Liability and Auto Liability.

- **Waiver of Subrogation provided to:** Phillips & Jordan, Inc., Owner and Prime Contractor on all coverage.

**PLEASE NOTE:** If you use an employee leasing company for your workers compensation your leasing company MUST provide an Alternate Employer Endorsement, Waiver of Subrogation Employee Roster for your firm and the applicable leasing agreement. In addition, you are required to carry a standard workers compensation policy.

**Certificate Holder:**     **Phillips and Jordan, Inc., 10142 Parkside Drive, Suite 500, Knoxville, TN 37922**

**Job Name:**              **NextEra NFRC**

**Job Number:**            **2920018**